UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>Plaintiffs,<br><br>v.<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, BRIAN S. CHU, an individual, and LARINA H. CHU, an individual,<br><br>Defendants. | Case No. 3:24-CV-05729<br><br>COMPLAINT FOR DECLARATORY RELIEF |

Plaintiff First Fed Bank (First Fed) brings this action against Defendants BLC Water Company LLC, Brian S. Chu, and Larina H. Chu (BLC Defendants) under Rule 57 of the Federal Rules of Civil Procedure and the Federal Declaratory Judgment Act, 28 U.S.C. §2201, *et seq*. In support of its complaint and petition for declaratory judgment, First Fed alleges as follows:

## I.   PRELIMINARY STATEMENT

1. This declaratory judgment action arises from a dispute between First Fed and BLC Defendants regarding the validity and enforceability of a loan agreement.

2. In December 2021, Defendant BLC Water Company LLC executed a Business Loan and Security Agreement (Loan Agreement) with First Fed and made and delivered a Promissory Note (Note) in the principal amount of $752,250.00 (Loan). Under Section 7.4 of the Loan Agreement and a separate Unconditional Guaranty of Payment and Performance (Guaranty),

COMPLAINT - 1
Case No. 3:24-CV-05729

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0006/9856167.4

Defendants are Brian S. Chu and Larina H. Chu personal guarantors of the Loan. The term "Loan Documents," as used herein, refers to the Loan Agreement, Note, and Guarantee collectively.

3. BLC Defendants have called into question the validity and enforceability of the Loan Documents by filing an action in Snohomish County Superior Court (State Court Action) asserting, among other things, that the Loan Documents are invalid and unenforceable. After First Fed removed the State Court Action to federal court, *Pacific Water Technology LLC, et al. v. Wear, et al.,* No. 24-cv-01164-TL (U.S. District Court for the Western District of Washington), the BLC Defendants voluntarily dismissed all of their claims against First Fed without prejudice under Rule 41(a)(1)(A)(i) on August 6, 2024 (Dkt. 10).

4. While the BLC Defendants currently have no claims pending against First Fed, they continue to maintain that the Loan Documents are invalid and unenforceable. First Fed brings this declaratory judgment action to clarify and settle the rights and obligations of the parties under the Loan Documents. Specifically, First Fed seeks a declaratory judgment that the Loan Documents are valid and enforceable against the BLC Defendants.

## II.   PARTIES

5. First Fed Bank is incorporated in Washington and has its principal office in Port Angeles, Washington. First Fed Bank is therefore a citizen of Washington. .

6. Defendant BLC Water Company LLC is a limited liability company organized under the laws of Nevada and with its principal office in Las Vegas, Nevada. In the State Court Action, BLC Defendants alleged facts suggesting that its members, Brian S. Chu and Larina H. Chu, are residents of California and are licensed to practice dentistry in California. Therefore, upon information and belief, Defendant BLC Water Company LLC is a citizen of California where its members, who are natural persons, are domiciled.

7. Upon information and belief, and based upon his own allegations in the State Court Action, Defendant Brian S. Chu is a citizen of California. In the State Court Action, BLC Water Company LLC alleged facts suggesting that Brian S. Chu is married to Larina H. Chu.

COMPLAINT - 2
Case No. 3:24-CV-05729

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0006/9856167.4

8.  Upon information and belief, and based upon her own allegations in the State Court Action, Defendant Larina H. Chu is a citizen of California.

### III.  JURISDICTION AND VENUE

9.  This Court has subject-matter jurisdiction over this action under 28 U.S.C. §1332 because this is an action between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interests or costs. Specifically, First Fed is a citizen of Washington, while the BLC Defendants are citizens of California. The parties therefore have complete diversity of citizenship. The amount in controversy is equal to the payments under the Loan Agreement when it was entered, which included both interest and principal and therefore exceeds the original principal amount of $752,250.00.

10. This Court has jurisdiction to enter a declaratory judgment under 28 U.S.C. §§ 2201 and 2202, and Federal Rule of Civil Procedure 57, because there is an actual controversy between the parties. This controversy is ripe and judiciable.

11. Venue is proper under 28 U.S.C. § 1391 because this Court is in the judicial district and division where a substantial part of the events giving rise to this action occurred. First Fed issued the Loan Agreement from its headquarters in Clallam County, Washington.

### IV.  FACTS

**A.  Loan History**

12. On December 28, 2021, BLC Water Company LLC executed the Loan Agreement with First Fed Bank in the principal amount of $752,250.00 for the purchase or refinance of one or more water dispensing systems. Copies of the Loan Agreement, the Note, and the Guaranty are attached as Exhibits A-C, respectively, to this complaint.

13. Under Section 7.4 of the Loan Agreement and the separate Guarantee, Brian S. Chu and Larina H. Chu are personal guarantors of the Loan. A copy of the Guaranty is attached as Exhibit C to this complaint.

14. First Fed has fulfilled its own obligations under the Loan Documents.

COMPLAINT - 3
Case No. 3:24-CV-05729

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0006/9856167.4

15. No conditions exist in regard to the negotiation, terms, execution, or enforcement of the Loan Documents that would render any of them void, invalid, unenforceable, or subject to the equitable remedy of recission.

**B.    The State Court Action**

16. On June 21, 2024, BLC Defendants, along with numerous other plaintiffs, initiated the State Court Action by filing a complaint against First Fed and other defendants in Snohomish County Superior Court. A copy of the complaint in the State Court Action is attached as Exhibit D to this complaint.

17. The complaint in the State Court Action asserted that the Loan Agreement and Note between BLC Water Company LLC and First Fed, and the Guaranty between Brian S. Chu, Larina H. Chu and First Fed, are "void and/or should be rescinded." Ex. D. ¶¶ 205, 221.

18. The complaint in the State Court Action sought, among other things, an order that the Loan Agreement, Note, and Guaranty are "void, invalid, rescinded, and/or unenforceable under applicable law." Ex. D, Request for Relief, ¶ 7; *see also id.* at ¶¶ 210, 225, 241, 277 (seeking rescission).

19. The complaint in the State Court Action sought "temporary, preliminary, and permanent injunctive relief staying further disputed loan payments to … First Fed" under the Loan Agreement, and "preventing [First Fed] from defaulting or accelerating the loans in [BLC Defendants'] names pending the outcome of this litigation." Ex D, Request for Relief, ¶ 8.

20. On August 2, 2024, First Fed removed the State Court Action to this Court.

21. On August 6, 2024, BLC Defendants dismissed their claims against First Fed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**C.    Actual Controversy**

22. BLC Defendants do not have any claims pending against First Fed in state or federal court as of the filing of this action.

23. Notwithstanding their voluntary dismissal without prejudice of their claims against

COMPLAINT - 4
Case No. 3:24-CV-05729

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0006/9856167.4

First Fed as first asserted in the State Court Action, BLC Defendants continue to dispute the validity and enforceability of the Loan Agreement, the Note, and the Guaranty.

24. There is an immediate, concrete, and existing controversy between the parties as to the validity and enforceability of the Loan Documents. This could be resolved through the issuance of the declaratory judgment sought by First Fed in this case. Such a judgment would bring specific, legal certainty to parties with adverse legal interests—namely, First Fed on the one hand, and the BLC Defendants on the other.

V. **FIRST CAUSE OF ACTION – DECLARATORY RELIEF**

25. First Fed incorporates by reference paragraphs 1 through 24, above, as though fully set forth herein.

26. An actual controversy currently exists between the parties concerning the validity and enforceability of the Loan Documents. BLC Defendants have asserted—and continue to maintain—that the Loan Documents are invalid and unenforceable, and that First Fed is legally barred from calling a default or accelerating the Loan. First Fed contends that the Loan Documents are each valid and enforceable. This controversy would be resolved if the Court were to award First Fed the definite and concrete declaratory relief sought in this action.

27. First Fed seeks a declaratory judgment under 28 U.S.C. §§ 2201 and 2202 that:

a. The Loan Agreement and Note are valid and enforceable against Defendant BLC Water Company LLC.

b. The Guarantee is valid and enforceable against Defendant Brian S. Chu and Larina H. Chu as personal guarantors of the Loan.

c. The Loan Documents are not void or voidable by BLC Defendants under any doctrine or provision of state or federal law; and

d. BLC Defendants are not entitled to recission of the Loan Documents under any doctrine or provision of state or federal law, including, but not limited to, the Washington Franchise Investment Protection Act, RCW 19.100, the Washington

COMPLAINT - 5
Case No. 3:24-CV-05729

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0006/9856167.4

State Securities Act, RCW 21.20, and the Uniform Voidable Transactions Act, RCW 19.40.

**REQUEST FOR RELIEF**

Plaintiff First Fed Bank respectfully requests judgment in its favor and against BLC Defendants as follows:

1. A declaratory judgment in favor of First Fed and against BLC Defendants that the Loan Documents are valid and enforceable in accordance with their express written terms;

2. An order awarding First Fed its attorneys' fees and costs; and

3. Any other remedy that the Court deems just and proper.

DATED: September 3, 2024

        LANE POWELL PC

By:   *s/ Gregory R. Fox*
      Gregory R. Fox, WSBA No. 30559
      foxg@lanepowell.com

      *s/ Andrew G. Yates*
      Andrew G. Yates, WSBA No. 34239
      yatesa@lanepowell.com

      *s/ Devon J. McCurdy*
      Devon J. McCurdy, WSBA No. 52663
      mccurdyd@lanepowell.com

      *s/ Dailey Koga*
      Dailey Koga, WSBA No. 58683
      kogad@lanepowell.com

      1420 Fifth Avenue, Suite 4200
      P.O. Box 91302
      Seattle, Washington 98111-9402
      Telephone: 206-223-7000

*Attorneys for Plaintiff First Fed Bank*

COMPLAINT - 6
Case No. 3:24-CV-05729

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0006/9856167.4