THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>               Plaintiff,<br><br>   v.<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, BRIAN S. CHU, an individual, and LARINA H. CHU, an individual,<br><br>               Defendants. | Case No. 3:24-CV-05729-JHC<br><br>**CORPORATE AND DIVERSITY DISCLOSURE STATEMENT** |

Plaintiff First Fed Bank provides the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1. First Fed Bank's corporate parent is First Northwest Bancorp, a publicly held corporation. First Fed Bank is incorporated in Washington and has its principal office in Port Angeles, Washington. First Fed Bank is therefore a citizen of Washington.

CORPORATE AND DIVERSITY DISCLOSURE
STATEMENT - 1
CASE NO. add

134777.0006/9868462.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1 | DATED: September 6, 2024
2 | LANE POWELL PC
3 |
4 |
5 | By: *s/ Devon McCurdy*
    | Gregory R. Fox, WSBA No. 30559
    | Andrew G. Yates, WSBA No. 34239
6 | Devon J. McCurdy, WSBA No. 52663
7 | Dailey Koga, WSBA No. 58683
    | 1420 Fifth Avenue, Suite 4200
8 | P.O. Box 91302
    | Seattle, Washington 98111-9402
9 | Telephone: 206.223.7000
    | foxg@lanepowell.com
10 | yatesa@lanepowell.com
11 | mccurdyd@lanepowell.com
    | kogad@lanepowell.com
12 | Attorneys for Plaintiff First Fed Bank

CORPORATE AND DIVERSITY DISCLOSURE
STATEMENT - 2
CASE NO. add

134777.0006/9868462.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107