THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, Brian S. Chu, an individual, and Larina H. Chu, an individual,<br><br>　　　　　　　　　Defendants. | No. 3:24-cv-05729-JHC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE AND STAY SIX DECLARATORY JUDGMENT ACTIONS FILED BY FIRST FED**<br><br>**NOTING DATE: OCTOBER 1, 2024**<br><br>3:24-cv-05729-JHC<br>3:24-cv-05730-JNW<br>3:24-cv-05731-DGE<br>3:24-cv-05732-BHS<br>3:24-cv-05736-BHS<br>2:24-cv-01389-KKE |

This matter came before the Court on Plaintiffs' Motion to Consolidate and Stay Six Declaratory Judgment Actions Filed by Fist Fed. The Court has considered the motion, all papers filed in support thereof, all papers filed in opposition thereto, and all other pleadings and documents filed in this action. Having considered the foregoing,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion to Consolidate and Stay Six Declaratory Judgment Actions Filed by First Fed is GRANTED.

IT IS HEREBY FURTHER ORDERED that the following matters shall be consolidated into the above-captioned matter:

[PROPOSED] ORDER GRANTING MOTION TO
CONSOLIDATE AND STAY SIX DECLARATORY
ACTIONS (3:24-cv-05729-JHC) – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3:24-cv-05729-JHC

3:24-cv-05730-JNW

3:24-cv-05731-DGE

3:24-cv-05732-BHS

3:24-cv-05736-BHS

2:24-cv-01389-KKE

DATED this \_\_\_\_ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*/s/ John T. Bender*
John T. Bender, WSBA No. 49658
Jack M. Lovejoy, WSBA No. 36962
Kristen F. Barnhart, WSBA No. 51135
Jakob C. Goldfarb, WSBA No. 62165
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Phone: 206-625-8600
Fax: 206-625-0900
jbender@corrcronin.com
jlovejoy@corrcronin.com
kbarnhart@corrcronin.com
jgoldfarb@corrcronin.com

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE AND STAY SIX DECLARATORY ACTIONS  (3:24-cv-05729-JHC) – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties (if any) shall be served in accordance of the Federal Civil Rules of Procedure.

DATED this 10th day of September, 2024.

*s/ Paige Plassmeyer*
Paige Plassmeyer, Legal Assistant

[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE AND STAY SIX DECLARATORY ACTIONS (3:24-cv-05729-JHC) – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900