THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>                Plaintiff,<br><br>  vs.<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, Brian S. Chu, an individual, and Larina H. Chu, an individual,<br><br>                Defendants. | No. 3:24-cv-05729-JHC<br><br>**DECLARATION OF JOHN T. BENDER IN SUPPORT OF MOTION TO CONSOLIDATE AND STAY SIX DECLARATORY JUDGMENT ACTIONS FILED BY FIRST FED**<br><br>**NOTING DATE: OCTOBER 1, 2024**<br><br>3:24-cv-05729-JHC<br>3:24-cv-05730-JNW<br>3:24-cv-05731-DGE<br>3:24-cv-05732-BHS<br>3:24-cv-05736-BHS<br>2:24-cv-01389-KKE |

I, John T. Bender, declare and state as follows:

1. I am an attorney for Defendants in this matter. I am of legal age and competent to testify to the matters contained herein.

2. Attached as **Exhibit A** is a true and correct copy of the Complaint for Damages and Equitable Relief filed on September 6, 2024 by the First Fed Borrowers in *BLC Water Company, LLC et al. v. First Fed Bank et al.,* King County Superior Court Cause No. 24-2-20247-1 SEA.

DECLARATION OF JOHN T. BENDER – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3. Litigation related to the alleged Ponzi scheme has been commenced in multiple forums in Washington State, including, but not limited to, the following cases:

- Snohomish County Superior Court Cause No. 24-2-02887-31
- Snohomish County Superior Court Cause No. 23-2-04152-31
- Snohomish County Superior Court Cause No. 23-2-07449-31
- Snohomish County Superior Court Cause No. 23-2-07941-31
- Snohomish County Superior Court Cause No. 23-2-08829-31
- Snohomish County Superior Court Cause No. 23-2-08864-31
- Snohomish County Superior Court Cause No. 24-2-00583-31
- Snohomish County Superior Court Cause No. 24-2-01283-31
- Snohomish County Superior Court Cause No. 24-2-01362-31
- Snohomish County Superior Court Cause No. 24-2-01438-31
- Snohomish County Superior Court Cause No. 24-2-02346-31
- Snohomish County Superior Court Cause No. 24-2-02684-31
- Snohomish County Superior Court Cause No. 24-2-03489-31
- Snohomish County Superior Court Cause No. 24-2-02919-31
- Snohomish County Superior Court Cause No. 24-2-03751-31
- Snohomish County Superior Court Cause No. 24-2-02549-31
- Snohomish County Superior Court Cause No. 24-2-02497-31
- Snohomish County Superior Court Cause No. 24-2-05545-31
- Snohomish County Superior Court Cause No. 24-2-04013-31
- King County Superior Court Cause No. 24-2-10753-3 SEA
- King County Superior Court Cause No. 24-2-08418-5 SEA
- King County Superior Court Cause No. 24-2-06473-7 SEA
- King County Superior Court Cause No. 24-2-08418-5 SEA
- King County Superior Court Cause No. 24-2-08434-7 SEA
- King County Superior Court Cause No. 24-2-08467-3 SEA
- United States District Court Western District No. 2:24-cv-01164
- United States District Court Western District No. 2:24-cv-01172

4. Attached as **Exhibit B** is a true and correct copy of the Complaint for Monies Due filed on March 25, 2024 by First Fed Bank in *First Fed Bank. v. Deren Flesher,* King County Superior Court Cause No. 24-2-06473-7 SEA.

5. Attached as **Exhibit C** is a true and correct copy of the Complaint for Damages and Injunctive Relief filed on April 16, 2024 in *Pacific Water Technology, LLC et al.. v. Ryan R. Wear et al.,* Snohomish County Superior Court Cause No. 24-2-02887-31.

6. Attached as **Exhibit D** is a true and correct copy of the Order Granting Plaintiffs' Motion for Temporary Restraining Order entered on April 26, 2024 in *Pacific

DECLARATION OF JOHN T. BENDER – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

*Water Technology, LLC et al. v. Ryan R. Wear et al.,* Snohomish County Superior Court Cause No. 24-2-02887-31.

7. Attached as **Exhibit E** is a true and correct copy of the Petitioner's Motion for (1) Order to Show Cause Why a General Receiver Should Not be Appointed, and (2) Appointment of General Receiver, filed on April 17, 2024 in *First Fed Bank v. Ideal Property Investments, LLC,* King County Superior Court Cause No. 24-2-08418-5 SEA.

8. Attached as **Exhibit F** is a true and correct copy of the Order Appointing General Receiver, entered on May 3, 2024 in *First Fed Bank v. Ideal Property Investments, LLC,* King County Superior Court Cause No. 24-2-08418-5 SEA.

9. Attached as **Exhibit G** is a true and correct copy of the Petition for Appointment of General Receiver Pursuant to Stipulate[d] Order, filed on May 14, 2024 in *First Fed Bank v. Creative Technologies, LLC,* King County Superior Court Cause No. 24-2-10753-3 SEA.

10. Attached as **Exhibit H** is a true and correct copy of the Stipulated Order Appointing General Receiver, entered on or about May 15, 2024 in *First Fed Bank v. Creative Technologies, LLC,* King County Superior Court Cause No. 24-2-10753-3 SEA.

11. Attached as **Exhibit I** is a true and correct copy of the Motion for Leave to Intervene and to Expand Scope of First Federal Bank's Requested Receivership, filed on April 25, 2024 in *First Fed Bank v. Ideal Property Investments, LLC,* King County Superior Court Cause No. 24-2-08418-5 SEA.

12. Attached as **Exhibit J** is a true and correct copy of the Stipulation and Order of Dismissal Without Prejudice entered on June 13, 2024 in First Fed Bank in *First Fed Bank. v. Deren Flesher,* King County Superior Court Cause No. 24-2-06473-7 SEA.

DECLARATION OF JOHN T. BENDER – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

13. Attached as **Exhibit K** is a true and correct copy of the First Amended Complaint for Damages and Injunctive Relief filed on June 20, 2024 in *Pacific Water Technology, LLC et al.. v. Ryan R. Wear et al.,* Snohomish County Superior Court Cause No. 24-2-02887-31.

14. Attached as **Exhibit L** is a true and correct copy of Plaintiffs' Requests for Production to Defendant First Fed Bank, served on or about July 8, 2024 in *Pacific Water Technology, LLC et al.. v. Ryan R. Wear et al.,* Snohomish County Superior Court Cause No. 24-2-02887-31.

15. Attached as **Exhibit M** is a true and correct copy of Notice of Removal, filed by First Fed on August 1, 2024 in *Pacific Water Technology, LLC et al.. v. Ryan R. Wear et al.,* United States District Court Western District, No. 2:24-cv-01164.

16. Attached as **Exhibit N** is a true and correct copy of Pacific Parties' Notice of Dismissal Without Prejudice as to All Claims Against First Fed Defendants, filed on August 6, 2024 in *Pacific Water Technology, LLC et al.. v. Ryan R. Wear et al.,* United States District Court Western District, No. 2:24-cv-01164.

17. Prior to filing the voluntary dismissal referenced in Paragraph 16, I had a brief call with counsel for First Fed by phone in which I advised that the Pacific Parties were filing the voluntary dismissal without prejudice in part to facilitate a cooling off period that I personally hoped would facilitate meaningful settlement discussions. My co-counsel Jay Kornfeld of Bush Kornfeld had a similar conversation with First Fed's counsel following the filing of the Pacific Parties' notice of dismissal without prejudice.

18. Attached as **Exhibit O** is a true and correct copy of the Notice of Bankruptcy Filing and Stay, filed on August 29, 2024 in *Pacific Water Technology, LLC et al. v. Ryan R. Wear et al.,* United States District Court Western District, No. 2:24-cv-01164.

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

19. Attached as **Exhibit P** is a true and correct copy of the Joint Motion to Remand, filed on August 30, 2024 in *Pacific Water Technology, LLC et al.. v. Ryan R. Wear et al.,* United States District Court Western District, No. 2:24-cv-01164.

20. Attached as **Exhibit Q** is a true and correct copy of the Complaint for Declaratory Relief, filed on September 3, 2024 in *First Fed Bank v. Pacific Water Technology, LLC, Kwansoo Lee, DDS, PPLC, and Kawnsoo Lee.,* King County Superior Court, No. 24-2-19871-7 SEA.

21. Upon information and belief, Kwansoo Lee and related entities was served with the declaratory judgment action referenced in Paragraph 20 above on or about September 5, 2024.

22. Attached as **Exhibit R** is a true and correct copy of Declarations of Service on First Fed, its parent company, and several of its control people on and about September 6, 2024 in *BLC Water Company, LLC et al. v. First Fed Bank et al.,* King County Superior Court Cause No. 24-2-20247-1 SEA.

23. Attached as **Exhibit S** is a true and correct copy of an email chain between counsel from September 8, 2024 through September 9, 2024 related to the above-capationed case.

24. Attached as **Exhibit T** is a true and correct copy of Plaintiffs' First Requests for Production to First Fed Bank and First Northwest Bancorp, served September 9, 2024 in *BLC Water Company, LLC et al. v. First Fed Bank et al.,* King County Superior Court Cause No. 24-2-20247-1 SEA.

25. Attached as **Exhibit U** is a true and correct copy of a Subpoena Duces Tecum issued by the First Fed Borrowers in *BLC Water Company, LLC et al. v. First Fed Bank et al.,* King County Superior Court Cause No. 24-2-20247-1 SEA.

DECLARATION OF JOHN T. BENDER – 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

26. Attached as **Exhibit V** is a true and correct copy of the Motion to Consolidate First Fed Bank Cases filed by the First Fed Borrowers on September 9, 2024 in *First Fed Bank v. Founders Mosaic Partners, LLC et al.,* King County Superior Court Cause No. 24-2-12567-1 SEA.

27. On September 9, 2024, the First Fed Borrowers, through undersigned counsel, convened a call with counsel for First Fed.

28. Attached as **Exhibit W** is a true and correct copy of the Complaint for Monies Due filed on June 5, 2024 in *First Fed Bank v. Founders Mosaic Partners, LLC et al.,* King County Superior Court Cause No. 24-2-12567-1 SEA.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: September 10, 2024 at Seattle, Washington.

> *s/ John T. Bender*
> John T. Bender, WSBA No. 49658

DECLARATION OF JOHN T. BENDER – 6

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties (if any) shall be served in accordance of the Federal Civil Rules of Procedure.

DATED September 10, 2024, at Seattle, Washington.

*s/ Paige Plassmeyer*
Paige Plassmeyer, Legal Assistant
pplassmeyer@corrcronin.com

DECLARATION OF JOHN T. BENDER – 7

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900