**EXHIBIT A**

BLC WATER COMPANY, LLC, INDIANA WATER TECHNOLOGY, LLC, COLEWSTECH, LLC, RCWSTECH 1157, LLC, ROYAL RESERVOIRS, LLC, CHAURISHI RETAIL ENTERPRISES, LLC, KDAWG CRYPTO, LLC, PACIFIC WATER TECHNOLOGY, LLC, KWANSOO LEE, DDS, PLLC, KWANSOO LEE, BRIAN CHU, BRIAN CHU DDS, INC., LARINA CHU, LAURINA CHU DDS, INC., BRIAN AND LAURINA CHU DDS, INC., DAVID SCHROEDER, SARAH SCHROEDER, RON COLE, KAREN LAVIN, BASANT KUMAR, DEREN FLESHER, TYLER SADEK, AND FOUNDERS MOSAIC PARTNERS, LLC,

Plaintiffs,

v.

FIRST FED BANK, FIRST NORTHWEST BANCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTHEW DEINES, SHERILYN ANDERSON, GABRIEL GALANDA, LYNN TERWOERDS, JOHN DOES 1-10,

Defendants.

No.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

RELATED CASES:

No. 24-2-12567-1 SEA
No. 24-2-19871-7 SEA
No. 24-2-10753-3 SEA
No. 24-2-08418-5 SEA

Indiana Water Technology, LLC, BLC Water Company, COLEWSTECH, LLC, RCWSTECH 1157, LLC, Royal Reservoirs, LLC, Chaurishi Retail Enterprises, LLC, Pacific

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Water Technology, LLC, Kwansoo Lee, Kwansoo Lee DDS, PLLC, Brian Chu, Larina Chu, Brian Chu DDS, Inc., Larina Chu DDS, Inc., Brian and Larina Chu DDS, Inc., David Schroeder, Sarah Schroeder, Ron Cole, Karen Lavin, and Basant Kumar, by and through their undersigned counsel, John T. Bender of Corr Cronin LLP, and Founders Mosaic Partners, LLC, and Tyler Sadek, by and through their undersigned counsel (collectively, "Plaintiffs"), for their Complaint against Defendants First Fed Bank ("First Fed"), First Northwest Bancorp, Norman Tonina, Craig Curtis, Jennifer Zaccardo, Cindy Finnie, Dana Behar, Matthew Deines, Sherilyn Anderson, Gabriel Galanda, Lynn Toewoerds, and John Does 1-10 ("Defendants"), allege and state as follows:

## <u>NATURE OF ACTION</u>

1. This suit arises out of First Fed's violation of its state law duties to Plaintiffs and substantial contribution to sales of unregistered securities.

2. First Fed is a Washington state chartered bank with total assets of over $2 billion and a history of engaging in unsafe, unsound, and deceptive business practices.

3. Beginning in late 2021, First Fed issued a number of business loans to retail investors who were led to believe that they were investing in both a legitimate franchise opportunity and profitable business that they could use to support themselves and their families. In reality, it was all a lie. Unbeknownst to Plaintiffs at the time, they were induced to borrow money from First Fed to invest under false pretenses and, by doing so, they became the victims of a heartbreaking fraud.

4. This case is about First Fed's failures to observe its standard underwriting responsibilities and failures to disclose information that would have been material to Plaintiffs' decisions to transact with First Fed. It is also about First Fed's bad faith that continues to this day, and its ongoing demands that Plaintiffs repay the fraudulently induced

COMPLAINT FOR DAMAGES AND EQUITABLE
RELIEF – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

loans at all costs. At its core, this case is about a bank that chose to elevate its own financial interests over the interests of its borrowers.

5.     Plaintiffs have been placed in a position that is simply unconscionable. In the first instance, Plaintiffs were duped into financing the investment with loans from First Fed, who failed to disclose material information and its conflicts of interests. And now, due to First Fed's insistence that Plaintiffs bear the entire economic loss, Plaintiffs face either the loss of their homes or bankruptcy absent protective action by this Court.

6.     Accordingly, Plaintiffs now bring this action for orders voiding or rescinding their fraudulently induced loan agreements and for any other relief the Court deems just and equitable.

## PARTIES

7.     Pacific Water Technology LLC is a limited liability company registered in Washington and a borrower-investor. Dr. Kwansoo Lee, a resident of Washington, is the owner of Pacific Water Technology, and was also harmed by Defendants.

8.     Indiana Water Technology LLC is a limited liability company registered in Indiana and a borrower-investor. David and Sarah Schroeder are married. David Schroeder is the owner of Indiana Water Technology and the Schroeders, residents of Indiana, were also harmed by Defendants.

9.     BLC Water Company LLC is a limited liability company registered in Nevada and a borrower-investor. Dr. Brian Chu is married to Larina Chu. Brian Chu is the owner of BLC Water Company and the Chus, residents of California, and Brian Chu DDS, Inc., Laurina Chu DDS, Inc., and Brian and Laurina Chu DDS, Inc., California corporations owned by Brian and Laurina Chu, were also harmed by Defendants.

10.     Kdawg Crypto LLC is a limited liability company registered in Connecticut and

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

a borrower-investor. Karen Lavin, a resident of Connecticut, is the owner of Kdawg Crypto and was also harmed by Defendants.

11.     Chaurishi Retail Enterprises, LLC, is a limited liability company registered in Oregon and a borrower-investor. Basant Kumar, a resident of Oregon, is the owner of Chaurishi Retail Enterprises, LLC, and was also harmed by Defendants.

12.     RCWSTECH1157 LLC and COLEWSTECH LLC are limited liability companies registered in Illinois and borrower-investors. Dr. Ron Cole, a resident of Illinois, is the owner of RCWSTECH1157 and COLEWSTECH, and was also harmed by Defendants.

13.     Royal Reservoirs LLC is a limited liability company registered in Oklahoma and an investor. Dr. Deren Flesher, a resident of Oklahoma, is the owner of Royal Reservoirs and was also harmed by Defendants.

14.     First Fed Bank is a state chartered commercial bank organized in Washington that, upon information and belief, engages in business activities in Snohomish County. Upon information and belief, First Fed Bank is a wholly owned subsidiary of First Northwest Bancorp.

15.     First Northwest Bancorp is a holding company which, upon information and belief, owns and controls all shares of First Fed Bank and engages in business activities in Snohomish County.

16.     Upon information and belief, Norman Tonina, Craig Curtis, Jennifer Zaccardo, Cindy Finnie, Dana Behar, Matthew Deines, Sherilyn Anderson, Gabriel Galanda, and Lynn Terwoerds are Washington residents. At present, Tonina, Curtis, Zaccardo, Finnie, Behar, Deines, Anderson, Galanda, and Terwoerds are officers and Governors of First Northwest Bancorp.

17.     The Defendants listed in Paragraph 16 are referred to collectively herein as the

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

"Bank Governor Defendants."

## JURISDICTION AND VENUE

18.     This Court has subject matter jurisdiction and venue is appropriate as First Fed engages in business in King County, Washington, and the fraudulently induced agreements that are the subject of this action designate King County, Washington, as a permissible venue for disputes. By bringing this action, however, Plaintiffs are not acquiescing to the subject agreements and do not waive any rights, remedies, or claims applicable to these facts, all of which are expressly reserved.

## FACTUAL ALLEGATIONS

**A. First Fed is a Washington state bank that has a history of engaging in unsafe and deceptive banking practices.**

19.     First Fed is a state chartered bank and wholly owned subsidiary of First Northwest Bancorp. According to recent regulatory filings, First Fed and its parent claim over $2 billion in assets, primarily consisting of receivables from loans to the public.

20.     First Fed has a history of engaging in unsafe and deceptive banking practices.

**B. Plaintiffs were induced to invest with small business loans under false pretenses and without knowing the extent of First Fed's financial interest in Wear's scheme.**

21.     In late 2021, Plaintiffs were induced to invest in a Washington based company founded by Ryan Wear known as "WaterStation Technology."

22.     Plaintiffs learned about the investment opportunity from a variety of sources. They were told that they would be purchasing a franchise to operate Wear's proprietary machines ("WST 700s") at revenue-generating locations around the country. They were told that they would receive annual returns ranging from 12% to 20%. They were assured that they would play an active role in the operation of their franchise and that they were investing in a

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

turnkey business with low overhead and positive cash flow that would generate steady revenues.

23.     Plaintiffs were encouraged to finance the investment with small business loans from First Fed. Plaintiffs were assured that the value of the machines and monthly revenue payments would more than offset their liabilities.

24.     However, at the time they invested, Plaintiffs did not know that the full extent of First Fed's financial interest in Wear's operations.

25.     In 2020, First Fed agreed to issue three loans to Wear's alter ego entities for a total of $28 million.

26.     As part of the underwriting process for these loans, First Fed obtained substantial financial information from these entities as well as Ryan Wear and his business partner (and father) Richard Wear.

27.     In parallel to issuing direct loans to Wear, First Fed also entered into a referral agreement with Wear and his companies.

28.     Under the referral agreement, First Fed agreed to issue high risk loans to Wear's investors and it developed a custom loan program through which to do so.

29.     Under this custom loan program, First Fed employed a streamlined approval process that gave Wear the appearance of legitimacy. For example, First Fed did not conduct interviews of any of the Plaintiffs.

30.     According to insider testimony, First Fed's custom loan program contributed substantially to numerous securities sales. *See* Appendix A.

31.     In addition, First Fed's direct loans to Wear required him to submit audited financials of his business by a certain deadline and, of course, make certain regular payments.

32.     According to insider testimony, Wear and his companies defaulted on First Fed's direct loans in or about 2022.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

33.     After declaring Wear and his entities in default, First Fed acted aggressively to protect its own financial interests at Plaintiffs' expense.

34.     Among other things, in exchange for forbearance, First Fed obtained deeds of trust on 33 real properties owned and controlled by Wear and his family, which at today's prices are worth over $100 million.

35.     Prior to their investments, First Fed did not disclose its role as one of Wear's main lending and depository institutions or the information it alone had access to as a result.

36.     First Fed did not disclose that it had previously loaned Wear $28 million, or the conflict of interest this posed.

37.     First Fed did not disclose that with every loan to Plaintiffs, it was enabling Wear to repay his and his entity's direct loans to First Fed, or the conflict of interest this posed.

38.     First Fed did not disclose that its loan officers were in near daily text communication with Wear's representatives about approving and processing investor loans. *See* Appendix B.

39.     First Fed also did not disclose that, in the event of insolvency, it would have competing claims with its own borrowers by virtue of its direct loans to Wear, or the conflict of interest this posed.

40.     Upon information and belief, First Fed did not disclose other material information about Wear's operations and finances that would have been material to Plaintiffs' decision to invest.

41.     First Fed's failure to disclose prolonged the period before which Plaintiffs' learned of their claims in this action.

**C. First Fed engaged in reckless underwriting and other improper loan practices.**

42.     In addition to failing to disclose information that would have been material to

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiffs' decision to take out loans, First Fed owed and breached state law duties of care with respect its handling of the loan process before and after closing.

43.     First Fed held itself out to its customers as "more than a bank" that provided "services and expertise" designed to help "small and mid-size businesses grow and personal customers to achieve their financial goals and dreams."

44.     First Fed told its customers its mission was to "design and deliver delightful, accessible and effortless financial solutions by empowering our team members to improve the lives of those we serve."

45.     First Fed told its customers that "[c]ommercial loans have unique considerations" and that it would use its knowledge to offer "custom solutions" for their small business needs.

46.     First Fed also claimed that it was "accountable" and that it took "responsibility for [its] actions and decisions."

47.     Plaintiffs reasonably and justifiably relied on First Fed and its team of professionals to guide and support them through the process and to disclose any material information bearing on the transaction.

48.     As noted, First Fed's loans to Plaintiffs were issued as part of a custom loan program that it developed specifically for Wear's investors.

49.     On information and belief, First Fed agreed to refer investors to brokers and insurance companies.

50.     First Fed had superior access to information as well as specialized knowledge and expertise that Plaintiffs relied on in making the decision to invest and sign the subject agreements.

51.     In addition, Plaintiffs' decision to invest, and do so with a loan, was premised

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

on the expectation that the loan proceeds would be used to purchase Wear's machines—machines they would then own and that would secure the investment. This was fundamental to the validity and viability of the transaction.

52. An integral part of Wear's deception was furnishing fraudulent machine lists to First Fed, which ostensibly contained serial numbers and address locations at which investor machines were located.

53. Indeed, a critical part of underwriting any loan from the standpoint of a bank is implementing sufficient controls and safeguards to confirm collateral and root out fraud.

54. Because First Fed issued multiple loans to Plaintiffs, it had access to more than one machine list. Each investor was only provided with their own machine list.

55. Only First Fed and Wear had access to more than one machine list.

56. Had First Fed performed a simple comparison of the machine lists provided by Wear, it would have detected that the machine lists were riddled with duplicate entries.

57. Upon comparison the machine lists show significant duplication of both serial numbers and addresses, indicating Wear was, at minimum, selling the same machines to different investors.

58. At minimum, this revelation should have triggered a fraud alert and prompted follow up actions to prevent a fraud on the bank and its borrowers. But this did not occur.

59. Had First Fed performed a minimum level of due diligence, it would have also discovered that Wear's fraud ran deeper.

60. An examination conducted by Plaintiffs has revealed that no more than 10% of the purported machine "locations" actually have machines at that location. In other words, roughly 90% of the machines allegedly sold to investors do not exist at all.

61. First Fed's access to machine lists riddled with duplicate or overlapping entries

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

put First Fed on notice of the fraud and gave rise to an affirmative duty to disclose to Plaintiffs.

62.     Among other things alleged herein, in connection with the loan transactions with Plaintiffs, First Fed negligently and recklessly engaged in the following acts and omissions:

    a.  First Fed failed to disclose that, by virtue of its direct loans to Wear, it had a conflict of interest with Plaintiffs;

    b.  First Fed failed to disclose that, by virtue of its direct lending relationship with Wear, First Fed and Plaintiffs would hold competing claims in the event of insolvency;

    c.  First Fed failed to disclose that the machine lists it had been provided were riddled with duplication and repeats;

    d.  First Fed knew or should have known that Wear was selling the same machines to multiple investors and/or that the machines did not exist;

    e.  First Fed failed to disclose that it was not doing site visits or requiring independent verification of the existence of the machines Wear claimed to be selling;

    f.  First Fed failed to disclose that UCC-1 searches revealed substantial duplication between machines ostensibly sold to investors or, alternatively, that it was not performing UCC-1 searches and charged for the service anyway;

    g.  First Fed failed to disclose that it was not doing site visits or requiring sufficient independent verification of the existence of the machines that Wear claimed it was selling;

    h.  To the extent that Wear's activities ever triggered fraud alerts or other compliance warnings at First Fed, these were never disclosed to Plaintiffs;

    i.  First Fed failed to disclose that Wear's companies defaulted on its First Fed

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Street loans, were insolvent, or were otherwise unable to fulfill their financial obligations;

j.  First Fed failed to disclose that it was acting aggressively to secure its own financial position to the detriment of Plaintiffs;

k.  First Fed took security interests in collateral it had reason to know had been acquired or intermingled with improperly diverted funds;

l.  First Fed negligently and recklessly failed to follow prudent lending practices with respect to Plaintiffs' loans;

m.  First Fed engaged in unfair and deceptive conduct as to Plaintiffs both before and after closing of the loans;

n.  First Fed failed to verify that funds from the loans to Plaintiffs were used by Wear for the purposes required by the Loans, instead it simply forwarded the loan funds to Wear's operating account; and

o.  First Fed allowed its commercial lending to become excessively concentrated in loans to Wear and related entities and did not disclose this concentration to Plaintiffs.

**D. First Fed profited in more ways than one.**

63.  In connection with the transactions involving Plaintiffs, First Fed profited from the scheme in several ways.

64.  Upon information and belief, First Fed received hundreds of thousands, if not millions of dollars in down payments, monthly payments with interest and fees in connection with each loan.

65.  Some Plaintiffs have been forced to continue making payments on their loans even after the fraud has been exposed out of fear that First Fed would take aggressive legal

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

action. As First Fed has already brought suit against multiple investors despite the fraud, Plaintiffs' fears were more than justified.

66. Upon information and belief, First Fed also profited from Plaintiffs' loans by bundling and selling them on the secondary market.

67. Plaintiffs' loans also injected millions of dollars in capital that Wear could use to repay First Fed for the $28 million it had previously loaned Wear.

68. First Fed also benefited from the fact that, in the process of facilitating WST's scheme by providing financing, it harvested documents purporting to convey the bank security interests in Plaintiffs' personal assets, albeit under false pretenses.

**E. First Fed substantially contributed to Wear's sales of unregistered securities to Plaintiffs.**

69. While Plaintiffs' financed investments were disguised to look like the sale of franchise opportunities, the transactions actually constituted sales of unregistered securities. For investors such as Plaintiffs, these unregistered securities were comprised of several legal documents, which included Plaintiffs' loan agreements and related documents with First Fed.

70. First Fed played an indispensable role in facilitating the sale of Wear's unregistered securities to Plaintiffs. It provided the liquid capital that was essential for the transaction to take place, and for the expectations of the parties to be met.

71. The following table summarizes the amounts of Plaintiffs' securities transactions at issue that were facilitated by First Fed:

| Investor/Borrower | Date | Amount |
| --- | --- | --- |
| Chaurishi Retail Enterprises, LLC | 12/13/2021 | $318,750 |
| BLC Water Company, LLC | 12/21/2021 | $752,250 |
| Royal Reservoirs, LLC | 02/08/2022 | $325,125 |

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Pacific Water Technology, LLC | 12/03/2021 | $2,062,472.21 |
|---|---|---|
| Kdawg Crypto, LLC | 01/06/2022 | $276,750 |
| Indiana Water Technology, LLC | 12/14/2021 | $988,125 |
| RCWSTECH1157, LLC, COLE WSTECH, LLC | 06/09/2022 | $1,500,000 |
| Founders Mosaic Partners, LLC | 09/28/2021 | $1,115,625 |

**F. First Fed has engaged in aggressive and bad faith litigation tactics designed to intimidate and harass Plaintiffs.**

72.     All loan agreements, personal guaranties and other documents Plaintiffs have been induced to sign related to this matter are void and/or should be rescinded based on the facts stated above.

73.     As noted, Plaintiffs have made payments on their fraudulent loans as long as they have been able to – some are current as of today – out of fear that First Fed will foreclose on them and take their personal assets unless they continue paying.

74.     First Fed has insisted that Plaintiffs continue making payments under the constant threat of legal action and the loss of their homes and other assets.

75.     First Fed has sued multiple investors for failing to make payments and have engaged in other aggressive litigation tactics designed to intimidate and harass.

76.     Upon information and belief, First Fed has disclosed confidential borrower information to the counsel of at least one other bank that issued loans to Wear's investors.

77.     To gain a tactical advantage over these same Plaintiffs, First Fed, through counsel, violated the automatic stay that was imposed in connection with receivership proceedings originally initiated by First Fed itself.

78.     First Fed has also unfairly and deceptively induced represented and

**CORR CRONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

unrepresented parties to sign purported absolute and unconditional releases of First Fed without informing them of the language or notifying their counsel. These agreements are void and unenforceable.

79. Plaintiffs seek all legal and equitable remedies necessary to bring this nightmare to an end.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## VIOLATIONS OF WASHINGTON CONSUMER PROTECTION ACT

80. Plaintiffs reallege and incorporate all allegations of this Complaint.

81. As alleged herein, and under the facts of this case, First Fed has engaged in, and is engaging in unfair or deceptive acts or practices in connection with the business of lending and the sale of investment products in the state of Washington.

82. First Fed's unfair or deceptive acts or practices have continued since before the point of sale, to this very day.

83. First Fed's unfair or deceptive acts or practices occurred in trade or commerce and affect the public interest.

84. First Fed's dealings with Plaintiffs since the Ponzi scheme has come to light have also been unfair and deceptive. First Fed has unfairly and deceptively induced represented and unrepresented parties to sign agreements with fine print releasing First Fed from all claims without notice to the other party's counsel.

85. First Fed's collection and litigation activity has been unfair and deceptive.

86. Plaintiffs have been injured in their business and property, as First Fed accepted investor funds – down payments, interest, and other fees – both before and after closing, and have failed to return these funds or otherwise deal with them in a fair and honest

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

manner after the subject transactions were executed.

87.     First Fed's unfair or deceptive acts or practices are ongoing and are a proximate cause of Plaintiffs' injuries.

88.     Plaintiffs have been damaged in an amount to be proven at trial. Plaintiffs are entitled to all remedies available under Washington law, including treble damages, attorney's fees, equitable relief, constructive trust, and general and emotional distress damages.

89.     As noted, the Declaratory Relief Plaintiffs seek only declaratory and/or injunctive relief that their agreements are rescinded.

## SECOND CAUSE OF ACTION

### NEGLIGENCE

90.     Plaintiffs reallege and incorporate all allegations of this Complaint.

91.     As alleged herein, and under the facts of this case, First Fed owed duties to Plaintiffs under Washington state law that it negligently and recklessly breached.

92.     First Fed's duties under state law included, without limitation, duties to exercise reasonable care in all phases of the loan process including loan underwriting and to exercise reasonable care to disclose matters Plaintiffs were entitled to know and/or matters First Fed knew were necessary to make partial or ambiguous statements not misleading.

93.     As alleged herein, First Fed breached their state law duties to Plaintiffs proximately causing them harm.

94.     Plaintiffs have been damaged in an amount to be proven at trial.

## THIRD CAUSE OF ACTION

### BREACH OF FIDUCIARY DUTY

95.     Plaintiffs reallege and incorporate all allegations of this Complaint.

96.     As alleged herein, and under the facts of this case, First Fed assumed fiduciary,

COMPLAINT FOR DAMAGES AND EQUITABLE
RELIEF – 15

quasi-fiduciary and/or other heightened extra-contractual common law duties under Washington state law to Plaintiffs.

97.    Special circumstances permeated First Fed's relationship with Plaintiffs. First Fed had superior access to information and superior knowledge and expertise that Plaintiffs relied upon in choosing to invest.

98.    Plaintiffs reasonably and justifiably relied on First Fed to guide them through the loan process and to disclose any material information bearing on the transaction.

99.    First Fed breached these state law duties causing Plaintiffs harm.

100.    Plaintiffs have been damaged in an amount to be proven at trial. Plaintiffs are entitled to all remedies under Washington law on account of First Fed's breach of fiduciary or heightened duties.

## FOURTH CAUSE OF ACTION

### VIOLATIONS OF CHAPTER 21.20 RCW

101.    Plaintiffs reallege and incorporate all allegations of this Complaint.

102.    As alleged herein, and under the facts of this case, transactions Plaintiffs were induced to enter into with Wear and First Fed were unregistered securities transactions under Washington law.

103.    First Fed is liable as a seller of unregistered securities under RCW 21.20 in that that it was a substantial contributor to the sale of unregistered securities.

104.    First Fed played a necessary and material role in the consummation of the transactions with Wear. But for the funds supplied by First Fed, the transactions would never have occurred in the first place.

105.    Plaintiffs are entitled to all rights and remedies provided by Washington law and RCW 21.20, including, without limitation, rescission and recessionary damages such as

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

down payments, monthly payments, interest and fees, together with prejudgment interest, costs, and reasonable attorneys' fees.

106. To the extent required, Plaintiffs hereby tender back to First Fed all securities purchased.

107. Furthermore, the Bank Governor Defendants are liable as officers, directors and control persons pursuant to RCW 21.20.430. They are jointly and severally liable for the damages caused by First Fed's violations of RCW 21.20 in an amount to be proven at trial.

## FIFTH CAUSE OF ACTION

## COMMON LAW MISREPRESENTATION / DUTIES OF DISCLOSURE

108. Plaintiffs reallege and incorporate all allegations of this Complaint.

109. As alleged herein, and under the facts of this case, First Fed is also liable to Plaintiffs under the law of misrepresentation.

110. First Fed owed Plaintiffs state law duties to disclose material information by virtue of (a) fiduciary, quasi-fiduciary, or heightened duties, (b) First Fed's knowledge of facts which were peculiarly within the knowledge of First Fed and not readily obtainable by Plaintiffs, (c) particular Plaintiffs lack of relevant business experience, (d) Plaintiffs' reliance on First Fed's specialized knowledge and experience, and/or (e) other state statutory or legal duty.

111. First Fed's failure to disclose proximately caused Plaintiffs' damages in an amount to be proven respectively at trial. Plaintiffs are entitled to all legal and equitable remedies available under Washington law including without limitation damages in an amount to be proven at trial.

## SIXTH CAUSE OF ACTION

## DECLARATORY AND INJUNCTIVE RELIEF

**CORR CRONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

112.    Plaintiffs reallege and incorporate all allegations of this Complaint.

113.    Plaintiffs seek declaratory relief from the Court finding that the loan agreements, personal guaranties and other security instrument that Plaintiffs were induced to sign are void and unenforceable against them.

114.    Plaintiffs injunctive relief against First Fed precluding First Fed from forcing the subject agreements against them.

## SEVENTH CAUSE OF ACTION

### IN THE ALTERNATIVE

### CLAIMS UNDER FOREIGN STATE LAW

115.    Plaintiffs reallege and incorporate all allegations of this Complaint.

116.    Plaintiffs reserve the right to assert any and all claims under the laws of the following states insofar as they are deemed applicable: Oregon, California, Connecticut, Florida, Illinois, Indiana Florida, Michigan.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests that the Court award the following relief:

1.    For orders conforming Plaintiffs' claims to the evidence developed in discovery and presented at trial under state law;

2.    For any and all legal or equitable remedies available under state law;

3.    For awards of damages and equitable relief available under state law against First Fed in an amount and of a nature to be determined at trial;

4.    For awards of all remedies available under RCW 21.20 and/or RCW 19.86;

5.    For prejudgment interest on any portion of the damages award that is for a liquidated amount;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

6.      For injunctive and declaratory relief as requested herein or otherwise supported by the evidence under state law;

7.      For alter ego liability and piercing the corporate veil as applicable;

8.      For joint and several liability under applicable law;

9.      For an award of attorneys' fees and costs incurred in this action;

10.     Civil penalties under state law;

11.     Damages for emotional distress, mental anguish, and any other general damages;

12.     Punitive and treble damages;

13.     Any and all remedies available to Plaintiffs under applicable foreign state law;

14.     Leave to amend to add additional claims and Defendants based on further discovery; and

15.     For such other and further relief as the Court deems just, equitable, or warranted by law.

DATED this 6st day of September, 2024.

CORR CRONIN LLP


*s/John T. Bender*
John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
Telephone: 206-625-8600
Email: jbender@corrcronin.com,

Jack M. Lovejoy
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Telephone: 206-625-8600
Email: jlovejoy@corrcronin.com

*Counsel for Plaintiffs Indiana Water
Technology, LLC, BLC Water Company,
COLEWSTECH, LLC, RCWSTECH 1157,
LLC, Royal Reservoirs, LLC, Chaurishi
Retail Enterprises, LLC, Pacific Water
Technology, LLC, Kwansoo Lee, Brian
Chu, Larina Chu, David Schroeder, Sarah
Schroeder, Ron Cole, Karen Lavin, and
Basant Kumar*

MIX SANDERS THOMPSON, PLLC

s/Michael K. Rhodes
Michael K Rhodes, WSBA No. 41911
Mix Sanders Thompson, PLLC
1601 5th Ave., Ste. 1800
Seattle, WA 98101
Phone: 206-678-1000
Fax: 888-521-5980

MERCHO STRZYNSKI LLP
Tarek E. Mercho (*Pro Hac Vice
Forthcoming*)
8935 N. Meridian St., Suite 112
Indianapolis, IN 46260
317-722-0607
tk@msfirm.law

*Counsel for Plaintiffs Mosaic Capital
Partners and Tyler Sadek*

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900


APPENDIX A

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

FIRST FED BANK, a Washington state bank corporation,

                  Plaintiff,

vs.

IDEAL PROPERTY INVESTMENTS, LLC, a Washington limited liability company;

                  Defendant.

No. 24-2-08418-5 SEA

JUNE 28, 2024 DECLARATION OF KEVIN NOONEY

SUBMITTED IN SUPPORT OF PACIFIC PARTIES' RESPONSE TO RECEIVER'S MOTION FOR INSTRUCTIONS

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2250 01 oh04bz165t

| | |
|---|---|
| PACIFIC WATER TECHNOLOGY, LLC, et al., | |
| *Plaintiffs*, | No. 24-2-02887-31 |
| v. | JUNE 28, 2024 DECLARATION OF KEVIN NOONEY |
| RYAN WEAR, et al., | |
| *Defendants*. | |

I, Kevin Nooney, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration. I am competent to testify to these matters and would do so if called upon.

2. I have worked for Creative Technologies full time for 4 years.

3. My position is Investment Relations & Internal Finance.

4. As Investment Relations & Internal Finance, my duties included securing financing for property purchases and for company growth, including working capital and equipment loans.

5. Prior to working for Creative, I worked in the banking industry for over twenty years as a commercial loan officer. In or about 1987, I joined Interwest Bank in Marysville, Washington, as a commercial real estate loan officer. In 1998, I took a position at Colonial

JUNE 28, 2024 NOONEY DECLARATION - 1
*PWT v. WEAR*, No. 24-2-02887-31 (SNOHOMISH C'TY SUP. CT.)

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1 Bank Group as commercial loan officer in Bellevue, Washington. In 2000, I took a position
2 as a commercial loan officer for Redmond National Bank, in Redmond, Washington. In
3 approximately 2003, Redmond National was acquired by Venture Bank, which was based
4 in Lacey, Washington. I became the Senior Vice President of Lending for the King County
5 Division of Venture Bank.

6. Larry Houk and I met in approximately 1991 through various banking colleagues. In 2005, Houk, then the President of Bank of Washington, hired me as the Senior Lending Officer for the Bank of Washington.

7. In 2010, I opened my own consulting company, primarily helping builders work through their real estate lending challenges with local banks. I believe it was around 2012 or later Houk left the Bank of Washington and formed his own company, Northwest Financial Services, through which he was offering loan broker services to the public.

8. In or about 2016, I joined First Citizens Bank as a Vice President of Commercial Banking. In or about 2018, I joined Plaza Bank as a Vice President of Commercial Lending. Plaza Bank was acquired shortly after by United Business Bank. Then, in or about 2019, I temporarily joined Harbor Stone Credit Union as a Vice President of Commercial Lending.

9. In March 2020, I started working for Ryan Wear and Creative Technologies. In my role for Creative, we engaged Houk to assist Creative and affiliates in obtaining financing, including a $21.5 million direct business loan from First Fed Bank to Creative through the Federal Reserve's Main Street Lending Program (the "Main Street Loan").

10. Houk had a relationship with First Fed Bank, specifically, Kasi O'Leary, First Fed's Vice President of Commercial Lending. First Fed was doing Main Street Loans. As part of the application and underwriting process, we provided substantial financial information for Creative, Summit Management, WaterStation Management, and Ryan Wear and his father, Richard Wear. First Fed ultimately approved us for several loans through the Main Street Program, including $21.5 million for Creative, $4 million for WaterStation Management, and $2.5 million for Summit Ventures.

June 28, 2024 Nooney Declaration - 2

*PWT v. Wear*, No. 24-2-02887-31 (Snohomish C'ty Sup. Ct.)

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

11. To the best of my knowledge, the $2.5 million to Summit Ventures was used to acquire other vending companies, the $4 million to WaterStation Management was used for equipment purchases, and the Creative loan were used to acquire other manufacturing assets and potentially other real estate assets.

12. Additionally, in or about February 2021, First Fed agreed to create an equipment lending program for prospective customers of Creative. In particular, Creative agreed to refer potential WaterStation customers to First Fed for financing their sale transactions. First Fed did not make a specific monetary allocation for this program, but agreed to review customer applications case by case according to First Fed's custom loan policy. Previously, we had trouble finding a lender whose conditions we could satisfy completely for a program like this. As a result, First Fed became a key partner whose assistance contributed substantially to many equipment sale transactions to customers.

13. Houk was the broker on the subsequent equipment loans to customers and I understand that as the loan broker he received commissions for these loans.

14. Under the terms of Creative's Main Street Loan, my understanding is that interest only payments were required for the first three years, with annual principal pay to follow; I also understand that by sometime in 2022 Creative was required to provide audited financials. I understand that Creative ultimately failed to deliver the required audited financials on time.

15. As a result, by early 2023, First Fed held Creative in default of the Main Street Loan. I understand that this action forced Creative into negotiations with First Fed to avoid consequences as a result of the default. The Main Street Loan was initially guaranteed by Ryan Wear and Creative. However, in exchange for forbearance of the Main Street Loan, Creative entered into a series of new credit agreements and workout terms with First Fed.

16. Among these new agreements, First Fed required Creative and several real estate holding companies organized by Wear, including Ideal Property Investments LLC ("Ideal"), to grant First Fed deeds of trust against at least 20 properties if not more, many of which were

JUNE 28, 2024 NOONEY DECLARATION - 3

*PWT v. WEAR*, NO. 24-2-02887-31 (SNOHOMISH C'TY SUP. CT.)

ARD LAW GROUP PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

held by Ideal and were purchased with funds provided by Creative as referenced in my earlier declaration.

17. Creative had a similarly close partnership with UniBank that preceded the partnership with First Fed. I had long-standing personal relationships with UniBank loan officer Wan Kim and Chief Credit Officer Sunny Kim. I knew Sunny Kim from my time working at other banks. I knew Wan through the industry. We provided them with substantial financial information prior to referring dozens of customers to UniBank. I understand UniBank made a substantial number of loans to Creative customers, similarly, like First Fed, substantially contributing to these sale transactions. Wan Kim himself was an investor and I understand he was reimbursed by Creative in 2022. Houk also served as the broker for these loans which I understand he received commission from the bank.

18. I declare under penalty of perjury of the laws of the state of Washington that the foregoing is true and correct.

///

///

Signed this **28** th day of June in **Seattle**, Washington.

By: _____

Kevin Nooney

2250 01 0f27d816ce

JUNE 28, 2024 NOONEY DECLARATION - 4

*PWT v. WEAR*, NO. 24-2-02887-31 (SNOHOMISH C'TY SUP. CT.)

ARD LAW GROUP PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243



APPENDIX B

| From | To | Participants Timestamps | Body |
|------|-----|------------------------|------|
| +13604606393 ████ | +14259222889 ████████ ) | ████████ (owner) - Read: 5/2/2022 1:03:39 PM(UTC-7) | Funded on Friday late, sorry I don't get notice earlier |
| +14259222889 ████ | +13604606393 ████ | +13604606393 ████ | ████ Can we get ████ funded today. I believe ████ called you on this. First Fed has had the insurance since the 28th of April. |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/17/2022 1:58:36 PM(UTC-7) | We are short handed in Doc Prep this week but we are working on Them today. Hope to have them soon. |
| +14259222889 ████ | +13604606393 ████ | +13604606393 ████ - Delivered:5/17/2022 3:07:56 PM(UTC-7) | Thanks. Please let me know when they are sent |
| +14259222889 ████ | +13604606393 ████ | +13604606393 ████ - Delivered:5/18/2022 9:55:30 AM(UTC-7) | Please let me know when the documents are sent and thank you again |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/18/2022 11:13:22 AM(UTC-7) | Will do! Just asked for another Status update this morning. |
| +14259222889 ████ | +13604606393 ████ | +13604606393 ████ - Delivered:5/18/2022 11:28:49 AM(UTC-7) | Please get this out today. It very important for cash flow |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/18/2022 12:08:53 PM(UTC-7) | Ok. Doing my best to get these asap! |
| +14259222889 ████ | +13604606393 ████ | +13604606393 ████ - Delivered:5/18/2022 1:11:17 PM(UTC-7) | Any word on this yet? |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/18/2022 1:45:44 PM(UTC-7) | We are very close. Doc review just finished |
| +14259222889 ████ | +13604606393 ████ | +13604606393 ████ - Delivered:5/18/2022 1:46:21 PM(UTC-7) | Awesome. Appreciate the update |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/18/2022 2:48:38 PM(UTC-7) | Docs are out for signature! I just signed my part. |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/18/2022 2:48:38 PM(UTC-7) | As long as he gets in and signs asap we are prepared to fund today. |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/18/2022 2:48:38 PM(UTC-7) | Docs are signed! Working to fund asap. Will be today. Thanks! |
| +13604606393 ████ | +14259222889 ████ (owner) | +14259222889 ████ (owner) - Read: 5/19/2022 6:33:43 AM(UTC-7) | We've funded. Thanks! |



| From | To | Participants Timestamps | Body |
|------|----|-----------------------|------|
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:5/19/2022 6:33:51 AM(UTC-7) | Thank you |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 5/19/2022 10:27:54 AM(UTC-7) | You're welcome! Hope to have more closing very soon. |
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:5/27/2022 1:36:39 PM(UTC-7) | Kasi. Any update on ▇ ? Have a great Memorial Day weekend |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 5/27/2022 1:38:21 PM(UTC-7) | Hi ▇ , we are working on it. Won't be able to find today, hopefully Tuesday. Thanks and you too! |
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:5/27/2022 2:09:55 PM(UTC-7) | Thanks |
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:5/31/2022 9:14:12 AM(UTC-7) | ▇ i. Hope you had a great long weekend. Just checking on the Status of ▇ closing? |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 5/31/2022 9:15:15 AM(UTC-7) | Morning, you too! I actually just forwarded you an email. Doc prep caught something in his formation documents that ▇ needs to address. Shouldn't take long if he gets it to us right away. |
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:5/31/2022 3:12:48 PM(UTC-7) | Looks Like ▇ got that back to you earlier. Thanks for keeping me updated |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 5/31/2022 4:19:37 PM(UTC-7) | No problem! I keep checking in with docs too. |
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:5/31/2022 6:15:51 PM(UTC-7) | Any update? |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 5/31/2022 6:24:01 PM(UTC-7) | Sorry, not yet. |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 6/1/2022 8:55:22 AM(UTC-7) | Good Morning, docs went out for review this morning. Just need to make a couple corrections and they should be out for signatures later this morning. As long as he signs by this afternoon we should be able to find today. |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 6/1/2022 8:55:22 AM(UTC-7) | Fund, not sure why my phone does that! |
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:6/1/2022 8:56:33 AM(UTC-7) | Thanks For keeping me updated. |
| +13604606393 ▇ | +14259222889 ▇ (owner) | +14259222889 ▇ (owner) - Read: 6/1/2022 10:34:24 AM(UTC-7) | NP, docs are out. I just signed. :) |
| +14259222889 ▇ | +13604606393 ▇ | +13604606393 ▇ - Delivered:6/1/2022 10:36:18 AM(UTC-7) | Sounds awesome. Does that mean it's Funded and closed. We really appreciate it. Should wrap up ▇ today too |

| From | To | Participants Timestamps | Body |
|---|---|---|---|
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/1/2022 11:11:18 AM(UTC-7) | Just waiting on signatures. I will let you know when we fund. Thx! |
| +14259222889 | +13604606393 | +13604606393 - Delivered:6/1/2022 2:04:39 PM(UTC-7) | i. Just landed and catching my next flight on the run. Did get that signed? |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/1/2022 2:23:51 PM(UTC-7) | Checking in now. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:6/1/2022 2:23:56 PM(UTC-7) | Thanks |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/1/2022 3:29:52 PM(UTC-7) | signed, just waiting for to sign |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/1/2022 3:29:52 PM(UTC-7) | All signed and Approved for funding. I will text you as soon as funds are transferred. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:6/1/2022 3:30:08 PM(UTC-7) | Thanks. |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/1/2022 4:56:02 PM(UTC-7) | We have funded. Thanks! |
| +14259222889 | +13604606393 | +13604606393 - Delivered:6/1/2022 4:56:25 PM(UTC-7) | Great and awesome. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:6/1/2022 4:56:59 PM(UTC-7) | Thanks again. I just landed in Houston |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/2/2022 3:19:20 PM(UTC-7) | Hey, just wondering. Will you be in town for our meeting tomorrow? |
| +14259222889 | +13604606393 | +13604606393 - Delivered:6/9/2022 2:35:16 PM(UTC-7) | i. I talked to and he will find the account tomorrow morning. Can you send the documents tomorrow morning for him to sign. Let me know |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/9/2022 2:36:08 PM(UTC-7) | Ok I will ask. Funding would still depend on insurance. But I'll check on status |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/9/2022 3:13:11 PM(UTC-7) | We are close. Will do our best to get docs out tomorrow. Just can't fund until insurance and deposit are received. Thx! |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 6/10/2022 1:52:58 PM(UTC-7) | will call. Can you send me phone number? All I have is his email. |

| From | To | Participants Timestamps | Body |
|------|-----|------------------------|------|
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:6/10/2022 1:54:25 PM(UTC-7) | ▉ here you go |
| +13604606393 | +14259222889 (owner) | +14259222889 ▉ (owner) - Read: 6/10/2022 3:38:47 PM(UTC-7) | Thx! |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:6/29/2022 4:48:01 PM(UTC-7) | Can I call you later? |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:6/29/2022 4:48:37 PM(UTC-7) | i. I can call you in 10 minutes? |
| +13604606393 | +14259222889 (owner) | +14259222889 ▉ (owner) - Read: 6/29/2022 4:52:51 PM(UTC-7) | Sure! No problem. Just left you a voicemail too. |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:7/7/2022 2:22:56 PM(UTC-7) | ▉ . Just want to see if we can speed up getting the Docs out to ▉ .Let me know if you can help on that |
| +13604606393 | +14259222889 (owner) | +14259222889 ▉ (owner) - Read: 7/7/2022 2:23:49 PM(UTC-7) | We are going as fast as possible. But I will see what we can don thx. |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:7/7/2022 2:24:07 PM(UTC-7) | Thank you |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:7/8/2022 10:11:52 AM(UTC-7) | ▉ Hope your Friday is going well. Just checking on ▉ and his progress |
| +13604606393 | +14259222889 (owner) | +14259222889 ▉ (owner) - Read: 7/8/2022 10:38:42 AM(UTC-7) | Docs are out for internal review shouldn't be long. |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:7/8/2022 10:39:06 AM(UTC-7) | Thank you and awesome as always. |
| +13604606393 | +14259222889 (owner) | +14259222889 ▉ (owner) - Read: 7/8/2022 11:28:58 AM(UTC-7) | We can have him sign as early as this afternoon but he hasn't funded account with down payment yet. Will probably fund on Monday assuming we get funds asap. |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:7/8/2022 11:29:53 AM(UTC-7) | He said he was funding that on Thursday. You might have ▉ call him on that. Thanks for all your help |
| +13604606393 | +14259222889 (owner) | +14259222889 ▉ (owner) - Read: 7/8/2022 11:30:07 AM(UTC-7) | We have reached out. Thx! |
| +14259222889 | +13604606393 | +13604606393 ▉ - Delivered:7/8/2022 11:31:00 AM(UTC-7) | I thought he was using his equipment that we bought back as his down payment? |

| From | To | Participants Timestamps | Body |
|------|-----|------------------------|------|
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/8/2022 11:31:29 AM(UTC-7) | There are still fees to pay, etc. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:7/8/2022 11:31:45 AM(UTC-7) | Gotcha. |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/11/2022 3:59:38 PM(UTC-7) | just went in to initiate his wire today. He said we should get it tomorrow. □ |
| +14259222889 | +13604606393 | +13604606393 - Delivered:7/11/2022 4:16:22 PM(UTC-7) | Thank you. We are now getting everything for Nova Springs. Should have that to you tomorrow too |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/11/2022 4:24:57 PM(UTC-7) | Liked "Thank you. We are now getting everything for Nova Springs. Should have that to you tomorrow too" |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/11/2022 4:24:57 PM(UTC-7) | I'm also working on . His CPA had some concerns we are working to address. I may need to call you tomorrow with some questions. |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/12/2022 9:28:38 AM(UTC-7) | Funds received we should be finding today. |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/12/2022 9:28:38 AM(UTC-7) | *funding |
| +14259222889 | +13604606393 | +13604606393 - Delivered:7/12/2022 9:29:27 AM(UTC-7) | My thumbs do the same thing. Thank you. Let me know and call my on that question you had |
| +14259222889 | +13604606393 | +13604606393 - Delivered:7/12/2022 12:17:31 PM(UTC-7) | . Any word on ? |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/12/2022 1:13:43 PM(UTC-7) | Reviewed and approved for funding. Just waiting for loan servicing to let me know it's been funded. Will probably hear from them after lunchtime. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:7/12/2022 3:09:19 PM(UTC-7) | Did they get it funded? |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/12/2022 4:46:36 PM(UTC-7) | Yes we are funded. Thx! |
| +14259222889 | +13604606393 | +13604606393 - Delivered:7/12/2022 4:46:47 PM(UTC-7) | Great and thanks |
| +14259222889 | +13604606393 | +13604606393 - Delivered:7/27/2022 10:17:45 AM(UTC-7) | How is Nova Springs coming? I hear they are ready to fund. |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 7/27/2022 10:18:36 AM(UTC-7) | Still waiting for down payment. I'll follow up now. |

| From | To | Participants Timestamps | Body |
|------|-----|------------------------|------|
| +14259222889 ▮ | +13604606393 ▮ | +13604606393 ▮ - Delivered:7/27/2022 10:20:04 AM(UTC-7) | Thanks. I have a question for you too. Do you have time for a call today? |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 7/27/2022 10:20:24 AM(UTC-7) | Yes. How about 11am? |
| +14259222889 ▮ | +13604606393 ▮ | +13604606393 ▮ - Delivered:7/27/2022 10:20:39 AM(UTC-7) | That can work |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 7/27/2022 11:04:52 AM(UTC-7) | Call my cell whenever your free. I'm actually available until about 1 |
| +14259222889 ▮ | +13604606393 ▮ | +13604606393 ▮ - Delivered:7/27/2022 11:13:32 AM(UTC-7) | Call you right back |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 7/27/2022 3:57:04 PM(UTC-7) | Nova springs forgot how much to send, we resent them the amount needed today. They said they plan to have it to us by Friday.

Any word from Jeremy in the deposits! |
| +14259222889 ▮ | +13604606393 ▮ | +13604606393 ▮ - Delivered:7/28/2022 11:15:59 AM(UTC-7) | ▮ I'm will seeing ▮ today and will make sure he does that. Nova Springs will be funding on Friday? |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 7/28/2022 12:11:08 PM(UTC-7) | I will check. Still don't have customer funds or insurance |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 7/28/2022 12:11:08 PM(UTC-7) | And thanks! |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 7/28/2022 12:11:08 PM(UTC-7) | We will have docs ready today, just need the rest so we can close. |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 8/30/2022 9:41:29 AM(UTC-7) | Hi ▮ , sorry I missed you I'm going to forward your request for the release to ▮ . Call me anytime about water station finance. Thx! |
| +14259222889 ▮ | +13604606393 ▮ | +13604606393 ▮ - Delivered:8/30/2022 2:19:24 PM(UTC-7) | ▮ Please call me when you get a chance. |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 8/30/2022 2:24:45 PM(UTC-7) | Just tried to call you back again. Went straight to voicemail |
| +14259222889 ▮ | +13604606393 ▮ | +13604606393 ▮ - Delivered:9/2/2022 8:48:47 AM(UTC-7) | Can I call you back in 30 minutes? |
| +13604606393 ▮ | +14259222889 ▮ (owner) | +14259222889 ▮ (owner) - Read: 9/2/2022 9:09:12 AM(UTC-7) | Sure |
| +14259222889 ▮ | +13604606393 ▮ | +13604606393 ▮ - Delivered:9/2/2022 9:56:29 AM(UTC-7) | I can call you in 5 minutes |

| From | To | Participants Timestamps | Body |
|------|-----|------------------------|------|
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 9/2/2022 10:05:17 AM(UTC-7) | Sorry, not sure what happened there I saw you called me back but it wouldn't let me pick it up. I'm available for about the next 25 minutes and then I'm going to be tied up for a few hours |
| +14259222889 | +13604606393 | +13604606393 - Delivered:10/26/2022 10:44:19 AM(UTC-7) | i. Can you send me a copy of the Kent appraisal. Thanks |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 10/26/2022 10:56:29 AM(UTC-7) | Yes I will get that to you today. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:10/26/2022 10:56:37 AM(UTC-7) | Thank you. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:3/23/2023 1:45:03 PM(UTC-7) | Can I call you later? |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 3/23/2023 1:45:31 PM(UTC-7) | Yes. I have a call from 3-4 but otherwise I'm available |
| +14259222889 | +13604606393 | +13604606393 - Delivered:3/23/2023 1:45:31 PM(UTC-7) | All you in 15 minutes |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 3/23/2023 1:45:37 PM(UTC-7) | Liked " All you in 15 minutes" |
| +14259222889 | +13604606393 | +13604606393 - Delivered:4/27/2023 11:12:21 AM(UTC-7) | I sent a email regarding payoffs earlier. I hope you can reduce the prepayment fee on these loans. I will send you email so you can send it to him after I review them. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:4/27/2023 11:12:52 AM(UTC-7) | He is the Lender in the RE loans |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 4/27/2023 2:17:51 PM(UTC-7) | OK, I will see what I can do. Thanks. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:9/7/2023 4:32:17 PM(UTC-7) | Can I call you later? |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 9/7/2023 4:46:13 PM(UTC-7) | Yes. Thx |
| +14259222889 | +13604606393 | +13604606393 - Delivered:9/15/2023 10:10:40 AM(UTC-7); Read: 9/15/2023 11:02:36 AM(UTC-7) | Great talking to you yesterday. Just checking on when you could get that info I requested to me? Hope you have a good weekend too |
| +13604606393 | +14259222889 (owner) | +14259222889 (owner) - Read: 12/21/2023 10:10:20 AM(UTC-8) | Sorry, I can't talk right now. |
| +14259222889 | +13604606393 | +13604606393 - Delivered:12/21/2023 10:10:41 AM(UTC-8) | i. Can you give me a call. Thanks |

| From | To | Participants Timestamps | Body |
|---|---|---|---|
| +13604606393████ | +14259222889████████ (owner) | +14259222889 Kevin Nooney (owner) - Read: 12/21/2023 10:24:59 AM(UTC-8) | I'm sorry I can't. I'm away this week. If you have something urgent please call ████. |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ (owner) - Read: 12/21/2023 10:24:59 AM(UTC-8) | |
| +14259222889████ | +13604606393████ | +13604606393████ - Delivered:12/21/2023 11:02:36 AM(UTC-8) | If you could give ████ a quick call that would be great. |
| +14259222889████ | +13604606393████ | +13604606393████ - Delivered:12/21/2023 11:02:49 AM(UTC-8) | ████ is on Vacation too |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ (owner) - Read: 12/21/2023 11:31:02 AM(UTC-8) | I really can't talk today. I'm busy with my family. ████ has ████ number. He is in charge, best to talk to him. |
| +14259222889████ | +13604606393████ | +13604606393████ - Delivered:12/21/2023 11:32:04 AM(UTC-8) | Thank you. |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ (owner) - Read: 7/29/2022 8:34:49 AM(UTC-7) | Morning! Now Nova springs is saying they will wire funds Monday. Still waiting on insurance too. |
| +14259222889████ | | | I thought they had a rate lock expiring? |
| +14259222889████ | | | Is ████ following up on insurance. It usually take about 4 days? |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ (owner) - Read: 7/29/2022 8:53:14 AM(UTC-7) | I think we are ok on the rate. ████ followed up on insurance again this morning. |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ (owner) - Read: 7/29/2022 8:53:14 AM(UTC-7) | ████ said they just need to tell him the date to start. |
| +14259222889████ | | | Thanks |
| +14259222889████ | | | ████ mentioned that the Nova Springs loan had funded? |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ (owner) - Read: 7/29/2022 12:37:34 PM(UTC-7) | No, they went out for signatures. |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ (owner) - Read: 7/29/2022 12:37:34 PM(UTC-7) | We were thinking they would find today but then the Borrower had questions and said they won't be wiring funds until Monday. |
| +13604606393████ | +14259222889████████ (owner) | +14259222889████████ owner) - Read: 8/2/2022 10:49:28 AM(UTC-7) | Looks like Nova Springs will fund today. Thanks! |
| +14259222889████ | | | Thanks ████. |