**EXHIBIT J**

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEREN FLESHER,<br><br>　　　　　　　　Defendant. | No. 24-2-06473-7 SEA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Clerk's Action Required] |

## I. STIPULATION

COMES NOW Plaintiff First Fed Bank, a Washington state commercial bank ("First Fed"), appearing by and through its attorneys, Gregory R. Fox and Andrew G. Yates of Lane Powell PC; and Defendant Deren Flesher ("Flesher"), appearing by and through his attorneys, John T. Bender of Corr Cronin LLP; and on stipulation, the parties do hereby agree that the lawsuit and any and all claims or actions between First Fed and Flesher in the above-captioned action shall be dismissed without prejudice and without fees or costs to either party.

STIPULATED TO this 13th day of June, 2024.

LANE POWELL PC

By /s/Gregory R. Fox
　　Gregory R. Fox, WSBA No. 30559
　　Andrew G. Yates, WSBA No. 34239
　Attorneys for Plaintiff First Fed Bank

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

134777.0022/9771588.2

| | |
|---|---|
| 1 | STIPULATED TO this 13th day of June, 2024. |
| 2 | CORR CRONIN LLP |
| 3 | |
| 4 | By */s/John T. Bender* |
| 5 | John T. Bender, WSBA No. 49658<br>Attorneys for Defendant Deren Flesher |

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0022/9771588.2

## II. ORDER OF DISMISSAL

THIS MATTER having come before this Court upon the stipulation of the parties for an order of dismissal without prejudice and without fees or costs to either party; and the Court being fully advised, now, therefore, it is hereby

ORDERED that the lawsuit and any and all claims or causes of action between First Fed and Flesher in the above-captioned case are hereby dismissed without prejudice and without award of costs or fees to either party. It is further

ORDERED that this case shall be closed.

ENTERED this ___ day of June, 2024.

_____
JUDGE/COURT COMMISSIONER

Stipulated and Agreed to;
Presented by:

LANE POWELL PC


By/s/*Gregory R. Fox*
   Gregory R. Fox, WSBA No. 30559
   Andrew G. Yates, WSBA No. 34239
Attorneys for Plaintiff First Fed Bank

Stipulated and Agreed to;
Notice of Presentation Waived:

CORR CRONIN LLP


By/s/*John T. Bender*
   John T. Bender, WSBA No. 49658
Attorneys for Defendant Deren Flesher

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

134777.0022/9771588.2

King County Superior Court
Judicial Electronic Signature Page

| | |
|---|---|
| Case Number: | 24-2-06473-7 |
| Case Title: | FIRST FED BANK VS FLESHER |
| Document Title: | Order |
| Signed By: | Jonathon Lack |
| Date: | June 13, 2024 |

Commissioner: Jonathon Lack

This document is signed in accordance with the provisions in GR 30.

| | |
|---|---|
| Certificate Hash: | C5B04F858F4F5E635BAE2A3B8CA835ECC3D9F1D3 |
| Certificate effective date: | 5/31/2024 8:57:01 AM |
| Certificate expiry date: | 5/31/2029 8:57:01 AM |
| Certificate Issued by: | C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Jonathon Lack: zPM9ymsN7xGzkhEHpjRXTQ==" |