**EXHIBIT L**

SUPERIOR COURT OF WASHINGTON FOR SNOHOMISH COUNTY

| | |
|---|---|
| PACIFIC WATER TECHNOLOGY, LLC, SPRUCE WATERS INVESTMENTS, LLC, INDIANA WATER TECHNOLOGY, LLC, A&R WATER SUPPLY, LLC, BLC WATER COMPANY, LLC, GRANITE STREET VENTURES, LLC, RUMSON WELLNESS, LLC, BROWN FAMILY ENTERPRISES, LLC, KMANDY INVESTMENTS, L.L.C., EVER UPWARD, INC., SUN A WY, LLC, SIRIPI WST, LLC, LIVINGWATER STATION, LLC, GRAYFIN VENTURES, LLC, PRASITI WATER INVESTMENTS, LLC, JBF CONSULTING SERVICES, LLC, COCO AQUA, LLC, Q & V LLC, WATERSTATION TECHNOLOGY OF ROCKVILLE, ARRAVEND, LLC, FLATLANDS EQUIPMENT, LLC, C&C INVESTMENT HOLDINGS, LLC, GREAT OAK WATER, LIMITED LIABILITY COMPANY, WV WATER TECH, LLC, KDAWG CRYPTO, LLC, CULMINATE WATER TECHNOLOGY, LLC, CHUGIT, LLC, CHAURISHI RETAIL ENTERPRISES, LLC, PROGRESSIVE PARTNERS, LLC, 210 SA HOLDING, LLC, WST UTAH LLC, V2S2, LLC, CYBORG HOLDINGS, LLC, ASH VENDING, LLC, ADVENTURE DONE RIGHT, LLC, BIG BOY TOOLS LLC, ROMAN JAROSIEWICZ, ABBY WYATT GROUP, INC., AIDEN WATERWORKS, LLC, HOREB WATER SOLUTIONS, LLC, SILVER OAK H2O, LLC, NS SQ ECO WATERS, LLC, JK SEVEN LLC, JEFFREY BROOKE, OED PROPERTIES LLC, JLE | NO. 24-2-02887-31<br><br>PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO DEFENDANT FIRST FED BANK |

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

ENTERPRISES, LLC, BE OF SERVICE, LLC,
ETANIA, LLC, NIRA ENTERPRISES, LLC,
FACTS PROPERTY SERVICES, LLC,
IMLSUNSHINE, LLC, REDWATERS, LLC,
STARTER HOLDINGS, LLC, HELMUT
GIEWAT, MAY AUERBACH, ROYAL
RESERVOIRS, LLC, AQUALUX WATER
LLC, RCWSTECH1157, LLC,
COLEWSTECH, LLC, MAJI 8377, LLC,
OAKS WATERSTATION TECH, LLC, SDB
H20, LLC, WST, LLC, HALF FULL
VENDING, LLC, RDWSTECH3594, LLC,
ROSE TRAIL VENTURES, LLC, AND ROSE
TRAIL VENTURES 2, LLC, PRAVIN
THAKKAR JR, KWANSOO LEE, DDS, TOM
ANDERSON, ABBEY ANDERSON, BRIAN
CHU, DDS, LARINA CHU, DAVID
SCHROEDER, SARAH SCHROEDER,
REGINALD FRANKLIN, ANGEL
FRANKLIN, DYLAN ROSS, TAYLOR
ROSS, CODY BISHOP, DAVID BROWN,
KARTHIKA MANDYAM, DAVID
BERANEK, SUSAN PINKERTON,
RADHIKA SIRIPIREDDY, KARL
SCHOENLEBER, JAMES SARTAIN,
NIRUPA KESKAR, JOHN FLACK, TRUNG
NGUYEN, LI LIANG, TAN QUAN
NGUYEN, ASHOKA SHEANH, MATHEW
FELLOWS, CHARLES COGGINS, THOMAS
WAWERSICH, JASON BLOUGH, MICHELE
BLOUGH, KAREN LAVIN, PADMA
KANDIKONDA, PAVAN KANDIKONDA,
JAMES VILT II, BASANT KUMAR,
RADHIKA KAMALLA, MARC
HILDEBRAND, DEBRA HILDEBRAND,
MERRILL STODDARD, DANIELLE
STODDARD, VENKITA SHARMA,
TIMOTHY DAILEY, ROBERT HOERY,
STEFANI HOERY, SEAN DONE, ANNA
DONE, STERLING DAVIS, MARK
FLEMING, STACEY FLEMING, BO YANG,
STEVEN WELLS, DUSTIN BRAEGER,
NAVANEETH KUMAR, WILLIAM WHITE,
JEANNETTE WHITE, JEFFREY BROOKE,
JOSHUA OED, JAMES ESTES, ADRIA
ESTES, MICHAEL BAILEY, KARTHIGA
JAYARAM, KARTHIKEYAN
RAMPRASATH, ARCHAN TLKOTI,
AASHISH PAREKH, JACOB

PLAINTIFFS' REQUESTS FOR PRODUCTION TO
DEFENDANT FIRST FED BANK – 2

1  LETOURNEAU, KARLA LETOURNEAU,
   KONDA REDDY GADI, SREELAKSHMI
2  SIRIPURAM, JOSHUA LEYKAM, PAIGE
   LEYKAM, HELMUT GIEWAT, DEREN
3  FLESHER, DDS, GARY YOUNG, HEIDI
   YOUNG, RONALD COLE, DDS, JAMES
4  WALKER, DDS, DUANE OKAMOTO,
   LINDA OKAMOTO, SCOTT BURAU, DDS,
5  BRAD BURAU, DDS, JOSH MCNARY,
   ROBERT DOST, DDS,
6
                    Plaintiffs,
7
        v.
8
   RYAN R. WEAR and REBECCA A. SWAIN,
9  CREATIVE TECHNOLOGIES, LLC d/b/a
   WATERSTATION TECHNOLOGY, WST
10 FRANCHISE SYSTEMS LLC, WATER
   STATION MANAGEMENT, LLC, KEVIN
11 NOONEY and ELIZABETH NOONEY, and
   the marital community comprised thereof,
12 REFRESHING USA, LLC, SUMMIT
   MANAGEMENT SERVICES, LLC, IDEAL
13 PROPERTY INVESTMENTS, LLC,
   REFRESHING CALIFORNIA L.L.C.,
14 REFRESHING MONTANA, LLC,
   REFRESHING MID-ATLANTIC, LLC,
15 REFRESHING CAROLINES, LLC,
   REFRESHING GREAT LAKES, LLC,
16 WATERSTATION FINANCE COMPANY,
   LLC, REFRESHING GEORGIA, LLC,
17 CREATIVE TECHNOLOGIES FLORIDA,
   LLC, REFRESHING FLORIDA, LLC, 2129
18 ANDREA LANE LLC, 3209 VAN BUREN
   LLC, ICE & WATER VENDORS, LLC,
19 IDEAL INDUSTRIAL PARK, LLC, IDEAL
   AZ PROPERTY INVESTMENTS, LLC, K-2
20 ACQUISITION, LLC, EMERY
   DEVELOPMENT, LLC, ARIZONA WATER
21 VENDORS INCORPORATED, WST AZ
   PROPERTIES LLC, 1118 VIRGINIA
22 AVENUE LLC, 11519 SOUTH PETROPARK
   LLC, TCR PLUMBING, LLC, 3422 W
23 CLARENDON AVE LLC, 1206 HEWITT
   AVE LLC, WATERSTATION
24 TECHNOLOGY II, LLC, PISTOL, INC.,
   SMOKEY POINT HOLDINGS, LLC, 602
25 SOUTH MEAN, LLC, 719 EDEN, LLC, 343

PLAINTIFFS' REQUESTS FOR PRODUCTION TO
DEFENDANT FIRST FED BANK – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

GROUP LLC, 4300 FOREST LLC, 70 NO
GARDEN, LLC, 204 NWW LLC,
WATERSTATION TECHVENTURE, LLC,
WATER STATION HOLDINGS LLC,
WATERSTATION TECHNOLOGY, LLC,
REFRESHING COLORADO LLC,
ARIZONA VENDORS INC., GOLDEN
STATE VENDING, LLC, REFRESHING
FLORIDA LLC, REFRESHING MIDWEST,
LLC, REFRESHING MIDWEST REAL
ESTATE, LLC, REFRESHING NEW
MEXICO, LLC, REFRESHING NEW
ENGLAND LLC, REFRESHING TEXAS
LLC, REFRESHING OKLAHOMA LLC,
REFRESHING WASHINGTON, LLC,
SMART SODA HOLDINGS, INC.,
VENDPRO, LLC d/b/a ELITEVEND,
HARRISON STREET, LLC, 602 SOUTH
MEADOW LLC, 8825 LLC, UNIBANK, U &
I FINANCIAL CORP., SIMON BAI,
STEPHANIE YOON, D. BENJAMIN LEE,
PETER PARK, FIRST FED BANK, FIRST
NORTHWEST BANKCORP, NORMAN
TONINA, CRAIG CURTIS, JENNIFER
ZACCARDO, CINDY FINNIE, DANA
BEHAR, MATTEW DEINES, SHERILYN
ANDERSON, GABRIEL GALANDA, LYNN
TERWOERDS, LARRY HOUK,
NORTHWEST FINANCIAL SERVICES,
LLC, RICHARD WEAR,

Defendants.

Pursuant to Civil Rules 26, 33 and 34, Plaintiffs hereby propounds their First

Interrogatories and Requests for Production ("Discovery Requests") to Defendant First Fed

Bank ("Defendant" or "you" or "your").

## **INSTRUCTIONS**

1.      These requests are directed to Defendant and cover all information in your

possession, custody, and control, including information in the possession, custody, and control

of Defendant, including without limitation your current or former officers or directors,

PLAINTIFFS' REQUESTS FOR PRODUCTION TO
DEFENDANT FIRST FED BANK – 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

employees, agents, servants, representatives, Defendant's attorneys, or other persons directly or indirectly employed or retained by Defendant, or anyone else acting on Defendant's behalf or otherwise subject to Defendant's control, and any merged, consolidated, or acquired predecessor or successor, parent, subsidiary, division or affiliate.

2.      Unless otherwise specifically provided herein, the documents that must be produced in response to the following requests for production include all responsive documents prepared, sent, dated, received, used, or in effect at any time during the period of January 1, 2015 through the present, including the date of any supplemental response ("the discoverable period").

3.      Use of the singular or plural in these requests should not be deemed a limitation and the use of the singular should be construed to include, where appropriate, the plural. The conjunctive form "and" and the disjunctive form "or" are mutually interchangeable and encompass each other. The terms "any" and "all" are mutually interchangeable and encompass each other.

4.      Plaintiffs request that any documents withheld in whole or in part from production based on a claim of privilege are assigned unique document control numbers; and each attachment to a document shall be treated as a separate document and separately logged, if withheld, and cross referenced, if produced. Please also provide a statement of the claim of privilege and all facts relied upon in support of the decision to withhold each document, in the form of a log, which, for each document withheld, states:

        a.      The document's control numbers;

        b.      All authors of the document;

        c.      All addressees of the document;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

d.    All recipients of the document, or of any copies of the document to the extent not included among the document's addressees;

e.    The date of the document;

f.    The nature or type of the privilege that you are asserting for the document (*e.g.* "attorney-client privilege");

g.    A description of the subject matter of the document, describing the nature of the document in a manner that, while not revealing information that is itself privileged, provides sufficiently detailed information to enable Plaintiff to assess the applicability of the privilege claimed;

h.    The request to which the document is responsive;

i.    The document control numbers of any attachments to the document, regardless of whether any privilege is being asserted for such attachments; and

j.    Whether the document has been produced in partially redacted form or withheld entirely.

5.    The definition of "document" used herein includes data stored in any electronic form. You are required to review such data and determine whether it contains material responsive to these requests. If you have not already done so, you should immediately take all steps necessary to preserve the following categories of electronic data that contain information responsive to Plaintiff's discovery requests:

a.    All electronic mail, information about electronic mail (including but not limited to information on message contents, header information, and logs of electronic mail system usage), any attachments, and any other electronic communications including any data from instant messaging

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

programs, internet relay chat systems, or any voicemail programs containing information responsive to these requests;

b. All files containing information from electronic calendars or scheduling programs responsive to these requests;

c. All user-created files (including but limited to word processing files, spreadsheets, and slide presentations) that contain information responsive to these requests;

d. All databases (including all records and fields and structural information in such databases) or other data files that contain any information (such as sales, pricing, customer, financial, accounting, and billing information) responsive to these requests;

e. All logs of activity on computer systems that may have been used to process or to store electronic data containing information responsive to these requests;

f. All electronic data files created or used by spreadsheet programs that contain information responsive to these requests; and

g. All other electronic data containing information that is responsive to these requests.

6. Unless otherwise requested, electronic documents (*e.g.*, email) and data shall be produced in searchable electronic format as follows:

a. Unless otherwise stated, the requested production format for all documents is single page TIFF images with multi-page text files, load files and native links. The load file should be produced in a format capable of being imported into Relativity litigation software. The

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

parties may confer on specific metadata fields and may agree to a different form of production. In all cases, however, you should produce documents in native format, or such other format upon which the parties mutually agree, and, in all cases, preserving original metadata and source information;

b.    All image files should include an OCR text file;

c.    All files should be labeled with a Bates or control number;

d.    Parent/child attachment relationships should be maintained;

e.    All image files should have a minimum resolution of 300 dpi and meet commonly accepted production standards to ensure that the image file is reliable and authentic;

f.    The metadata fields should include: DoclD, EndDoc, Document Date, Sent Date (for email), File Name, Email Subject, File Type or File Extension, Email To, Email From, Email CC, Author, Link to native file, Begattach/Endattach or attachrange, File Extension, MD5 Hash, and Custodian;

g.    PowerPoint and Excel documents should be produced in native format with all metadata preserved, including speaker notes. Spreadsheets created with other software should be produced in a comma delimited format capable of being opened in Excel;

h.    All hard copy documents for which native electronics files never existed, no longer exist, or are not reasonably accessible also should be produced in single TIFF format. This includes, but is not limited to, scanned images of those documents which contain unique information after they

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

were printed out, such as paper documents containing handwriting, signatures, marginalia, drawings, annotations, highlighting, and redactions. All scanned documents should be kept as they are in regular course of business or in the alternative provide information identifying the custodian for each document; and

    i.    Audio, video, or other recorded information shall be provided separately on a DVD or other storage device capable of being played on Windows in a .wav or .mpeg format.

7.    If any document responsive to these requests is no longer in your possession, custody, or control, state (i) what was done with the document; (ii) the identity and contact information of the current custodian of the document; (iii) the reason for the transfer or disposition of the document; and (iv) the identity and contact information of the person who made the decision to transfer or dispose of the document.

8.    If any document request cannot be answered fully, please provide as full an answer as possible, with a complete statement of the reason for the inability to fully respond.

9.    The propounding party acknowledges the possibility that you may object to a particular document request as vague or burdensome. A party cannot always determine in advance which requests might genuinely be vague or unduly burdensome to the opposing party. It is anticipated that you will respond to all Requests for Production to the best of your ability and in good faith, preserving any bona fide objections if necessary. It is further anticipated, and good practice would certainly dictate, that you will promptly attempt to obtain clarification regarding requests from the undersigned (who stand ready and willing to provide any such clarity) if the facts of the particular situation so require. When in doubt, the request should be interpreted consistent with their common meaning and standard English dictionary.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

10.     These requests are continuing and, to the full extent required under CR 26(e), you must seasonably supplement your responses upon the discovery of new or additional information.

## DEFINITIONS

As used herein:

1.     "Document(s)" means the original or any non-identical copies of all written, recorded, graphic material and all electronic data of every kind, whether prepared by you or by any other person, including drafts, that is in your possession, custody, or control, including but not limited to: memoranda, reports, letters, telegrams, and other communications recorded in any form or medium; notes, minutes, and transcripts of conferences, meetings and telephone or other communications; contracts and other agreements; checks, check registers, statements, ledgers, and other records of financial matters or commercial transactions; appointment books, calendars, notebooks, and diaries, including data in PDAs; maps, diagrams, graphs, and charts; plans and specifications; publications; photographs; photocopies; microfilm; and other copies or reproductions; computer printouts, tallies, tabulations, and summaries of sales or bids; and all file folders, file tabs, folder tabs, mailing envelopes, facsimile transmission cover sheets, and any other proof or indicia of mailing (if applicable) associated with each original. The term "document" includes spreadsheets, as well as underlying cell formulae and other codes. The term "document" also includes electronic mail messages and other documents and data stored in, or accessible through, computer or other information retrieval systems, such as personal computers, workstations, minicomputers, personal data assistants, archival voice storage systems, group and collaborative tools, electronic messaging devices, portable or removable storage media, mainframes, servers, backup disks and tapes, archive disks and tapes, and other forms of online or offline storage, whether on or off of your premises. The

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

term "document" includes all data (including metadata, embedded, hidden and other bibliographic or historical data describing or relating to documents created, revised, or distributed on computer systems) stored in electronic form or accessible through computer or other information retrieval systems, together with instructions and all other materials necessary to use or interpret this data. Unless specifically requested, the term "document" excludes non-electronic forms of invoices, bills of lading, purchase orders, customs declarations, and other similar documents of a purely transactional nature. The reference to specific types, categories, or formats of documents in any specific Request for Production in no way limits or diminishes the scope of the term "document" for purposes of the request.

2. "Communication(s)" means any oral or written expression, disclosure, transfer, transmission, or exchange of information or any nonverbal conduct of a person intended by that person to be a substitute for an oral or written expression, disclosure, transfer, transmission, or exchange of information, in whatever form, by whatever means, including, but not limited to, oral, written, face-to-face, email, telephone, facsimile, electronic, text messages, voicemail, postal mail, personal delivery, or otherwise.

3. "Identify" means:

    a.    In the case of a person other than a natural person, its legally registered name, the address of its principal place of business, its telephone number, and the name of its chief executive officer;

    b.    In the case of a natural person, his or her full name (including middle name), home address and telephone number, business address and phone number, last known cellular or mobile telephone number(s), their last known employer, the positions held by each person during the discoverable period, and the dates of tenure in each such position; and

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

c. In the case of a communication, its date, its type (e.g., telephone conversation, letter, electronic mail, or meeting), the place where it occurred, the identity of the persons who made it, the identity of the persons who received it or who were present when it was made, and the subject matter discussed.

4. "Relating to" or "relate to" or "regarding" means directly or indirectly refer or pertain to, discuss, describe, reflect, contain, examine, analyze, study, report on, comment on, evidence, constitute, show, consider, recommend, concern, record, or set forth, in whole or in part.

5. "You" or "Your" or "First Fed" mean Defendant First Fed Bank and/or its partners, owners, members, agents, affiliates, subsidiaries, parents, servants, employees, officers, successors, licensees, partners, contractors (including, but not limited to, Turning Pointe), and assigns, and all persons acting in concert or participation with each or any of them or on any of their behalf.

6. "Wear" means Defendant Ryan Wear and/or any person or entity acting on his behalf.

7. "Houk" or "Larry Houk" means Defendant Larry Houk and/or Northwest Financial Services, LLC, and/or any person or entity acting on their behalf.

8. "Nooney" or "Kevin Nooney" means Defendant Kevin Nooney and/or any person or entity acting on his behalf.

9. "Unibank" means UniBank and/or its partners, owners, members, agents, affiliates, subsidiaries, parents, servants, employees, officers, successors, licensees, partners, contractors, and assigns, and all persons acting in concert or participation with each or any of them or on their behalf.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

10.    "Turning Point" means TurningPointe LLC d/b/a Turning Point Strategic Advisors and/or any of its partners, owners, members, agents, affiliates, subsidiaries, parents, servants, employees, officers, successors, licensees, partners, contractors, and assigns, and all persons acting in concern or participation with each or any of them or on their behalf

11.    "WST" means Defendant Creative Technologies and/or any subsidiary or affiliate thereof including, without limitation, the entity Defendants named in this matter that Plaintiffs allege are owned or controlled by Defendant Wear, including, without limitation, Ideal Property Investments, LLC, and its subsidiaries and affiliates, and/or any person or entity acting on any of their behalf.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION 1:**  Produce all documents and communications sent to or received from Larry Houk referencing and/or relating to any of the following:

a) Loan inquiries or applications submitted by WST and/or Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loans to Wear and/or underwriting or pre- or post-closing due diligence activities relating to any such loans;

d) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in WST, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

e) Loans to Plaintiffs or any other investor in WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

f) Information regarding any WST-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

g) Referrals;

h) Commissions or compensation paid to Houk;

i) Any and all agreements or loan programs with WST and/or Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

j) Investments in WST;

k) Potential investors in WST;

l) The qualifications and/or financial means of investors in WST

m) WST's business and/or financial information;

n) WST's business practices, credit worthiness, and/or financial condition; and/or

o) WST's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**REQUEST FOR PRODUCTION 2:** Produce all documents and communications sent to or received from Kevin Nooney referencing and/or related to any of the following:

a) Loan inquiries or applications submitted by WST and/or Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loans to Wear and/or underwriting or pre- or post-closing due diligence activities relating to any such loans;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

d) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in WST, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

e) Loans to Plaintiffs or any other investor in WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

f) Information regarding any WST-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

g) Referrals;

h) Commissions or compensation paid to Houk;

i) Any and all agreements or loan programs with WST and/or Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

j) Investments in WST;

k) Potential investors in WST;

l) The qualifications and/or financial means of investors in WST

m) WST's business and/or financial information;

n) WST's business practices, credit worthiness, and/or financial condition; and/or

o) WST's solvency and/or ability to satisfy obligations.

**RESPONSE:**


**REQUEST FOR PRODUCTION 3:** Produce all documents and communications sent to or received from Wear referencing and/or related to any of the following:

a) Loan inquiries or applications submitted by WST and/or Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

PLAINTIFFS' REQUESTS FOR PRODUCTION TO
DEFENDANT FIRST FED BANK – 15

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

b) Loans to WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loans to Defendant Wear and/or underwriting or pre- or post-closing due diligence activities relating to any such loans;

d) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in WST, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

e) Loans to Plaintiffs or any other investor in WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

f) Information regarding any WST-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

g) Referrals;

h) Commissions or compensation paid to Houk;

i) Any and all agreements or loan programs with WST and/or Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

j) Investments in WST;

k) Potential investors in WST;

l) The qualifications and/or financial means of investors in WST

m) WST's business and/or financial information;

n) WST's business practices, credit worthiness, and/or financial condition; and/or

o) WST's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION 4:** Produce all documents and communications sent to or received from Turning Point referencing and/or related to any of the following:

a) Loan inquiries or applications submitted by WST and/or Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loans to Wear and/or underwriting or pre- or post-closing due diligence activities relating to any such loans;

d) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in WST, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

e) Loans to Plaintiffs or any other investor in WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

f) Information regarding any WST-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

g) Referrals;

h) Commissions or compensation paid to Defendant Houk;

i) Any and all agreements or loan programs with WST and/or Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

j) Investments in WST;

k) Potential investors in WST;

l) The qualifications and/or financial means of investors in WST

m) WST's business and/or financial information;

n) WST's business practices, credit worthiness, and/or financial condition; and/or

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

o) WST's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**REQUEST FOR PRODUCTION 5:** Produce all documents and communications sent to or received from Unibank referencing and/or relating to any of the following:

a) Loan inquiries or applications submitted by WST and/or Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loans to Wear and/or underwriting or pre- or post-closing due diligence activities relating to any such loans;

d) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in WST, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

e) Loans to Plaintiffs or any other investor in WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

f) Information regarding any WST-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

g) Referrals;

h) Commissions or compensation paid to Defendant Houk;

i) Any and all agreements or loan programs with WST and/or Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

j) Investments in WST;

k) Potential investors in WST;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

l) The qualifications and/or financial means of investors in WST

m) WST's business and/or financial information;

n) WST's business practices, credit worthiness, and/or financial condition; and/or

o) WST's solvency and/or ability to satisfy obligations.

**RESPONSE:**


**REQUEST FOR PRODUCTION 6:** To the extent not produced in response to previous requests, produce all documents and communications sent to or received WST referencing and/or related to any of the following:

a) Loan inquiries or applications submitted by WST and/or Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loans to Defendant Wear and/or underwriting or pre- or post-closing due diligence activities relating to any such loans;

d) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in WST, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

e) Loans to Plaintiffs or any other investor in WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

f) Information regarding any WST-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

g) Referrals;

h) Commissions or compensation paid to Houk;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

i) Any and all agreements or loan programs with WST and/or Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

j) Investments in WST;

k) Potential investors in WST;

l) The qualifications and/or financial means of investors in WST

m) WST's business and/or financial information;

n) WST's business practices, credit worthiness, and/or financial condition; and/or

o) WST's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**REQUEST FOR PRODUCTION 7:** To the extent not produced in response to previous requests, produce all documents and communications with any party or third party (other than your legal counsel) referencing and/or related to any of the following:

a) Loan inquiries or applications submitted by WST and/or Defendant Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loans to Defendant Wear and/or underwriting or pre- or post-closing due diligence activities relating to any such loans;

d) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in WST, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

e) Loans to Plaintiffs or any other investor in WST and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

f) Information regarding any WST-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

g) Referrals;

h) Commissions or compensation paid to Defendant Houk;

i) Any and all agreements or loan programs with WST and/or Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

j) Investments in WST;

k) Potential investors in WST;

l) The qualifications and/or financial means of investors in WST

m) WST's business and/or financial information;

n) WST's business practices, credit worthiness, and/or financial condition; and/or

o) WST's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**REQUEST FOR PRODUCTION 8:** Produce all documents and communications referencing and/or related to whether any loans to WST, loans to fund any investor's investment in WST, and/or loan programs or portfolio related to WST or Wear comply with and/or violate U.S. Small Business Administration ("SBA") rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION 9:** Produce all documents and communications referencing and/or related to whether any loans to WST, loans to fund any investor's investment in WST,

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

and/or loan programs or portfolio related to WST or Wear comply with and/or violate Federal Deposit Insurance ("FDIC") rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION 10:** Produce all documents and communications referencing and/or related to whether any loans to WST, loans to fund any investor's investment in WST, and/or loan programs or portfolio related to WST or Wear comply with and/or violate Washington State Department of Financial Institutions ("DFI") rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION 11:** Produce all documents and communications referencing and/or related to whether any loans to WST, loans to fund any investor's investment in WST, and/or loan programs or portfolio related to WST or Wear comply with and/or violate your internal rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION 12:** Produce all documents and communications sent to or received from the SBA, FDIC, or DFI, referencing and/or related to WST and/or loans to WST investors.

**RESPONSE:**

**REQUEST FOR PRODUCTION 13:** Produce all documents and communications sent to or received from FDIC referencing and/or related to WST and or loans to WST investors.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**RESPONSE:**

**REQUEST FOR PRODUCTION 14:**  Produce all documents and communications sent to or received from DFI referencing and/or related to WST and or loans to WST investors.

**RESPONSE:**

**REQUEST FOR PRODUCTION 15:**  To the extent not produced in response to the previous requests stated herein, produce all documents and communications referencing and/or related to any supervision, evaluation, and/or investigation conducted by DFI, SBA, FDIC, and/or any other state or federal agency or regulatory entity referencing and/or related to WST and or loans to WST investors.

**RESPONSE:**

**REQUEST FOR PRODUCTION 16:**  Produce all commercial lending rules, policies, guidance, and/or procedures regarding loan eligibility, loan products, loan staff and loan committees, loan underwriting and/or due diligence, transactions with brokers, loan approval, loan closing, loan monitoring, portfolio management, delinquency, loan foreclosure and/or loan write-offs.

**RESPONSE:**

**REQUEST FOR PRODUCTION 17:**  Produce all documents and communications related to secured and unsecured lending authorities of each employee who worked on or assisted with loans related in any way to WST, including, without limitation, Kasi O'Leary and Kevin McDaniel.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**RESPONSE:**

**REQUEST FOR PRODUCTION 18:** Produce all personnel files for each employee who worked on or assisted with loans related to WST, including, without limitation, Kasi O'Leary and Kevin McDaniel.

**RESPONSE:**

**REQUEST FOR PRODUCTION 19:** Produce all documents and communications reflecting or related to any meeting minutes, resolutions, directives, or any other corporate action or oversight by your directors, governors, board of directors, board of governors, and/or any subcommittee or work group thereof, from January 1, 2019 to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION 20:** Produce all documents and communications reflecting or related to any meeting minutes, resolutions, directives, or any other corporate action or oversight by your loan committee and/or members of the loan committee, and/or any subcommittee or work group thereof, from January 1, 2019 to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION 21:** Produce all documents and communications reflecting or related to any meeting minutes, resolutions, directives, or any other corporate action or oversight by your audit committee and/or members of the audit committee, and/or any subcommittee or work group thereof, from January 1, 2019 to present.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION 22:** Produce all documents and communications reflecting and/or related to any reports or findings of internal or external audits or investigations from January 1, 2019 to present.

**RESPONSE:**


**REQUEST FOR PRODUCTION 23:** To the extent not produced in response to the previous requests stated herein, complete credit and loan files regarding any and all actual or potential investors in WST, including Plaintiffs to whom you issued loans.

**RESPONSE:**


**REQUEST FOR PRODUCTION 24:** Produce a complete record of payments to Larry Houk and/or Northwest Finding Services LLC from January 1, 2015 to present.

**RESPONSE:**


**REQUEST FOR PRODUCTION 25:** To the extent not produced in response to the previous requests stated herein, produce all documents and communications reflecting or related to any contracts and/or agreements with any of the Defendants named herein, including any drafts related thereto.

**RESPONSE:**


**REQUEST FOR PRODUCTION 26:** Produce all account statements, signature cards, wire transfer receipts, deposited items, and/or cancelled checks, regarding Wear or WST.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION 27:** To the extent not produced in response to the previous requests stated herein, produce all documents and communications reflecting or related to any suspicious activity reports, AML compliance, FinCen compliance, fraud prevention and/or fraud alerts, and/or internal compliance with respect to Wear or WST.

**RESPONSE:**

**REQUEST FOR PRODUCTION 28:** To the extent not produced in response to the previous requests stated herein, produce all documents and communications reflecting or related to any contracts and/or agreements with any of the Plaintiffs named herein to whom you issued a loan, including any drafts related thereto.

**RESPONSE:**

**REQUEST FOR PRODUCTION 29:** To the extent not produced in response to the previous requests stated herein, produce all communications referencing or related to any of the Defendants named herein.

**RESPONSE:**

**REQUEST FOR PRODUCTION 30:** Produce all documents and communications referencing and/or related to WST's Main Street Loan, including, but not limited to, any applications for the Main Street Loan, the approval, issuance, and/or administration of the Main Street Loan, and/or the default and/or collateralization of the Main Street Loan.

**RESPONSE:**

PLAINTIFFS' REQUESTS FOR PRODUCTION TO
DEFENDANT FIRST FED BANK – 26

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION 31:** Produce all documents and communications referencing and/or related to whether any loans to WST, loans to fund any investor's investment in WST, and/or loan programs or portfolio related to WST or Wear comply with and/or violate industry rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

DATED this 8th day of July, 2024.

CORR CRONIN LLP


*s/John T. Bender*
John T. Bender, WSBA No. 49658
Kristen Barnhart, WSBA No. 51135
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone: 206-625-8600
Email: jbender@corrcronin.com,
*Counsel for Plaintiffs*

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned certifies that on the below date, I caused a true and correct copy of the foregoing document to be served on the following parties via electronic mail:

Patrick L. Vail, WSBA No. 34513
PATRICK L. VAIL, PLLC
1000 2 Avenue, Suite 1770
Seattle, WA 98104
(206) 624-5824 Phone
(206) 694-4601 Fax
pvail@pvaillaw.com
ljduenas@pvaillaw.com
*Attorneys for Defendants*

Joel Ard, WSBA No. 40104
ARD LAW GROUP PLLC
PO Box 11633
Bainbridge Island, WA 98110-5633
Phone: (206) 701-9243
joel@ard.law
*Attorney for the Nooney Parties*

Nathan Riordan, WSBA No. 33926
600 Stewart St Ste 1300
Seattle, WA 98101-1255
Phone: (206) 903-0401
nate@wrlawgroup.com
*Attorney for Defendants*

Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon J. McCurdy, WSBA No. 52663
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206.223.7000
foxg@lanepowell.com yatesa@lanepowell.com
norbya@lanepowell.com
docketing@lanepowell.com
*Counsel for Defendants First Fed Bank, First*

PLAINTIFFS' REQUESTS FOR PRODUCTION TO
DEFENDANT FIRST FED BANK – 28

*Northwest Bancorp, Norman Tonina, Craig Curtis, Jennifer Zaccardo, Cindy Finnie, Dana Behar, Matthew Deines, Sherilyn Anderson, Gabriel Galanda, and Lynn Terwoerds*

Aimee S. Willig, WSBA #22859
Armand J. Kornfeld, WSBA #17214
BUSH KORNFELD LLP LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
jkornfeld@bskd.com
awillig@bskd.com
*Attorneys for Plaintiffs*

DATED:  July 8, 2024, at Seattle, Washington.

*s/ Tia Uy*
Tia Uy, Legal Assistant
tuy@corrcronin.com

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900