# EXHIBIT M

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PACIFIC WATER TECHNOLOGY, LLC,
SPRUCE WATERS INVESTMENTS, LLC,
INDIANA WATER TECHNOLOGY, LLC,
AR WATER SUPPLY, LLC, BLC WATER
COMPANY, LLC, GRANITE STREET
VENTURES, LLC, RUMSON WELLNESS,
LLC, BROWN FAMILY ENTERPRISES,
LLC, KMANDY INVESTMENTS, L.L.C.,
EVER UPWARD, INC., SUN A WY, LLC,
SIRIPI WST, LLC, LIVINGWATER
STATION, LLC, GRAYFIN VENTURES,
LLC, PRASITI WATER INVESTMENTS,
LLC, JBF CONSULTING SERVICES, LLC,
COCO AQUA, LLC, Q & V LLC,
WATERSTATION TECHNOLOGY OF
ROCKVILLE, ARRAVEND, LLC,
FLATLANDS EQUIPMENT, LLC, C&C
INVESTMENT HOLDINGS, LLC, GREAT
OAK WATER, LIMITED LIABILITY
COMPANY, WV WATER TECH, LLC,
KDAWG CRYPTO, LLC, CULMINATE
WATER TECHNOLOGY, LLC, CHUGIT,
LLC, CHAURISHI RETAIL ENTERPRISES,
LLC, PROGRESSIVE PARTNERS, LLC, 210
SA HOLDING, LLC, WST UTAH LLC,
V2S2, LLC, CYBORG HOLDINGS, LLC,
ASH VENDING, LLC, ADVENTURE DONE
RIGHT, LLC, BIG BOY TOOLS LLC,
ROMAN JAROSIEWICZ, ABBY WYATT
GROUP, INC., AIDEN WATERWORKS,
LLC, HOREB WATER SOLUTIONS, LLC,
SILVER OAK H2O, LLC, NS SQ ECO
WATERS, LLC, JK SEVEN LLC, JEFFREY
BROOKE, OED PROPERTIES LLC, JLE
ENTERPRISES, LLC, BE OF SERVICE,
LLC, ETANIA, LLC, NIRA ENTERPRISES,
LLC, FACTS PROPERTY SERVICES, LLC,

Case No.

**NOTICE OF REMOVAL**

NOTICE OF REMOVAL - 1

1   IMLSUNSHINE, LLC, REDWATERS, LLC,
    STARTER HOLDINGS, LLC, HELMUT
2   GIEWAT, MAY AUERBACH, ROYAL
    RESERVOIRS, LLC, AQUALUX WATER
3   LLC, RCWSTECH1157, LLC,
    COLEWSTECH, LLC, MAJI 8377, LLC,
4   OAKS WATERSTATION TECH, LLC, SDB
    H20, LLC, WST, LLC, HALF FULL
5   VENDING, LLC, RDWSTECH3594, LLC,
    ROSE TRAIL VENTURES, LLC, AND
6   ROSE TRAIL VENTURES 2, LLC, PRAVIN
    THAKKAR JR, KWANSOO LEE, DDS,
7   TOM ANDERSON, ABBEY ANDERSON,
    BRIAN CHU, DDS, LARINA CHU, DAVID
8   SCHROEDER, SARAH SCHROEDER,
    REGINALD FRANKLIN, ANGEL
9   FRANKLIN, DYLAN ROSS, TAYLOR
    ROSS, CODY BISHOP, DAVID BROWN,
10  KARTHIKA MANDYAM, DAVID
    BERANEK, SUSAN PINKERTON,
11  RADHIKA SIRIPIREDDY, KARL
    SCHOENLEBER, JAMES SARTAIN,
12  NIRUPA KESKAR, JOHN FLACK, TRUNG
    NGUYEN, LI LIANG, TAN QUAN
13  NGUYEN, ASHOKA SHEANH, MATHEW
    FELLOWS, CHARLES COGGINS,
14  THOMAS WAWERSICH, JASON
    BLOUGH, MICHELE BLOUGH, KAREN
15  LAVIN, PADMA KANDIKONDA, PAVAN
    KANDIKONDA, JAMES VILT II, BASANT
16  KUMAR, RADHIKA KAMALLA, MARC
    HILDEBRAND, DEBRA HILDEBRAND,
17  MERRILL STODDARD, DANIELLE
    STODDARD, VENKITA SHARMA,
18  TIMOTHY DAILEY, ROBERT HOERY,
    STEFANI HOERY, SEAN DONE, ANNA
19  DONE, STERLING DAVIS, MARK
    FLEMING, STACEY FLEMING, BO YANG,
20  STEVEN WELLS, DUSTIN BRAEGER,
    NAVANEETH KUMAR, WILLIAM WHITE,
21  JEANNETTE WHITE, JEFFREY BROOKE,
    JOSHUA OED, JAMES ESTES, ADRIA
22  ESTES, MICHAEL BAILEY, KARTHIGA
    JAYARAM, KARTHIKEYAN
23  RAMPRASATH, ARCHAN TLKOTI,
    AASHISH PAREKH, JACOB
24  LETOURNEAU, KARLA LETOURNEAU,
    KONDA REDDY GADI, SREELAKSHMI
25  SIRIPURAM, JOSHUA LEYKAM, PAIGE
    LEYKAM, HELMUT GIEWAT, DEREN
26  FLESHER, DDS, GARY YOUNG, HEIDI
    YOUNG, RONALD COLE, DDS, JAMES
27  WALKER, DDS, DUANE OKAMOTO,

NOTICE OF REMOVAL - 2

1   LINDA OKAMOTO, SCOTT BURAU, DDS,
    BRAD BURAU, DDS, JOSH MCNARY, and
2   ROBERT DOST, DDS,

3                    Plaintiffs,

4                       v.

5   RYAN R. WEAR and REBECCA A. SWAIN,
    CREATIVE TECHNOLOGIES, LLC d/b/a
6   WATERSTATION TECHNOLOGY, WST
    FRANCHISE SYSTEMS LLC, WATER
7   STATION MANAGEMENT, LLC, KEVIN
    NOONEY and ELIZABETH NOONEY, and
8   the marital community comprised thereof,
    REFRESHING USA, LLC, SUMMIT
9   MANAGEMENT SERVICES, LLC, IDEAL
    PROPERTY INVESTMENTS, LLC,
10  REFRESHING CALIFORNIA L.L.C.,
    REFRESHING MONTANA, LLC,
11  REFRESHING MID-ATLANTIC, LLC,
    REFRESHING CAROLINES, LLC,
12  REFRESHING GREAT LAKES, LLC,
    WATERSTATION FINANCE COMPANY,
13  LLC, REFRESHING GEORGIA, LLC,
    CREATIVE TECHNOLOGIES FLORIDA,
14  LLC, REFRESHING FLORIDA, LLC, 2129
    ANDREA LANE LLC, 3209 VAN BUREN
15  LLC, ICE & WATER VENDORS, LLC,
    IDEAL INDUSTRIAL PARK, LLC, IDEAL
16  AZ PROPERTY INVESTMENTS, LLC, K-2
    ACQUISITION, LLC, EMERY
17  DEVELOPMENT, LLC, ARIZONA WATER
    VENDORS INCORPORATED, WST AZ
18  PROPERTIES LLC, 1118 VIRGINIA
    AVENUE LLC, 11519 SOUTH
19  PETROPARK LLC, TCR PLUMBING, LLC,
    3422 W CLARENDON AVE LLC, 1206
20  HEWITT AVE LLC, WATERSTATION
    TECHNOLOGY II, LLC, PISTOL, INC.,
21  SMOKEY POINT HOLDINGS, LLC, 602
    SOUTH MEAN, LLC, 719 EDEN, LLC, 343
22  GROUP LLC, 4300 FOREST LLC, 70 NO
    GARDEN, LLC, 204 NWW LLC,
23  WATERSTATION TECHVENTURE, LLC,
    WATER STATION HOLDINGS LLC,
24  WATERSTATION TECHNOLOGY, LLC,
    REFRESHING COLORADO LLC,
25  ARIZONA VENDORS INC., GOLDEN
    STATE VENDING, LLC, REFRESHING
26  FLORIDA LLC, REFRESHING MIDWEST,
    LLC, REFRESHING MIDWEST REAL
27  ESTATE, LLC, REFRESHING NEW

NOTICE OF REMOVAL - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  MEXICO, LLC, REFRESHING NEW
   ENGLAND LLC, REFRESHING TEXAS
2  LLC, REFRESHING OKLAHOMA LLC,
   REFRESHING WASHINGTON, LLC,
3  SMART SODA HOLDINGS, INC.,
   VENDPRO, LLC d/b/a ELITEVEND,
4  HARRISON STREET, LLC, 602 SOUTH
   MEADOW LLC, 8825 LLC, UNIBANK, U &
5  I FINANCIAL CORP., SIMON BAI,
   STEPHANIE YOON, D. BENJAMIN LEE,
6  PETER PARK, FIRST FED BANK, FIRST
   NORTHWEST BANCORP, NORMAN
7  TONINA, CRAIG CURTIS, JENNIFER
   ZACCARDO, CINDY FINNIE, DANA
8  BEHAR, MATTEW DEINES, SHERILYN
   ANDERSON, GABRIEL GALANDA, LYNN
9  TERWOERDS, LARRY HOUK,
   NORTHWEST FINANCIAL SERVICES,
10 LLC, and RICHARD WEAR,

11                              Defendants.

12 JAMES GROUP Int., LLC,

13            Plaintiff,

14       v.

15 WATER STATION MANAGEMENT, LLC;
16 CREATIVE TECHNOLOGIES, LLC; and
   RYAN WEAR and his marital community,
17
              Defendants.
18
   AXIAL TILT, LLC, a Delaware domestic
19 limited liability company, and MOD
   HOLDINGS, LLC, a Delaware domestic
20 limited liability company,

21            Plaintiffs,

22       v.

23 WATERSTATION, LLC, a Washington
   limited liability company, and RYAN WEAR,
24 an individual,

25            Defendants.

26

27

NOTICE OF REMOVAL - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

JRC REAL ESTATE III, LLC, a California
limited liability company,

             Plaintiff,

      v.

WATER STATIONS MANAGEMENT, LLC,
a Washington limited liability company,

             Defendant.

---

PURE WATER VENDING, LLC, a
Washington limited liability company,

             Plaintiff,

      v.

WATER STATION MANAGEMENT, LLC, a
Washington limited liability company; and
WST FRANCHISE SYSTEMS LLC, a
Washington limited liability company; and
RYAN WEAR, an individual,

             Defendants.

---

EMMATOINE LLC, a Florida limited liability
company,

             Plaintiff,

      v.

WATER STATION MANAGEMENT, LLC, a
Washington limited liability company,

             Defendants.

---

RHINO MANUFACTURING, INC. and
RHINO INVESTMENTS, LLC,

             Plaintiffs,

      v.

CREATIVE TECHNOLOGIES, LLC dba
WATER STATION TECHNOLOGY;
WATER STATION MANAGEMENT, LLC,

             Defendants.

---

NOTICE OF REMOVAL - 5

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

REX VENTURES LLC, a limited liability company,

                    Plaintiff,

          v.

WST FRANCHISE SYSTEM LLC, a Washington limited liability company; WATER STATION MANAGEMENT, LLC, a Washington limited liability company; and RYAN WEAR, an individual

                    Defendants.

DENNIS DEMIRJIAN, an individual,

                    Plaintiff,

          v.

WATER STATION MANAGEMENT, LLC, a Washington limited liability company; CREATIVE TECHNOLOGIES, LLC, a Washington limited liability company; REFRESHING USA, LLC, a Washington limited liability company; IDEAL PROPERTY INVESTMENTS, LLC, a Washington limited liability company; SUMMIT MANAGEMENT SERVICES, LLC, a Washington limited liability company; KEVIN NOONEY, an individual; and RYAN WEAR, an individual,

                    Defendants.

TANUSHKA WATER VENDING, LLC, a limited liability company; and AARANA WATER VENDING, LLC, a limited liability company,

                    Plaintiffs,

          v.

RYAN WEAR, an individual, and WATER STATION MANAGEMENT, LLC, a limited liability company in Washington,

                    Defendants.

NOTICE OF REMOVAL - 6

WAKANDA VENTURES, LLC, a New Jersey limited liability company,

        Plaintiff,

     v.

WATER STATION MANAGEMENT, LLC, a Washington limited liability company; RYAN WEAR, an individual,

        Defendants.

PAUL MARTINCHUK,

        Plaintiff,

     v.

WATER STATION MANAGEMENT, LLC, a Washington limited liability company; WST FRANCHISE SYSTEM LLC, a Washington limited liability company; CREATIVE TECHNOLOGIES LLC, a Washington limited liability company; RYAN WEAR and REBECCA A. SWAIN, and the marital community comprised thereof; and KEVIN NOONEY and ELIZABETH NOONEY, and the marital community comprised thereof,

        Defendants.

TO:      Clerk of Court

AND TO:    The parties and their attorneys of record

      Defendants First Fed Bank, First Northwest Bancorp, Norman Tonina, Craig Curtis, Jennifer Zaccardo, Cindy Finnie, Dana Behar, Matthew Deines, Sherilyn Anderson, Gabriel Galanda, and Lynn Terwoerds (collectively, the First Fed Defendants), hereby remove to this Court the state-court action described below. The First Fed Defendants state the following grounds for removal:

## **BACKGROUND**

      1.    Certain plaintiffs filed their complaint in the state court on April 16, 2024. This complaint asserted the claims of only seven plaintiffs, and it did not name the First Fed Defendants.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

2.      On June 20, 2024, Plaintiffs filed their first amended complaint. The amended complaint named the First Fed Defendants. It also named over 100 additional plaintiffs. A true and correct copy of the First Amended Complaint is attached hereto.

3.      The First Fed Defendants were served on July 8, 2024.

4.      The complaint alleges violation of the Washington State Securities Act and other state-law claims. Am. Compl.[1] ¶ 1. It alleges that plaintiffs' damages exceed $76,267,500.

5.      Plaintiffs are citizens of various states. *See* Am. Compl. ¶¶ 11–74. Defendants are also citizens of various states. *See id.* ¶¶ 75–141. Further, certain plaintiffs are citizens of states, including Indiana, Rhode Island, and Tennessee, of which no defendant is a citizen. *Compare id.* ¶¶ 13, 44, 16, 26, 35, 74, *with id.* ¶¶ 75–141.

6.      On certain plaintiffs' motion, the action in which First Fed Defendants were named was consolidated with 11 other actions. True and correct copies of each of those Complaints are attached hereto.  The action in which the First Fed Defendants were named was removable in its own right. It remains removable after being consolidated, and consolidation renders all 12 actions removable.

## **REMOVAL JURISDICTION**

7.      <u>Class Action Fairness Act</u>. Congress passed the Class Action Fairness Act (CAFA) "primarily to curb perceived abuses of the class action device." *United Steel, Paper & Forestry, Rubber, Mfg., Energy, Allied Indus. & Serv. Workers Int'l Union, AFL-CIO, CLC v. Shell Oil Co.*, 602 F.3d 1087, 1090 (9th Cir. 2010). "CAFA provides the federal district courts with "original jurisdiction" to hear a "class action" if the class has more than 100 members, the parties are minimally diverse, and the "matter in controversy exceeds the sum or value of $5,000,000." *Standard Fire Ins. Co. v. Knowles*, 568 U.S. 588, 592 (2013). CAFA also provides for removal where the court would have had original jurisdiction. 28 U.S.C. § 1453(b). "[N]o antiremoval

---

[1] Citations to "Am. Compl." are to the complaint naming First Fed Defendants. Complaints in the 11 consolidated actions are cited by naming the first listed plaintiff in each complaint.

NOTICE OF REMOVAL - 8

presumption attends cases invoking CAFA, which Congress enacted to facilitate adjudication of certain class actions in federal court." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014). Similarly, the forum state defendant rule does not apply under CAFA. *See* 28 U.S.C. § 1332(d)(4)(A)(i)(II); *see also* 28 U.S.C. § 1453(c)(1). A removing defendant may allege citizenship on information and belief. *Ehrman v. Cox Comm'cns, Inc.*, 932 F.3d 1223, 1227 (9th Cir. 2019).

8.    <u>Mass Action</u>. This action is a deemed "class action removable" under CAFA. *See* 28 U.S.C. § 1332(d)(11)(A). This is because it is a "civil action . . . in which monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that the plaintiffs' claims involve common questions of law or fact." *Id.* § 1332(d)(11)(B)(1). Each plaintiff's claims exceed $75,000. *See* Am. Compl. ¶ 165. Each plaintiff's claims also involve common questions of fact and common questions of law related to allegedly similar transactions with defendants.

9.    <u>Plaintiffs' Citizenship</u>. Citizenship of each plaintiff is alleged below. For the purposes of CAFA, "an unincorporated association shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized." 28 U.S.C. § 1332(d)(10). Citizenship of each plaintiff is alleged below. Plaintiffs in the action naming First Fed Defendants are citizens of Arizona, California, Colorado, Connecticut, Delaware, Florida, Illinois, Indiana, Kansas, Maryland, Michigan, Minnesota, Nevada, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wyoming. The 11 consolidated actions add a plaintiff with Georgia citizenship.

10.    <u>Defendants' Citizenship</u>. Citizenship of each defendant is alleged below. Defendants named alongside First Fed Defendants are citizens of Arizona, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Montana, New Hampshire, New Mexico, North Carolina, Ohio, Pennsylvania, Texas, Washington, Wyoming. The 11 consolidated actions do not add defendants with additional states of citizenship.

11.    <u>Minimal Diversity</u>. The court has jurisdiction when "any member of a class of

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A). This minimal diversity is met because plaintiffs are citizens of various states, and defendants are also citizens of various states. Further, certain plaintiffs are citizens of Indiana, Rhode Island, and Tennessee, of which no defendant is a citizen. *Compare id.* ¶¶ 13, 44, 16, 26, 35, 74, *with id.* ¶¶ 75–141.

12.   <u>Amount in Controversy</u>. "The amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of defendant's liability" or a concession of liability. *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010). CAFA's amount in controversy requirement is satisfied because the aggregate claims of the putative class members exceed $5,000,000. 28 U.S.C. § 1332(d)(6). The amended complaint in the action naming First Fed Defendants alleges that the aggregate investments of Plaintiffs totaled over $76,000,000, and claims that damages sustained by Plaintiffs exceed this amount. Am. Compl. ¶¶ 165–66. Thus, the amount in controversy greatly exceeds the $5,000,000 threshold. Further, the claims of individual plaintiffs in the action in which First Fed Defendants are named exceed $75,000. *See* Am. Compl. ¶ 165. The consolidation of 11 other actions only increases the amount in controversy.

13.   <u>Exceptions to Jurisdiction</u>. CAFA provides certain exceptions to jurisdiction. *Serrano v. 180 Connect, Inc.*, 478 F.3d 1018, 1024 (9th Cir. 2007). "The well-established rule that the party seeking remand must prove the applicability of such exception governs with equal force in the context of CAFA as with the general removal statute." *Id.* In any case, no such exception exists. <u>First</u>, there is no basis for the court to exercise discretion to decline jurisdiction because far fewer than one-third of the plaintiffs (in both the action in which First Fed Defendants are named and in all 12 actions consolidated) are Washington citizens. *See* 28 U.S.C. § 1332(d)(3). <u>Second</u>, and for this same reason, there is no requirement for the court to decline jurisdiction. *See id.* § 1332(d)(4). <u>Third</u>, none of the exceptions in 28 U.S.C. § 1453(d) apply. Each of these exceptions requires that an action "solely" involve a certain subject matter. Because the amended complaint naming First Fed Defendants does not "solely" concern the enumerated subject matter, neither the action in which First Fed Defendants is named nor the consolidated action "solely" concerns this

NOTICE OF REMOVAL - 10

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

subject matter. The first § 1453(d) exception concerns securities defined as "covered securities" in 15 U.S.C. § 77p(f)(3) and 15 U.S.C. § 78bb(f)(5)(E). Both these sections in turn refer to 15 U.S.C. § 77(r)(b)(1)–(2). The first component of the § 77(r)(b) definition concerns "security listed on a national stock exchange." *Cyan, Inc. v. Beaver Cnty. Emp.'s Ret. Fund*, 583 U.S. 416, 423 (2018); *see also See Katz v. Gerardi*, 552 F.3d 558, 562–63 (7th Cir. 2009). The second component of the § 77(r)(b) definition concerns securities "issued by an investment company that is registered, or that has filed a registration statement, under the Investment Company Act of 1940." 15 U.S.C. § 77p(b)(2). The Investment Company Act of 1940 concerns mutual funds. *See Northstar Fin. Advisors, Inc. v. Schwab Investments*, 615 F.3d 1106, 1109 ("The ICA was the counterpart in the area of mutual fund regulation to the Securities Act of 1933 and the Securities Exchange Act of 1934 . . . ."). The amended complaint nowhere alleges that any supposed securities were listed on a national stock exchange or were issued by mutual funds or similar investment companies. Instead, it alleges that the supposed securities were unregistered. *See, e.g.*, Am. Compl. ¶ 194. The case therefore does not "solely" concern securities covered by the first § 1453(d) exception. The second § 1453(d) exception concerns "the internal affairs or governance of a corporation or other form of business enterprise." 28 U.S.C. § 1453(d)(2). The amended complaint alleges nowhere any claim related to corporate governance. It does not "solely" relate to this subject. The third § 1453(d) exception concerns "rights, duties, or obligations created by or pursuant to a security." *Eminence Investors, L.L.L.P. v. Bank of N.Y. Mellon*, 782 F.3d 504, 506 (9th Cir. 2015). This exception does not apply. To begin, the amended complaint concerns franchise agreements and loans, neither of which are securities under the tests set out in *Securities & Exchange Commission v. Howey*, 328 U.S. 293 (1946), and *Reves v. Ernest & Young*, 494 U.S. 56 (1990), and therefore not securities within the meaning of 15 U.S.C. § 77b(a)(1), whose definition is referenced in § 1453(d)(3). Further, the exception does not apply to claims asserting plaintiffs' rights as purchasers, rather than holders of supposed securities. *Eminence Inv'rs, LLLP v. Bank of N.Y. Mellon*, 782 F.3d 504, 508 (9th Cir. 2015). The amended complaint repeatedly alleges as a basis for its claims circumstances surrounding the offer and sale of the supposed securities. For example,

NOTICE OF REMOVAL - 11

the amended complaint alleges, "Defendants made false representations and/or nondisclosures through words and/or conduct that were material to, and induced Plaintiffs' decisions to invest as applicable." Am. Compl. ¶ 235; *see also, e.g., id.* ¶¶ 199, 207, 215, 221, 224, 228, 235. It therefore does not "solely" relate to duties *created* by a security.

## PROCEDURAL REQUIREMENTS

14. <u>CAFA Procedures</u>. CAFA eliminates certain procedural requirements for removal. There is no forum state defendant rule under CAFA, and no other defendant need consent to a removal under CAFA. *See* 28 U.S.C. § 1453(b).

15. <u>Removal is timely</u>. Plaintiffs served the First Fed Defendants on July 8, 2024. This Notice of Removal is filed within 30 days of that date. *See* 28 U.S.C. § 1446(b).

16. <u>Venue</u>. This Court is in the judicial district and division embracing Snohomish County, Washington, where the state-court case was brought and is pending. Thus, it is the proper district court for removal. *See* 28 U.S.C. § 1446(a).

17. <u>Notice.</u> Concurrently with the filing of this Notice of Removal, Defendants are giving written notice of Removal to Plaintiffs and filing a copy of this Notice of Removal with the Clerk of the Snohomish County Superior Court, pursuant to 28 U.S.C. § 1446(d).

18. <u>Pleadings and Process.</u> A copy of the complaint, process, and orders served upon the First Fed Defendants are attached as Attachments A, B, C, D, and E. 28 U.S.C. § 1446(a). Also attached are a certificate of service listing all counsel and pro se parties who have appeared in the action and a civil cover sheet. LCR 101(b). Attached as Attachments F, G, H, I, J, K, L, M, N, O, P, and Q are complaints in the consolidated actions, as well as a jury demand filed in one of them. No other jury demand has been filed.

19. <u>Additional Records.</u> True and complete copies of additional records and proceedings on file in the state court will be submitted in accordance with Local Civil Rule 101(c).

## PLAINTIFFS' CITIZENSHIP

20. Pacific Water Technology LLC is alleged to be registered in Washington and owned by a Washington resident. Am. Compl. ¶ 11. According to the Washington Secretary of

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

State, it is organized under the laws of Washington and has its principal office in Puyallup, Washington. On information and belief, it is a citizen of Washington.

21.     Spruce Waters Investments, LLC is alleged to be registered in Florida and owned by a Florida resident. Am. Compl. ¶ 12. According to the Florida Secretary of State, it is organized under the laws of Florida and has its principal office in Naples, Florida. On information and belief, Spruce Waters Investments, LLC is a citizen of Florida.

22.     Indiana Water Technology, LLC is alleged to be registered in Indiana and owned by an Indiana resident. Am. Compl. ¶ 13. According to the Indiana Secretary of State, it is organized under the laws of Indiana and has its principal office in Indianapolis, Indiana. On information and belief, it is a citizen of Indiana.

23.     AR Water Supply, LLC is alleged to be registered in Texas and owned by a New York resident. Am. Compl. ¶ 14. According to the Texas Secretary of State, it is organized under the laws of Texas and has an address in Frisco, Texas. On information and belief, it is a citizen of Texas.

24.     BLC Water Company, LLC is alleged to be registered in Nevada and owned by a California resident. Am. Compl. ¶ 15. According to the Nevada Secretary of State, it is organized under the laws of Nevada and has an address in Las Vegas, Nevada. On information and belief, it is a citizen of Nevada.

25.     Granite Street Ventures, LLC is alleged to be registered in Rhode Island and owned by a Tennessee resident. Am. Compl. ¶ 16. According to the Rhode Island Secretary of State, it is organized under the laws of Rhode Island and has its principal office in Franklin, Tennessee. On information and belief, it is a citizen of Rhode Island and Tennessee.

26.     Rumson Wellness, LLC is alleged to be registered in New Jersey and owned by a New York resident. Am. Compl. ¶ 17. Rumson Wellness is organized under the laws of New Jersey and has an address in Rumson, New Jersey.[2] On information and belief, it is a citizen of

---

[2] Certain secretaries of state provide a principal office address, while others provide only an

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

New Jersey.

27.     Brown Family Enterprises, LLC is alleged to be registered in Oregon and owned by an Oregon resident. Am. Compl. ¶ 18. According to the Oregon Secretary of State, it is organized under the laws of Oregon and has its principal office in Salem, Oregon. On information and belief, it is a citizen of Oregon.

28.     Kmandy Investments, LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 19. According to the Texas Secretary of State, it is organized under the laws of Texas and has an address in McKinney, Texas. On information and belief, it is a citizen of Texas.

29.     Ever Upward, Inc. is alleged to be registered in Virginia and owned by a Virginia resident. Am. Compl. ¶ 20. It is incorporated in Virginia and, according to the Virginia Secretary of State, has its principal office in Las Vegas, Nevada. On information and belief, it is a citizen of Virginia and Nevada.

30.     Sun A WY, LLC is alleged to be registered in Wyoming and owned by a Florida resident. Am. Compl. ¶ 21. According to the Wyoming Secretary of State, it is organized under the laws of Wyoming and has its principal office in Cape Coral, Florida. On information and belief, it is a citizen of Wyoming and Florida.

31.     Siripi WST, LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 22. According to the Texas Secretary of State, it is organized under the laws of Texas and has an office in Frisco, Texas. On information and belief, it is a citizen of Texas.

32.     LivingWater Station, LLC is alleged to be registered in South Carolina and owned by a South Carolina resident. Am. Compl. ¶ 23. According to the South Carolina Secretary of State, it is organized under the laws of South Carolina. According to other research, it has an address in Saint Helena Island, South Carolina. On information and belief, it is a citizen of South Carolina.

---

address for an office, without indicating whether it is the principal office.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

33.     Grayfin Ventures LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 24. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in Lewisville, Texas. On information and belief, it is a citizen of Texas.

34.     Prasiti Water Investments, LLC is alleged to be owned by a Texas resident. Am. Compl. ¶ 25. The amended complaint does not allege where it is registered. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in McKinney, Texas. On information and belief, it is a citizen of Texas.

35.     JBF Consulting Services, LLC is alleged to be registered in Tennessee and owned by a Tennessee resident. Am. Compl. ¶ 26. According to the Tennessee Secretary of State, it is organized under the laws of Tennessee and it has its principal office in Germantown, Tennessee. On information and belief, it is a citizen of Tennessee.

36.     Coco Aqua, LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 27. According to the Texas Secretary of State, it is organized under the laws of Texas and has an address in Sugarland, Texas. On information and belief, it is a citizen of Texas.

37.     Q & V LLC, Waterstation Technology of Rockville is alleged to be registered in Maryland and owned by a Maryland resident. Am. Compl. ¶ 66. According to the Maryland Secretary of State, it is organized under the laws of Maryland and it has its principal office in Rockville, Maryland. On information and belief, it is a citizen of Maryland.

38.     Arravend, LLC is alleged to be registered in Wyoming and owned by a Virginia resident. Am. Compl. ¶ 28. According to the Wyoming Secretary of State, it is organized under the laws of Wyoming and it has its principal office in Sheridan, Wyoming. On information and belief, it is a citizen of Wyoming.

39.     Flatlands Equipment, LLC is alleged to be registered in Kansas and owned by a Kansas resident. Am. Compl. ¶ 29. According to the Kansas Secretary of State, it is organized under the laws of Kansas and has its principal office in Wichita, Kansas. On information and belief, it is a citizen of Kansas.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

40.     C&C Investment Holdings, LLC is alleged to be registered in North Carolina and owned by a North Carolina resident. Am. Compl. ¶ 30. According to the North Carolina Secretary of State, it is organized under the laws of North Carolina and it has its principal office in Raleigh, North Carolina. On information and belief, it is a citizen of North Carolina.

41.     Great Oak Water, Limited Liability Company is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 31. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an office in Allen, Texas. On information and belief, it is a citizen of Texas.

42.     WV Water Tech, LLC is alleged to be registered in West Virginia and owned by a West Virginia resident. Am. Compl. ¶ 32. According to the West Virginia Secretary of State, it is organized under the laws of West Virginia and it has its principal office in Shepherdstown, West Virginia. On information and belief, it is a citizen of West Virginia.

43.     Kdawg Crypto, LLC is alleged to be registered in Connecticut and owned by a Connecticut resident. Am. Compl. ¶ 33. According to the Connecticut Secretary of State, it is organized under the laws of Connecticut and it has its principal office in Milford, Connecticut. On information and belief, it is a citizen of Connecticut.

44.     Culminate Water Technology, LLC is alleged to be registered in Virginia and owned by a Virginia resident. Am. Compl. ¶ 34. According to the Virginia Secretary of State, it has its principal office in Ashburn, Virginia. According to other research, it is organized under the laws of Virginia. On information and belief, it is a citizen of Virginia.

45.     ChugIt, LLC is alleged to be registered in Florida and owned by a Tennessee resident. Am. Compl. ¶ 35. According to the Florida Secretary of State, it is organized under the laws of Florida and it has its principal office in St. George, Utah. On information and belief, it is a citizen of Florida and Utah.

46.     Chaurishi Retail Enterprises, LLC is alleged to be registered in Oregon and owned by an Oregon resident. Am. Compl. ¶ 36. According to the Oregon Secretary of State, it is organized under the laws of Oregon and it has its principal office in Portland, Oregon. On

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

information and belief, it is a citizen of Oregon.

47.    Progressive Partners, LLC is alleged to be registered in Virginia and owned by a Virginia resident. Am. Compl. ¶ 37. According to the Virginia Secretary of State, it has its principal office in Chantilly, Virginia. According to other research, it is organized under the laws of Virginia. On information and belief, it is a citizen of Virginia.

48.    210 SA Holding, LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 38. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in San Antonio, Texas. On information and belief, it is a citizen of Texas.

49.    WST Utah LLC is alleged to be registered in Utah and owned by a Utah resident. Am. Compl. ¶ 39. According to the Utah Secretary of State, it is organized under the laws of Utah and it has its principal office in Kaysville, Utah. On information and belief, it is a citizen of Utah.

50.    V2S2, LLC is alleged to be registered in Colorado and owned by a Colorado resident. Am. Compl. ¶ 40. According to the Colorado Secretary of State, it is organized under the laws of Colorado and it has its principal office in Littleton, Colorado. On information and belief, it is a citizen of Colorado.

51.    Cyborg Holdings, LLC is alleged to be registered in Washington and owned by an Arizona resident. Am. Compl. ¶ 41. According to the Arizona Corporation Commission, it is organized under the laws of Arizona and has its principal office in Phoenix, Arizona. On information and belief, and notwithstanding the amended complaint allegation, it is a citizen of Arizona.

52.    ASH Vending, LLC is alleged to be registered in Colorado and owned by a Colorado resident. Am. Compl. ¶ 42. According to the Colorado Secretary of State, it is organized under the laws of Colorado and it has its principal office in Highlands Ranch, Colorado. On information and belief, it is a citizen of Colorado.

53.    Adventure Done Right, LLC is alleged to be registered in Utah and owned by a Utah resident. Am. Compl. ¶ 43. According to the Utah Secretary of State, it is organized under

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

the laws of Utah and it has an address in Salt Lake City, Utah. On information and belief, it is a citizen of Utah.

54.     Big Boy Tools LLC is alleged to be registered in Ohio and owned by an Indiana resident. Am. Compl. ¶ 44. According to the Ohio Secretary of State, it is organized under the laws of Ohio. According to other research, it has an address in Perrysburg, Ohio. On information and belief, it is a citizen of Ohio.

55.     Roman Jarosiewicz is alleged to be a Minnesota resident. Am. Compl. ¶ 45. Mr. Jarosiewicz has an address in Minnesota and is registered to vote in Minnesota. On information and belief, Mr. Jarosiewicz is a citizen of Minnesota.

56.     Abby Wyatt Group, Inc. is alleged to be registered in South Carolina and owned by a South Carolina resident. Am. Compl. ¶ 46. According to the South Carolina Secretary of State, it is organized under the laws of South Carolina. According to other research, it has an address in Taylors, South Carolina. On information and belief, it is a citizen of South Carolina.

57.     Aiden Waterworks, LLC is alleged to be registered in Michigan and owned by a Michigan resident. Am. Compl. ¶ 47. According to the Michigan Secretary of State, it is organized under the laws of Michigan. According to other research, it has an address in Northville, Michigan. On information and belief, it is a citizen of Michigan.

58.     Horeb Water Solutions, LLC is alleged to be registered in Maryland and owned by a Pennsylvania resident. Am. Compl. ¶ 48. According to the Maryland Secretary of State, it is organized under the laws of Maryland and it has its principal office in Elkridge, Maryland. On information and belief, it is a citizen of Maryland.

59.     Silver Oak H2O, LLC is alleged to be registered in Colorado and owned by a Colorado resident. Am. Compl. ¶ 49. According to the Colorado Secretary of State, it is organized under the laws of Colorado and it has its principal office in Glenwood Springs, Colorado. On information and belief, it is a citizen of Colorado.

60.     NS SQUARE ECO Waters, LLC, named as NS SQ ECO Waters LLC in the caption of the amended complaint, is alleged to be registered in Illinois and owned by an Illinois resident.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Am. Compl. ¶ 50. According to the Illinois Secretary of State, it is organized under the laws of Illinois and has its principal office in Aurora, Illinois. On information and belief, it is a citizen of Illinois.

61. JK Seven LLC is alleged to be registered in Delaware and owned by a Texas resident. Am. Compl. ¶ 51. According to the Delaware Secretary of State, it is organized under the laws of Delaware. According to other research, it has an address in Wilmington, Delaware. On information and belief, it is a citizen of Delaware.

62. Oed Properties LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 53. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in The Woodlands, Texas. On information and belief, it is a citizen of Texas.

63. JLE Enterprises, LLC is alleged to be registered in Colorado and owned by a Colorado resident. Am. Compl. ¶ 54. According to the Colorado Secretary of State, it is organized under the laws of Colorado and it has its principal office in Castle Rock, Colorado. On information and belief, it is a citizen of Colorado.

64. Be of Service, LLC is alleged to be registered in Wyoming and owned by a Texas resident. Am. Compl. ¶ 55. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in Las Vegas, Nevada. On information and belief, it is a citizen of Texas and Nevada.

65. Etania, LLC is alleged to be registered in Colorado and owned by a Colorado resident. Am. Compl. ¶ 56. According to the Colorado Secretary of State, it is organized under the laws of Colorado and it has its principal office in Denver, Colorado. On information and belief, it is a citizen of Colorado.

66. Nira Enterprises, LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 57. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in Plano, Texas. On information and belief, it is a citizen of Texas.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

67.     Facts Property Services, LLC is alleged to be registered in Arizona and owned by an Arizona resident. Am. Compl. ¶ 58. According to the Arizona Corporation Commission, it is organized under the laws of Arizona and has an address in Phoenix, Arizona. On information and belief, it is a citizen of Arizona.

68.     IMLSunshine, LLC is alleged to be registered in Kansas and owned by a Kansas resident. Am. Compl. ¶ 59. According to the Kansas Secretary of State, it is organized under the laws of Kansas and it has its principal office in Lawrence, Kansas. On information and belief, it is a citizen of Kansas.

69.     Redwaters, LLC is alleged to be registered in Illinois and owned by an Illinois resident. Am. Compl. ¶ 60. According to the Illinois Secretary of State, it is organized under the laws of Illinois and it has its principal office in Naperville, Illinois. On information and belief, it is a citizen of Illinois.

70.     Starter Holdings, LLC is alleged to be registered in Arizona and owned by an Arizona resident. Am. Compl. ¶ 61. According to the Arizona Corporation Commission, it is organized under the laws of Arizona and it has an address in Phoenix, Arizona. On information and belief, it is a citizen of Arizona.

71.     Helmut Giewat is alleged to be a Florida resident. Am. Compl. ¶ 62. A search for public records about Mr. Giewat indicate that he is deceased. Nonetheless, on the basis of the amended complaint, Mr. Giewat is, on information and belief, a citizen of Florida.

72.     May Auerbach is alleged to be a California resident. Am. Compl. ¶ 63. Ms. Auerbach has a California address. On information and belief, Ms. Auerbach is a citizen of California.

73.     Todd Auerbach is not named in the caption of the amended complaint, but he is alleged to be California resident. Am. Compl. ¶ 63. Mr. Auerbach has a California address and is licensed to practice dentistry in California. On information and belief, Mr. Auerbach is a citizen of California.

74.     Royal Reservoirs, LLC is alleged to be registered in Oklahoma and owned by an

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Oklahoma resident. Am. Compl. ¶ 64. According to the Oklahoma Secretary of State, it is organized under the laws of Oklahoma. According to other research, it has an address in Edmond, Oklahoma. On information and belief, it is a citizen of Oklahoma.

75.     Aqualux Water LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 65. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in Southlake, Texas. On information and belief, it is a citizen of Texas.

76.     RCWSTECH1157, LLC is alleged to be registered in Illinois and owned by an Illinois resident. Am. Compl. ¶ 67. According to the Illinois Secretary of State, it is organized under the laws of Illinois and it has its principal office in Decatur, Illinois. On information and belief, it is a citizen of Illinois.

77.     COLEWSTECH, LLC is alleged to be registered in Illinois and owned by an Illinois resident. Am. Compl. ¶ 67. According to the Illinois Secretary of State, it is organized under the laws of Illinois and it has its principal office in Decatur, Illinois. On information and belief, it is a citizen of Illinois.

78.     Maji 8377, LLC is alleged to be registered in Michigan and owned by a Michigan resident. Am. Compl. ¶ 68. According to the Michigan Secretary of State, it is organized under the laws of Michigan and it has an address in Grand Blanc, Michigan. On information and belief, it is a citizen of Michigan.

79.     Oaks Waterstation Tech, LLC is alleged to be registered in Wyoming and owned by a Washington resident. Am. Compl. ¶ 69. According to the Washington Secretary of State, it is organized under the laws of Washington and has its principal office in Sammamish, Washington. On information and belief, it is a citizen of Washington.

80.     SDB H20, LLC is alleged to be registered in Florida and owned by a Florida resident. Am. Compl. ¶ 70. According to the Florida Secretary of State, it is organized under the laws of Florida and it has its principal office in Nokomis, Florida. On information and belief, it is a citizen of Florida.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

81.     WST, LLC is alleged to be registered in Florida and owned by a Florida resident. Am. Compl. ¶ 71. According to the Florida Secretary of State, it is organized under the laws of Florida and it has its principal office in Nokomis, Florida. On information and belief, it is a citizen of Florida.

82.     Half Full Vending, LLC is alleged to be registered in Texas and owned by a Texas resident. Am. Compl. ¶ 72. According to the Texas Secretary of State, it is organized under the laws of Texas and it has an address in Rosenberg, Texas. On information and belief, it is a citizen of Texas.

83.     RDWSTECH3594, LLC is alleged to be registered in Michigan and owned by a Michigan resident. Am. Compl. ¶ 73. According to the Michigan Secretary of State, it is organized under the laws of Michigan. According to other research, it has an address in Lexington, Michigan. On information and belief, it is a citizen of Michigan.

84.     Rose Trail Ventures, LLC is alleged to be registered in Tennessee and owned by a Tennessee Resident. Am. Compl. ¶ 74. According to the Tennessee Secretary of State, it is organized under the laws of Tennessee and it has its principal office in Memphis, Tennessee. On information and belief, it is a citizen of Tennessee.

85.     Rose Trail Ventures 2, LLC is alleged to be registered in Tennessee and owned by a Tennessee resident. Am. Compl. ¶ 74. According to the Tennessee Secretary of State, it is organized under the laws of Tennessee and it has its principal office in Memphis, Tennessee. On information and belief, it is a citizen of Tennessee.

86.     Pravin Thakkar Jr. is alleged to be a Tennessee resident. Am. Compl. ¶ 74. Mr. Thakkar has an address in Tennessee and a vehicle registered in Tennessee. On information and belief, he is a citizen of Tennessee.

87.     Dr. Kwansoo Lee is alleged to be a Washington resident. Am. Compl. ¶ 11. Mr. Lee has a Washington address and is licensed to practice dentistry in Washington. On information and belief, Mr. Lee is a citizen of Washington.

88.     Tom Anderson is alleged to be a Florida resident. Am. Compl. ¶ 12. Mr. Anderson

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

has a Florida address and is registered to vote in Florida. On information and belief, Mr. Anderson is a citizen of Florida.

89.     Abbey Anderson is alleged to be a Florida resident. Am. Compl. ¶ 12. Ms. Anderson has a Florida address and is registered to vote in Florida. On information and belief, Ms. Anderson is a citizen of Florida.

90.     Dr. Brian Chu is alleged to be a California resident. Am. Compl. ¶ 15. Dr. Chu has a California address and is licensed to practice dentistry in California. On information and belief, Dr. Brian Chu is a citizen of California.

91.     Dr. Larina Chu is alleged to be a California resident. Am. Compl. ¶ 15. Dr. Chu has a California address and is licensed to practice dentistry in California. On information and belief, Dr. Larina Chu is a citizen of California.

92.     David Schroeder is alleged to be an Indiana resident. Am. Compl. ¶ 13. Mr. Schroeder has an Indiana address and is registered to vote in Indiana. On information and belief, Mr. Schroeder is a citizen of Indiana.

93.     Sarah Schroeder is alleged to be an Indiana resident. Am. Compl. ¶ 13. Ms. Schroeder has an Indiana address and is registered to vote in Indiana. On information and belief, Ms. Schroeder is a citizen of Indiana.

94.     Reginald Franklin is alleged to be a New York resident. Am. Compl. ¶ 14. Mr. Franklin has a New York address but has a Texas driver's license and is registered to vote in Texas. On information and belief, Mr. Franklin is a citizen of Texas.

95.     Angel Franklin is alleged to be a New York resident. Am. Compl. ¶ 14. Ms. Franklin has a New York address but has a Texas driver's license and is registered to vote in Texas. On information and belief, Ms. Franklin is a citizen of Texas.

96.     Dylan Ross is alleged to be a New York resident. Am. Compl. ¶ 17. Mr. Ross has a New York address and is registered to vote in New York. On information and belief, Mr. Dylan Ross is a citizen of New York.

97.     Taylor Ross is alleged to be a New York resident. Am. Compl. ¶ 17. Mr. Ross has

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

a New Jersey address and is registered to vote in New York. On information and belief, Mr. Taylor Ross is a citizen of New Jersey.

98.     Cody Bishop is alleged to be a Tennessee resident. Am. Compl. ¶ 16. Mr. Bishop has a Tennessee address and a vehicle registered in Tennessee. On information and belief, Mr. Bishop is a citizen of Tennessee.

99.     David Brown is alleged to be an Oregon resident. Am. Compl. ¶ 18. Mr. Brown has an Oregon address. On information and belief, Mr. Brown is a citizen of Oregon.

100.    Karthika Mandyam is alleged to be a Texas resident. Am. Compl. ¶ 19. Ms. Mandyam has a Texas address and a vehicle registered in Texas. On information and belief, Ms. Mandyam is a citizen of Texas.

101.    David Beranek is alleged to be a Virginia resident. Am. Compl. ¶ 20. Mr. Baranek has a Virginia address and is licensed as a pilot with a Virginia address. On information and belief, Mr. Baranek is a citizen of Virginia.

102.    Susan Pinkerton is alleged to be a Florida resident. Am. Compl. ¶ 21. Ms. Pinkerton has a Florida address and is registered to vote in Florida. On information and belief, she is a citizen of Florida.

103.    Radhika Siripireddy is alleged to be a Texas resident. Am. Compl. ¶ 22. Ms. Siripireddy has a Texas address and is registered to vote in Texas. On information and belief, Ms. Siripireddy is a citizen of Texas.

104.    Karl Schoenleber is alleged to be a South Carolina resident. Am. Compl. ¶ 23. Mr. Schoenleber has a South Carolina address and is registered to vote in South Carolina. On information and belief, Mr. Schoenleber is a citizen of South Carolina.

105.    James Sartain is alleged to be a Texas resident. Am. Compl. ¶ 24. Mr. Sartain has a Texas address and is registered to vote in Texas. On information and belief, Mr. Sartain is a citizen of Texas.

106.    Nirupa Keskar is alleged to be a Texas resident. Am. Compl. ¶ 25. Ms. Keskar has a Texas address and is registered to vote in Texas. On information and belief, Ms. Keskar is a

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1    citizen of Texas.

2        107.    John Flack is alleged to be a Tennessee resident. Am. Compl. ¶ 26. Mr. Flack has

3    a Tennessee address and a vehicle registered in Tennessee. On information and belief, Mr. Flack

4    is a citizen of Tennessee.

5        108.    Trung Nguyen is alleged to be a Texas resident. Am. Compl. ¶ 27. Mr. Nguyen has

6    a Texas address and is registered to vote in Texas. On information and belief, Mr. Nguyen is a

7    citizen of Texas.

8        109.    Li Liang is alleged to be a Texas resident. Am. Compl. ¶ 27. Ms. Liang has a Texas

9    address and is registered to vote in Texas. On information and belief, Ms. Liang is a citizen of

10   Texas.

11       110.    Tan Quan Nguyen is alleged to be a Maryland resident. Am. Compl. ¶ 66. Mr.

12   Nguyen has a Maryland address. On information and belief, Mr. Nguyen is a citizen of Maryland.

13       111.    Ashoka Sheanh is alleged to be a Virginia resident. Am. Compl. ¶ 28. Mr. Sheanh

14   has a Virginia address. On information and belief, Mr. Sheanh is a citizen of Virginia.

15       112.    Mathew Fellows is alleged to be a Kansas resident. Am. Compl. ¶ 29. Mr. Fellows

16   has a Kansas address. On information and belief, Mr. Fellows is a citizen of Kansas.

17       113.    Charles Coggins is alleged to be a North Carolina resident. Am. Compl. ¶ 30. Mr.

18   Coggins has a North Carolina address. On information and belief, Mr. Coggins is a citizen of North

19   Carolina.

20       114.    Thomas Wawersich is alleged to be a Texas resident. Am. Compl. ¶ 31. Mr.

21   Wawersich has a Texas address and is registered to vote in Texas. On information and belief, Mr.

22   Wawersich is a citizen of Texas.

23       115.    Jason Blough is alleged to be a West Virginia resident. Am. Compl. ¶ 32. Mr.

24   Blough has a West Virginia address and is registered to vote in West Virginia. On information and

25   belief, Mr. Blough is a citizen of West Virginia citizen.

26       116.    Michele Blough is alleged to be a West Virginia resident. Am. Compl. ¶ 32. Ms.

27   Blough has a West Virginia address and is registered to vote in West Virginia. On information and

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

belief, Ms. Blough is a citizen of West Virginia.

117.    Karen Lavin is alleged to be a Connecticut resident. Am. Compl. ¶ 33. Ms. Lavin has a Connecticut address. On information and belief, Ms. Lavin is a citizen of Connecticut.

118.    Padma Kandikonda is alleged to be a Virginia resident. Am. Compl. ¶ 34. Ms. Kandikonda has a Virginia address. On information and belief, Ms. Kandikonda is a citizen of Virginia.

119.    Pavan Kandikonda is alleged to be a Virginia resident. Am. Compl. ¶ 34. Mr. Kandikonda has a Virginia address. On information and belief, Mr. Kandikonda is a citizen of Virginia.

120.    James Vilt II is alleged to be a Tennessee resident. Am. Compl. ¶ 35. Mr. Vilt has a Tennessee address and has a vehicle registered in Tennessee. On information and belief, Mr. Vilt is a citizen of Tennessee.

121.    Basant Kumar is alleged to be an Oregon resident. Am. Compl. ¶ 36. Mr. Kumar has an Oregon address. On information and belief, Mr. Kumar is a citizen of Oregon.

122.    Radhika Kamalla is alleged to be a Virginia resident. Am. Compl. ¶ 37. Ms. Kamalla has a Virginia address. On information and belief, Ms. Kamalla is a citizen of Virginia.

123.    Marc Hildebrand is alleged to be a Texas resident. Am. Compl. ¶ 38. Mr. Hildebrand has a Texas address and is registered to vote in Texas. On information and belief, Mr. Hildebrand is a citizen of Texas.

124.    Debra Hildebrand is alleged to be a Texas resident. Am. Compl. ¶ 38. Ms. Hildebrand has a Texas address and is registered to vote in Texas. On information and belief, Ms. Hildebrand is a citizen of Texas.

125.    Merrill Stoddard is alleged to be a Utah resident. Am. Compl. ¶ 39. Mr. Stoddard has a Utah address and is registered to vote in Utah. On information and belief, Mr. Stoddard is a citizen of Utah.

126.    Danielle Stoddard is alleged to be a Utah resident. Am. Compl. ¶ 39. Ms. Stoddard has a Utah address and is registered to vote in Utah. On information and belief, Ms. Stoddard is a

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1    citizen of Utah.

2         127.    Venkita Sharma is alleged to be a Colorado resident. Am. Compl. ¶ 40. Mr. Sharma

3    has a Colorado address and is registered to vote in Colorado. On information and belief, Mr.

4    Sharma is a citizen of Colorado.

5         128.    Timothy Dailey is alleged to be an Arizona resident. Am. Compl. ¶ 41. Mr. Dailey

6    has an Arizona address. On information and belief, Mr. Dailey is a citizen of Arizona.

7         129.    Robert Hoery is alleged to be a Colorado resident. Am. Compl. ¶ 42. Mr. Hoery

8    has a Colorado address and is registered to vote in Colorado. On information and belief, Mr. Hoery

9    is a citizen of Colorado.

10        130.    Stefani Hoery is alleged to be a Colorado resident. Am. Compl. ¶ 42. Ms. Hoery

11   has a Colorado address and is registered to vote in Colorado. On information and belief, Ms. Hoery

12   is a citizen of Colorado.

13        131.    Sean Done is alleged to be a Utah resident. Am. Compl. ¶ 43. Mr. Done has a Utah

14   address and is registered to vote in Utah. On information and belief, Mr. Done is a citizen of Utah.

15        132.    Anna Done is alleged to be a Utah resident. Am. Compl. ¶ 43. Ms. Done has a Utah

16   address and is registered to vote in Utah. On information and belief, Ms. Done is a citizen of Utah.

17        133.    Sterling Davis is alleged to be an Indiana resident. Am. Compl. ¶ 44. Mr. Davis has

18   an Indiana address and is registered to vote in Indiana. On information and belief, Mr. Davis is a

19   citizen of Indiana.

20        134.    Mark Fleming is alleged to be a South Carolina resident. Am. Compl. ¶ 46. Mr.

21   Fleming has a South Carolina address and is registered to vote in South Carolina. On information

22   and belief, Mr. Fleming is a citizen of South Carolina.

23        135.    Stacey Fleming is alleged to be a South Carolina resident. Am. Compl. ¶ 46. Ms.

24   Fleming has a South Carolina address and is registered to vote in South Carolina. On information

25   and belief, Ms. Fleming is a citizen of South Carolina.

26        136.    Bo Yang is alleged to be a Michigan resident. Am. Compl. ¶ 47. Mr. Yang has a

27   Michigan address and is registered to vote in Michigan. On information and belief, Mr. Yang is a

NOTICE OF REMOVAL - 27

citizen of Michigan.

137.    Steven Wells is alleged to be a Pennsylvania resident. Am. Compl. ¶ 48. Mr. Wells has a Pennsylvania address and is registered to vote in Pennsylvania. On information and belief, Mr. Wells is a citizen of Pennsylvania.

138.    Dustin Braeger is alleged to be a Colorado resident. Am. Compl. ¶ 49. Mr. Braeger has a Colorado address and is registered to vote in Colorado. On information and belief, Mr. Braeger is a citizen of Colorado.

139.    Navaneeth Kumar is alleged to be an Illinois resident. Am. Compl. ¶ 50. Mr. Kumar has an Illinois address and a vehicle that is registered in Illinois. On information and belief, Mr. Kumar is a citizen of Illinois.

140.    William White is alleged to be a Texas resident. Am. Compl. ¶ 51. Mr. White has a Texas address and is registered to vote in Texas. On information and belief, he is a citizen of Texas.

141.    Jeannette White is alleged to be a Texas resident. Am. Compl. ¶ 51. Ms. White has a Texas address and is registered to vote in Texas. On information and belief, Ms. White is a citizen of Texas.

142.    Jeffrey Brooke, listed twice in the caption of the amended complaint, is alleged to be an Illinois resident. Am. Compl. ¶ 52. Mr. Brooke has an Illinois address. On information and belief, Mr. Brooke is a citizen of Illinois.

143.    Joshua Oed is alleged to be a Texas resident. Am. Compl. ¶ 53. Mr. Oed has a Texas address and is registered to vote in Texas. On information and belief, Mr. Oed is a citizen of Texas.

144.    James Estes is alleged to be a Colorado resident. Am. Compl. ¶ 54. Mr. Estes has a Colorado address and is registered to vote in Colorado. On information and belief, Mr. Estes is a citizen of Colorado.

145.    The complaint does not contain an allegation as to the residency of Adria Estes but lists her in the caption. Ms. Estes has a Colorado address and she is registered to vote in Colorado. On information and belief, Ms. Estes is a citizen of Colorado.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

146.    Michael Bailey is alleged to be a Texas resident. Am. Compl. ¶ 55. Mr. Bailey has a Tennessee address and a Tennessee driver's license. On information and belief, notwithstanding the allegation in the complaint, Mr. Bailey is a citizen of Tennessee.

147.    Karthiga Jayaram is alleged to be a Colorado resident. Am. Compl. ¶ 56. Ms. Jayaram has a Colorado address and a vehicle that is registered in Colorado. On information and belief, Ms. Jayaram is a citizen of Colorado.

148.    Karthikeyan Ramprasath is alleged to be a Colorado resident. Am. Compl. ¶ 56. Mr. Ramprasath has a Colorado address and a vehicle registered in Colorado. On information and belief, Mr. Ramprasath is a citizen of Colorado.

149.    Archan Tikoti is alleged to be a Texas resident. Am. Compl. ¶ 57. Mr. Tikoti has a Texas address and he is registered to vote in Texas. On information and belief, Mr. Tikoti is a citizen of Texas.

150.    Aashish Parekh is alleged to be an Arizona resident. Am. Compl. ¶ 58. Mr. Parekh has an Arizona address. On information and belief, Mr. Parekh is a citizen of Arizona.

151.    Dr. Jacob Letourneau is alleged to be a Kansas resident. Am. Compl. ¶ 59. Dr. Letourneau has a Kansas address and a license to practice optometry in Kansas. On information and belief, he is a citizen of Kansas.

152.    Karla Letourneau is alleged to be a Kansas resident. Am. Compl. ¶ 59. Ms. Letourneau has a Kansas address and has a vehicle registered in Kansas. On information and belief, she is a citizen of Kansas.

153.    Konda Reddy Gadi is alleged to be an Illinois resident. Am. Compl. ¶ 60. Mr. Gadi has an Illinois address and has a vehicle registered in Illinois. On information and belief, Mr. Gadi is a citizen of Illinois.

154.    Sreelakshmi Siripuram is alleged to be an Illinois resident. Am. Compl. ¶ 60. Ms. Siripuram has an Illinois address. On information and belief, Mr. Siripuram is a citizen of Illinois.

155.    Joshua Leykam is alleged to be an Arizona resident. Am. Compl. ¶ 61. Mr. Leykam has an Arizona address. On information and belief, Mr. Leykam is a citizen of Arizona.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1    156.    Paige Leykam is alleged to be an Arizona resident. Am. Compl. ¶ 61. Ms. Leykam

2    has an Arizona address and is licensed as a nurse practitioner in Arizona. On information and

3    belief, Ms. Leykam is a citizen of Arizona.

4    157.    Dr. Deren Flesher is alleged to be an Oklahoma resident. Am. Compl. ¶ 64. Dr.

5    Flesher has an Oklahoma address and he is registered to vote in Oklahoma. On information and

6    belief, Dr. Flesher is a citizen of Oklahoma.

7    158.    Gary Young is alleged to be a Texas resident. Am. Compl. ¶ 65. Mr. Young has a

8    Texas address and is registered to vote in Texas. On information and belief, Mr. Young is a citizen

9    of Texas.

10    159.    The Complaint makes no allegations regarding Heidi Young's residency but lists

11    her in the caption. Ms. Young has a Texas address and is registered to vote in Texas. On

12    information and belief, Ms. Young is a citizen of Texas.

13    160.    Dr. Ronald Cole is alleged to be an Illinois resident. Am. Compl. ¶ 67. Dr. Cole has

14    an Illinois address and has a license to practice dentistry in Illinois. On information and belief, Dr.

15    Cole is a citizen of Illinois.

16    161.    Dr. James Walker is alleged to be a Michigan resident. Am. Compl. ¶ 68. Mr

17    Walker has a Michigan address and he is licensed to practice medicine in Michigan. On

18    information and belief, Mr. Walker is a citizen of Michigan.

19    162.    Duane Okamoto is alleged to be a Washington resident. Am. Compl. ¶ 69. Mr.

20    Okamoto has a Washington address. On information and belief, Mr. Okamoto is a citizen of

21    Washington.

22    163.    Linda Okamoto is alleged to be a Washington resident. Am. Compl. ¶ 69. Ms.

23    Okamoto has a Washington address. On information and belief, Ms. Okamoto is a citizen of

24    Washington.

25    164.    Dr. Scott Burau is alleged to be a Florida resident. Am. Compl. ¶ 70. Dr. Burau has

26    a Michigan address and is licensed to practice dentistry in Michigan. On information and belief,

27    Dr. Scott Burau is a citizen of Michigan.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

165.    Dr. Brad Burau is alleged to be a Florida resident. Am. Compl. ¶ 71. Dr. Burau has a Florida address and is registered to vote in Florida. On information and belief, Dr. Burau is a citizen of Florida.

166.    Josh McNary is alleged to be a Texas resident. Am. Compl. ¶ 72. Mr. McNary has a Texas address and a vehicle registered in Texas. On information and belief, Mr. McNary is a citizen of Texas.

167.    Dr. Robert Dost is alleged to be a Michigan resident. Am. Compl. ¶ 73. Dr. Dost has a Michigan address. On information and belief, Dr. Dost is a citizen of Michigan.

168.    James Group Int, LLC is alleged to be a Nevada limited liability company. James Group Compl. ¶ 1.1. According to the Nevada Secretary of State, it is organized under the laws of Nevada and has an address in Carson City, Nevada. On information and belief, it is a citizen of Nevada.

169.    Axial Tilt, LLC is alleged to be a Delaware limited liability company. Axial Tilt Compl. ¶ 1. According to the Delaware Secretary of State, it is organized under the laws of Delaware. On information and belief, it is a citizen of Delaware.

170.    Mod Holdings, LLC is alleged to be a Delaware limited liability company. Axial Tilt Compl. ¶ 2. According to the Delaware Secretary of State, it is organized under the laws of Delaware and according to other research, it has an address in Lewes, Delaware. On information and belief, it is a citizen of Delaware.

171.    JRC Real Estate III, LLC is alleged to be a California limited liability company. JRC Real Estate Compl. ¶ 2. According to the California Secretary of State, it is organized under the laws of California and has its principal office in Queen Creek, Arizona. On information and belief, it is a citizen of California and Arizona.

172.    Pure Water Vending is alleged to be a Washington limited liability company. Pure Water Vending Compl. ¶ 1. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Spokane, Washington. On information and belief, it is a citizen of Washington.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

173.    Emmatoine, LLC is alleged to be a Florida limited liability company. Emmatoine Compl. ¶ 1.1. According to the Florida Secretary of State, it is organized under the laws of Florida and it has its principal office in Bradenton, Florida. On information and belief, it is a citizen of Florida.

174.    Rhino Manufacturing, Inc. is alleged to be a Washington corporation. Rhino Manufacturing Compl. ¶ 1. According to the Washington Secretary of State, it is incorporated in Washington and it has its principal office in Monroe, Washington. On information and belief, it is a citizen of Washington.

175.    Rhino Investments, LLC is alleged to be Oregon limited liability company. Rhino Manufacturing Compl. ¶ 2. According to the Oregon Secretary of State, it is organized under the laws of Oregon and it has an address in Powell Butte, Oregon. On information and belief, it is a citizen of Oregon.

176.    Rex Ventures, LLC is alleged to be a Colorado limited liability company. Rex Ventures Compl. ¶ 1.1. According to the Colorado Secretary of State, it is organized under the laws of Colorado and it has its principal office in Arvada, Colorado. On information and belief, it is a citizen of Colorado.

177.    Dennis Demirjian is alleged to be a resident of Florida. Demirjian Compl. ¶ 1. Dr. Demirjian has a Florida address and is licensed to practice dentistry in Florida. On information and belief, Dr. Demirjian is a citizen of Florida.

178.    Tanushka Water Vending LLC is alleged to be a Georgia limited liability company. Tanushka Water Vending Compl. ¶ 1. According to the Georgia Secretary of State, it is organized under the laws of Georgia and it has its principal office in College Park, Georgia. On information and belief, it is a citizen of Georgia.

179.    Aarana Water Vending is alleged to be a California limited liability company. Tanushka Water Vending Compl. ¶ 1. According to the California Secretary of State, it is organized under the laws of California and it has its principal office in Fremont, California. On information and belief, it is a citizen of California.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

180.     Wakanda Ventures is alleged to be a New Jersey limited liability company. Wakanda Ventures Compl. ¶ 1. According to public records, it is organized under the laws of New Jersey and it has an address in Jersey City, New Jersey. On information and belief, it is a citizen of New Jersey.

181.     Paul Martinchuk is alleged to be a resident of California. Martinchuk Compl. ¶ 1.1. Mr. Martinchuk has a California address. On information and belief, Mr. Martinchuk is a citizen of California.

## DEFENDANTS' CITIZENSHIP

182.     Ryan R. Wear is alleged to reside and conduct business in Snohomish County, Washington. Am. Compl. ¶ 75; James Group Compl. ¶ 1.4; Pure Water Vending Compl. ¶ 4; Demirjian Compl. ¶ 8; Tanushka Water Vending Compl. ¶ 2; Wakanda Ventures Compl. ¶ 3; Martinchuk Compl. ¶ 1.5. Mr. Wear has a Washington address. On information and belief, Mr. Wear is a citizen of Washington.

183.     Rebecca A. Swain is alleged to reside in Snohomish County, Washington. Am. Compl. ¶ 75; Martinchuk Compl. ¶ 1.5. Ms. Swain has a Washington address. On information and belief, Ms. Swain is a citizen of Washington.

184.     Creative Technologies, LLC d/b/a Waterstation Technology is alleged to engage in business activities in Snohomish County, Washington. Am. Compl. ¶ 76; James Group Compl. ¶ 1.3; Rhino Manufacturing Compl. ¶ 3; Demirjian Compl. ¶ 3; Martinchuk Compl. ¶ 1.4. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

185.     WST Franchise Systems LLC is alleged to be registered in Washington and owned by a Washington resident. Am. Compl. ¶ 77; Pure Water Vending Compl. ¶ 3; Rex Ventures Compl. ¶ 1.2; Martinchuk Copml. ¶ 1.3. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

186.    Water Station Management, LLC, incorrectly named in the Axial Tilt complaint as "WaterStation, LLC," is alleged to be registered in Washington and owned by a Washington resident. Am. Compl. ¶ 78; James Group Compl. ¶ 1.2; Axial Tilt Compl. ¶ 3; JRC Real Estate Compl. ¶ 3; Pure Water Vending Compl. ¶ 2; Emmatoine Compl. ¶ 1.2; Rhino Manufacturing Compl. ¶ 4; Rex Ventures Compl. ¶ 1.3; Demirjian Compl. ¶ 2; Tanushka Water Vending Compl. ¶ 2; Wakanda Ventures Compl. ¶ 2; Martinchuk Compl. ¶ 1.2. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

187.    Kevin Nooney is alleged to be a Washington resident and to conduct business in Snohomish County, Washington. Am. Compl. ¶ 79; Demirjian Compl. ¶ 7; Martinchuk Compl. ¶ 1.10. Mr. Nooney has a Washington address. On information and belief, Mr. Nooney is a citizen of Washington.

188.    Elizabeth Nooney is alleged to be a Washington resident. Am. Compl. ¶ 79; Martinchuk Compl. ¶ 1.10. Ms. Nooney has a Washington address. On information and belief, Ms. Nooney is a citizen of Washington.

189.    Refreshing USA LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 80; Demirjian Compl. ¶ 4. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

190.    Summit Management Services, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 81; Demirjian Compl. ¶ 6. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

191.    Ideal Property Investments, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 82; Demirjian Compl. ¶ 5. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

192.    Refreshing California LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 83. According to the California Secretary of State, it is organized under the laws of California and it has its principal office in Indio, California. On information and belief, it is a citizen of California.

193.    Refreshing Montana, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 84. According to the Montana Secretary of State, it is organized under the laws of Montana and it has its principal office in Missoula Montana. On information and belief, it is a citizen of Montana.

194.    Refreshing Mid-Atlantic, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 85. According to the Pennsylvania Secretary of State, it is organized under the laws of Pennsylvania. According to other research, it has a Pennsylvania address. On information and belief, it is a citizen of Pennsylvania.

195.    Refreshing Carolinas, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 86. According to the North Carolina Secretary of State, it is organized under the laws of North Carolina and it has its principal office in Everett, Washington. On information and belief, it is a citizen of North Carolina and Washington.

196.    Refreshing Great Lakes, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 87. According to the Illinois Secretary of State, it is organized under the laws of Illinois and it has its principal office in Elk Grove Village, Illinois. On information and belief, it is a citizen of Illinois.

197.    WaterStation Finance Company, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 88. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and believe, it is a citizen of Washington.

198.    Refreshing Georgia, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 89. According to the Georgia Secretary of State, it is organized under the laws of Georgia and it has its principal office in Marietta, Georgia. On information and belief, it

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

is a citizen of Georgia.

199.    Creative Technologies Florida, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 90. According to the Florida Secretary of State, Creative Technologies Florida, LLC is a trade name of Creative Technologies, LLC which is a Washington LLC. According to the Washington Secretary of State, Creative Technologies, LLC is organized under the laws of Washington and has its principal office in Everett, Washington. *See also supra* ¶ 184. On information and belief, Creative Technologies Florida, LLC is merely a trade name for a citizen of Washington and not an unincorporated association whose citizenship must be separately alleged.

200.    Refreshing Florida, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 91. According to the Florida Secretary of State, it is organized under the laws of Florida and it has its principal office in Fort Myers, Florida. On information and belief, it is a citizen of Florida.

201.    2129 Andrea Lane LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 92. According to the Wyoming Secretary of State, it is formed under the laws of Wyoming and it has its principal office in Jackson, Wyoming. On information and belief, it is a citizen of Wyoming.

202.    3209 Van Buren LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 93. According to the Wyoming Secretary of State, it is formed under the laws of Wyoming and it has its principal office in Jackson, Wyoming. On information and belief, it is a citizen of Wyoming.

203.    Ice & Water Vendors, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 95. According to the Arizona Corporation Commission, it is formed under the laws of Arizona and it has its principal office in Apache Junction, Arizona. On information and belief, it is a citizen of Arizona.

204.    Ideal Industrial Park, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 96. According to the Wyoming Secretary of State, it is organized under the

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1   laws of Wyoming and it has its principal office in Jackson, Wyoming. On information and belief,

2   it is a citizen of Wyoming.

3   205.   Ideal AZ Property Investments, LLC is alleged to engage in business activities in

4   Snohomish County. Am. Compl. ¶ 97. According to the Arizona Corporations Commission, Ideal

5   AZ Property Investments, LLC is the fictitious name for Ideal Property Investments, LLC, *see*

6   *supra* ¶ 191, a Washington citizen. On information and belief, Ideal AZ Property Investments,

7   LLC is not an unincorporated association whose citizenship must be separately alleged.

8   206.   K-2 Acquisition, LLC is alleged to engage in business activities in Snohomish

9   County. Am. Compl. ¶ 98. According to the Washington Secretary of State, it is organized under

10  the laws of Washington and it has its principal office in Everett, Washington. On information and

11  belief, it is a citizen of Washington.

12  207.   Emery Development, LLC is alleged to engage in business activities in Snohomish

13  County. Am. Compl. ¶ 99. According to the Washington Secretary of State, it is organized under

14  the laws of Washington and it has its principal office in Everett, Washington. On information and

15  belief, it is a citizen of Washington.

16  208.   Arizona Water Vendors Incorporated is alleged to be a limited liability company

17  owned by a Washington resident. According to the Arizona Corporation Commission, it is a

18  corporation incorporated in Arizona and has an office in Apache Junction, Arizona. On

19  information and belief, it is a citizen of Arizona.

20  209.   WST AZ Properties LLC is alleged to engage in business activities in Snohomish

21  County. Am. Compl. ¶ 101. According to the Arizona Corporation Commission, it is organized

22  under the laws of Arizona and it has a Washington address. On information and belief, it is a citizen

23  of Washington and Arizona.

24  210.   1118 Virginia Street LLC, named in the case caption as 1118 Virginia Avenue LLC

25  but described in the body as 1118 Virginia Street, is alleged to engage in business activities in

26  Snohomish County. Am. Compl. ¶ 102. According to the Washington Secretary of State, it is

27  organized under the laws of Washington and it has its principal office in Everett, Washington. On

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  information and belief, it is a citizen of Washington.

2        211.    11519 South Petropark LLC is alleged to engage in business activities in

3  Snohomish County. Am. Compl. ¶ 103. According to the Washington Secretary of State, it is

4  organized under the laws of Washington and it has its principal office in Houston, Texas. On

5  information and belief, it is a citizen of Washington and Texas.

6        212.    TCR Plumbing, LLC is alleged to engage in business activities in Snohomish

7  County. Am. Compl. ¶ 104. According to the Arizona Corporation Commission, it is organized

8  under the laws of Arizona and it has an address in Everett, Washington. On information and belief,

9  it is a citizen of Arizona and Washington.

10        213.    3422 W Clarendon Ave LLC is alleged to engage in business activities in

11  Snohomish County. Am. Compl. ¶ 105. According to the Wyoming Secretary of State, it is

12  organized under the laws of Wyoming and its principal office is in Jackson, Wyoming. On

13  information and belief, it is a citizen of Wyoming.

14        214.    1206 Hewitt Ave LLC is alleged to engage in business activities in Snohomish

15  County. Am. Compl. ¶ 106. According to the Washington Secretary of State, it is organized under

16  the laws of Washington and it has its principal office in Everett, Washington. On information and

17  belief, it is a citizen of Washington.

18        215.    Waterstation Technology II, LLC is alleged to engage in business activities in

19  Snohomish County. Am. Compl. ¶ 107. According to the Wyoming Secretary of State, it is

20  organized under the laws of Wyoming and has its principal office in Everett, Washington. On

21  information and belief, it is a citizen of Wyoming and Washington.

22        216.    Pistol, Inc. is alleged to be a Wyoming corporation. Am. Compl. ¶ 108. According

23  to the Wyoming Secretary of State, it is incorporated in Wyoming and has its principal office in

24  Jackson, Wyoming. On information and belief, it is a citizen of Wyoming.

25        217.    Smokey Point Holdings, LLC is alleged to engage in business activities in

26  Snohomish County. Am. Compl. ¶ 109. According to the Wyoming Secretary of State, it is

27  organized under the laws of Wyoming and has its principal office in Jackson, Wyoming. On

NOTICE OF REMOVAL - 38

1  information and belief, it is a citizen of Wyoming.

2      218.    602 South Meadow, LLC is alleged to engage in business activities in Snohomish

3  County. Am. Compl. ¶ 111. According to the Wyoming Secretary of State, it is formed under the

4  laws of Wyoming and it has its principal office in Jackson, Wyoming. On information and belief,

5  it is a citizen of Wyoming.

6      219.    719 Eden, LLC is alleged to engage in business activities in Snohomish County and

7  to be owned, operated, and controlled by Defendant Ryan Wear. Am. Compl. ¶ 110. Public records

8  searches do not reveal its state of organization or principal place of business. Public records

9  searches do reveal that a company named 701 Eden is organized under the laws of North Carolina

10 and it has its principal office in Jackson, Wyoming. Nonetheless, on the basis of the amended

11 complaint and on information and belief, 719 Eden, LLC is a citizen of Washington.

12     220.    343 Group LLC is named in the caption of the amended complaint, *see* Am. Compl.

13 at 3–4, but not in the body of the amended complaint. "Group, LLC" is named in the body of the

14 amended complaint and is alleged to engage in business activities in Snohomish County and to be

15 owned, operated, and controlled by Defendant Ryan Wear. Am. Compl. ¶ 112. Public records

16 searches do not reveal the state of organization or principal place of business of a company by

17 either name. On information and belief, it is a citizen of Washington where Mr. Ryan Wear is

18 domiciled.

19     221.    4300 Forest LLC is alleged to engage in business activities in Snohomish County.

20 Am. Compl. ¶ 113. According to the Wyoming Secretary of State, it is organized under the laws

21 of Wyoming and it has its principal office in Jackson, Wyoming. On information and belief, it is

22 a citizen of Wyoming.

23     222.    70 NO Garden, LLC is alleged to engage in business activities in Snohomish

24 County and to be owned, operated, and controlled by Defendant Ryan Wear. Am. Compl. ¶ 114.

25 Public records searches do not reveal its state of organization or principal place of business. On

26 information and belief, it is a citizen of Washington where Mr. Ryan Wear is domiciled.

27     223.    204 NWW LLC is alleged to engage in business activities in Snohomish County.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Am. Compl. ¶ 115. According to the Wyoming Secretary of State, it is organized under the laws of Wyoming and it has its principal office in Jackson, Wyoming. On information and belief, it is a citizen of Wyoming.

224.    Waterstation Techventure, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 116. According to the Washington Secretary of State, it has been voluntarily dissolved, but it was organized under the laws of Washington and it had its principal office in Everett, Washington. On information and belief, Waterstation Techventure, LLC is a citizen of Washington.

225.    Water Station Holdings LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 117. According to the Indiana Secretary of State, it is organized under the laws of Indiana and its principal office is in Indianapolis, Indiana. On information and belief, it is a citizen of Indiana.

226.    Waterstation Technology, LLC is alleged to be the trade name of Creative Technologies, LLC. Am. Compl. ¶ 76. Separately, the amended complaint alleges, "Water Station Holdings, LLC, WaterStation Technology, LLC, on information and belief, is a limited liability company owned, operated, and controlled by Defendant Wear that engages in business activities in Snohomish County." Am. Compl. ¶ 117. On information and belief, Waterstation Technology, LLC is the trade name for a citizen of Washington, *see supra* ¶ 184, not an unincorporated association whose citizenship must be separately alleged.

227.    Refreshing Colorado LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 117. According to the Colorado Secretary of State, it is organized under the laws of Colorado and its principal office is in Colorado Springs, Colorado. On information and belief, it is a citizen of Colorado.

228.    Arizona Water Vendors Inc. (named in the complaint as Arizona Vendors Inc.) is alleged to be a "limited liability company" and to be owned by a Washington resident. According to the Arizona Corporation Commission, Arizona Water Vendors, Inc. is incorporated in Arizona and has its principal office in Everett, Washington. On information and belief, it is a citizen of

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Washington and Arizona.

229.     Golden State Vending, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 120. According to the Washington Secretary of State, it is organized under the laws of Washington and its principal office is in Everett, Washington. On information and belief, it is a citizen of Washington.

230.     Refreshing Florida LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 121. According to the Florida Secretary of State, it is organized under the laws of Florida and its principal office is in Fort Myers, Florida. On information and belief, it is a citizen of Florida.

231.     Refreshing Midwest, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 122. According to the Indiana Secretary of State, it is pending administrative dissolution, but it is organized under the laws of Indiana and it has its principal office in Indianapolis, Indiana. On information and belief, it is a citizen of Indiana.

232.     Refreshing Midwest Real Estate, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 123. According to the Indiana Secretary of State, it is pending administrative dissolution, but it is organized under the laws of Indiana and it has its principal office in Indianapolis, Indiana. On information and belief, it is a citizen of Indiana.

233.     Refreshing New Mexico, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 124. According to the New Mexico Secretary of State, it is organized under the laws of New Mexico and it has its principal office in Albuquerque, New Mexico. On information and belief, it is a citizen of New Mexico.

234.     Refreshing New England, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 125. According to the New Hampshire Secretary of State, it is organized under the laws of New Hampshire and it has its principal office in Manchester, New Hampshire. On information and belief, it is a citizen of New Hampshire.

235.     Refreshing Texas LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 126. According to the Texas Secretary of State, it is organized under the

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

laws of Texas and it has an address in Everett, Washington. On information and belief, it is a citizen of Texas and Washington.

236.    Refreshing Oklahoma LLC is alleged to engage in business activities in Snohomish County and to be owned, operated, and controlled by Defendant Ryan Wear. Am. Compl. ¶ 127. Public records searches do not reveal its state of organization or principal place of business. On information and belief, it is a citizen of Washington, where Mr. Ryan Wear is domiciled.

237.    Refreshing Washington, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 128. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

238.    Smart Soda Holdings, Inc. is alleged to do business in Snohomish County, Washington and to be owned by a Washington resident. Am. Compl. ¶ 129. According to the Delaware Secretary of State, it is organized under the laws of Delaware. According to other research, it has an Ohio address. On information and belief, it is a citizen of Delaware and Ohio.

239.    Vendpro, LLC d/b/a Elitevend is alleged to do business in Snohomish County, Washington and to be owned by a Washington resident. Am. Compl. ¶ 130. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Everett, Washington. On information and belief, it is a citizen of Washington.

240.    Harrison Street, LLC is alleged to engage in business activities in Snohomish County. Am. Compl. ¶ 131. According to the Washington Secretary of State, it is organized under the laws of Washington and it has its principal office in Des Moines, Washington. On information and belief, it is a citizen of Washington.

241.    602 South Mean LLC is alleged to do business in Snohomish County and to be owned, operated, and controlled by Defendant Ryan Wear. Am. Compl. ¶ 132. Public record searches do not reveal its state of organization or principal place of business. On information and belief, it is a citizen of Washington, where Mr. Wear is domiciled.

242.    The complaint makes no allegations about 8825 LLC. According to the Wyoming

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Secretary of State, it is formed under the laws of Wyoming and it has its principal office in Jackson, Wyoming. On information and belief, it is a citizen of Wyoming.

243.   Unibank is alleged to be organized in Washington and to engage in business activities in Snohomish County, Washington. Am. Compl. ¶ 134.  According to the Washington Secretary of State, Unibank is incorporated in Washington and has its principal office in Lynnwood, Washington. On information and belief, Unibank is a citizen of Washington.

244.   U & I Financial Corp. is alleged to be organized under the laws of Washington and to engage in business activities in Snohomish County, Washington. Am. Compl. ¶ 134. According to the Washington Secretary of State, U & I is incorporated in Washington and has its principal office in Lynnwood, Washington. On information and belief, U & I is a citizen of Washington.

245.   Simon Bai is alleged to be a Washington resident. Am. Compl. ¶ 136. Mr. Bai has a Washington address and a vehicle registered in Washington. On information and belief, Mr. Bai is a citizen of Washington.

246.   Stephanie Yoon is alleged to be a Washington resident. Am. Compl. ¶ 136. Ms. Yoon has a Washington address. On information and belief, Ms. Yoon is a citizen of Washington.

247.   D. Benjamin Lee is alleged to be a Washington resident. Am. Compl. ¶ 136. Mr. Lee has a Washington address and a vehicle registered in Washington. On information and belief, Mr. Lee is a citizen of Washington.

248.   Peter Park is alleged to be a Washington resident. Am. Compl. ¶ 136. Mr. Park has a Washington address. On information and belief, Mr. Park is a citizen of Washington.

249.   First Fed Bank is incorporated in Washington and has its principal office in Port Angeles, Washington. First Fed Bank is a citizen of Washington.

250.   First Northwest Bancorp, incorrectly named in the caption as First Northwest Bankcorp, is incorporated in Washington and has its principal office in Port Angeles, Washington. It is a citizen of Washington.

251.   Norman Tonina  is a citizen of Washington.

252.   Craig Curtis is a citizen of Washington.

NOTICE OF REMOVAL - 43

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

253.   Jennifer Zaccardo is  a citizen of Washington.

254.   Cindy Finnie is a citizen of Washington.

255.   Dana Behar is a citizen of Washington.

256.   Matthew Deines is a citizen of Washington.

257.   Sherilyn Anderson is a citizen of Washington.

258.   Gabriel Galanda is a citizen of Washington.

259.   Lynn Terwoerds is a citizen of Washington.

260.   Larry Houk is alleged to be a Washington resident. Am. Compl. ¶ 141. Mr. Houk has a Washington address. On information and belief, Mr. Houk is a citizen of Washington.

261.   Northwest Financial Services, LLC is alleged to conduct business in Snohomish County and to be owned and operated by Mr. Houk. Am. Compl. ¶ 141. Public records show no entity called Northwest Financial Services, LLC. Public records show Mr. Houk is associated with a company called Northwest Funding Services, LLC. Nevertheless, based on the amended complaint, and on information and belief, Northwest Financial Services, LLC is a Washington citizen.

262.   Richard Wear is alleged to be a Washington resident. Am. Compl. ¶ 133. Dr. Wear has a Washington address and a license to practice medicine in Washington. On information and belief, Dr. Wear is a citizen of Washington.

/////
/////
/////
/////
/////
/////
/////
/////

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED this 1st day of August, 2024.

LANE POWELL PC

By:    *s/ Gregory R. Fox*
        Gregory R. Fox, WSBA No. 30559
        foxg@lanepowell.com

        *s/ Andrew G. Yates*
        Andrew G. Yates, WSBA No. 34239
        yatesa@lanepowell.com

        *s/ Devon J. McCurdy*
        Devon J. McCurdy, WSBA No. 52663
        mccurdyd@lanepowell.com

        *s/ Dailey Koga*
        Dailey Koga, WSBA No. 58683
        kogad@lanepowell.com

        1420 Fifth Avenue, Suite 4200
        P.O. Box 91302
        Seattle, Washington 98111-9402
        Telephone:  206-223-7000

        *Attorneys for Defendants First Fed Bank, First Northwest Bancorp, Norman Tonina, Craig Curtis, Jennifer Zaccardo, Cindy Finnie, Dana Behar, Matthew Deines, Sherilyn Anderson, Gabriel Galanda, and Lynn Terwoerds*

1

## CERTIFICATE OF SERVICE

2      I, Kathryn M. Savaria, hereby certify under penalty of perjury of the laws of the State of

3  Washington that on the 1st day of August, 2024, I caused to be served a copy of the

4  foregoing **NOTICE OF REMOVAL** via U.S. Mail and electronic mail, on the following

5  person(s) at the following address(es):

6

7           **Pacific Water Technology v. Ryan Wear, et al. Case No. 24-2--2887-31**

8

| | |
|---|---|
| Amit D. Ranade, WSBA No. 34878<br>Rachael E. Clark, WSBA No. 57277<br>Snell & Wilmer L.L.P.<br>600 University St, Suite 310<br>Seattle, WA 98101<br>aranade@swlaw.com<br>reclark@swlaw.com<br>*Attorneys for Proposed Receiver*<br>*TurningPointe, LLC d/b/a Turning Point*<br>*Strategic Advisors* | David R. Ebel, WSBA No. 28853<br>Allen R. Benson, WSBA No. 51137<br>Schwabe, Williamson & Wyatt, P.C.<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101<br>Phone: 206-622-1711<br>Fax: 206-292-0460<br>debel@schwabe.com;<br>abenson@schwabe.com<br>*Attorneys for Defendants Larry Houk and*<br>*Northwest Funding Services LLC* |
| Joel Ard, WSBA No. 40104<br>Ard Law Group PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA 98110-5633<br>joel@ard.law<br>*Attorney for Defendants Kevin Nooney and*<br>*Elizabeth Nooney* | |

19

20

21

22

23

24

25

26

27

NOTICE OF REMOVAL - 46

| | |
|---|---|
| John T. Bender, WSBA No. 49658 | Aimee S. Willig, WSBA #22859 |
| Kristen Barnhart, WSBA No. 51135 | Armand J. Kornfeld, WSBA #17214 |
| Corr Cronin LLP | Bush Kornfeld LLP |
| 1015 Second Ave, Floor 10 | 601 Union St, Suite 5000 |
| Seattle, WA 98104 | Seattle, Washington 98101-2373 |
| jbender@corrcronin.com | (206) 292-2110 |
| kbarnhart@corrcronin.com | jkornfeld@bskd.com |
| *Attorneys for All Plaintiffs:* | awillig@bskd.com |
| | *Attorneys for Plaintiffs:* |
| Pacific Water Technology, LLC | |
| Spruce Waters Investments, LLC | Pacific Water Technology, LLC |
| Indiana Water Technology, LLC | Spruce Waters Investments, LLC |
| AR Water Supply, LLC | Indiana Water Technology, LLC |
| BLC Water Company, LLC | AR Water Supply, LLC |
| Granite Street Ventures, LLC | BLC Water Company, LLC |
| Rumson Wellness, LLC | Granite Street Ventures, LLC |
| Brown Family Enterprises, LLC | Rumson Wellness, LLC |
| Kmandy Investments, LLC | Brown Family Enterprises, LLC |
| Ever Upward, Inc. | Kmandy Investments, LLC |
| Sun A Wy, LLC | Ever Upward, Inc. |
| Siripi WST, LLC | Sun A Wy, LLC |
| Livingwater Station, LLC | Siripi WST, LLC |
| Grayfin Ventures, LLC | Livingwater Station, LLC |
| Prasiti Water Investments, LLC | Grayfin Ventures, LLC |
| JBF Consulting Services, LLC | Prasiti Water Investments, LLC |
| Coco Aqua, LLC | JBF Consulting Services, LLC |
| Q & V LLC, WaterStation Technology of | Coco Aqua, LLC |
| Rockville | Q & V LLC, WaterStation Technology of |
| Arravend, LLC | Rockville |
| Flatlands Equipment, LLC | Arravend, LLC |
| C&C Investment Holdings, LLC | Flatlands Equipment, LLC |
| Great Oak Water, Limited Liability Company | C&C Investment Holdings, LLC |
| WV Water Tech, LLC | Great Oak Water, Limited Liability Company |
| Kdawg Crypto, LLC | WV Water Tech, LLC |
| Culminate Water Technology, LLC | Kdawg Crypto, LLC |
| Chaurishi Retail Enterprises, LLC | Culminate Water Technology, LLC |
| Progressive Partners, LLC | Chaurishi Retail Enterprises, LLC |
| 210 SA Holding, LLC | Progressive Partners LLC |
| WST Utah LLC | 210 SA Holding, LLC |
| V2S2, LLC | WST Utah LLC |
| Cyborg Holdings, LLC | V2S2, LLC |
| Ash Vending, LLC | Cyborg Holdings, LLC |
| Adventure Done Right, LLC | Ash Vending, LLC |
| Big Boy Tools LLC | Adventure Done Right, LLC |
| Roman Jarosiewicz | Big Boy Tools LLC |

NOTICE OF REMOVAL - 47

| | |
|---|---|
| Abby Wyatt Group, Inc. | Roman Jarosiewicz |
| Aiden Waterworks, LLC | Abby Wyatt Group, Inc. |
| Horeb Water Solutions, LLC | Aiden Waterworks, LLC |
| Silver Oak H2O, LLC | Horeb Water Solutions, LLC |
| NS SQ ECO Waters, LLC | Silver Oak H2O, LLC |
| JK Seven LLC | NS SQ ECO Waters, LLC |
| Jeffrey Brooke | JK Seven LLC |
| Oed Properties LLC | Jeffrey Brooke |
| JLE Enterprises, LLC | Oed Properties LLC |
| Be of Service, LLC | JLE Enterprises, LLC |
| Etania, LLC | Be of Service,LLC |
| Nira Enterprises, LLC | Etania, LLC |
| Facts Property Services, LLC | Nira Enterprises, LLC |
| IMLSunshine, LLC | Facts Property Services, LLC |
| Redwaters, LLC | IMLSunshine, LLC |
| Starter Holdings, LLC | Redwaters, LLC |
| Helmut Giewat | Starter Holdings, LLC |
| May Auerbach | Helmut Giewat |
| Royal Reservoirs, LLC | May Auerbach |
| Aqualux Water, LLC | Royal Reservoirs, LLC |
| RCWSTECH1157, LLC | Aqualux Water LLC |
| COLEWSTECH, LLC | RCWSTECH1157, LLC |
| Maji 8377, LLC | COLEWSTECH, LLC |
| Oaks Waterstation Tech, LLC | Maji 8377, LLC |
| SDB H20, LLC | Oaks Waterstation Tech, LLC |
| Half Full Vending, LLC | SDB H20, LLC |
| RDWSTECH3594, LLC | Half Full Vending, LLC |
| Rose Trail Ventures, LLC | RDWSTECH3594, LLC |
| Rose Trail Ventures 2, LLC | Rose Trail Ventures, LLC |
| Pravin Thakkar Jr. | Rose Trail Ventures 2, LLC |
| Kwansoo Lee, DDS | Pravin Thakkar Jr. |
| Tom Anderson | Kwansoo Lee, DDS |
| Abbey Anderson | Tom Anderson |
| Brian Chu, DDS | Abbey Anderson |
| Larina Chu | Brian Chu, DDS |
| David Schroeder | Larina Chu |
| Sarah Schroeder | David Schroeder |
| Reginald Franklin | Sarah Schroeder |
| Angel Franklin | Reginald Franklin |
| Dylan Ross | Angel Franklin |
| Taylor Ross | Dylan Ross |
| Cody Bishop | Taylor Ross |
| David Brown | Cody Bishop |
| Karthika Mandyam | David Brown |
| David Beranek | Karthika Mandyam |

NOTICE OF REMOVAL - 48

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| Susan Pinkerton | David Beranek |
| Radhika Siripireddy | Susan Pinkerton |
| Karl Schoenleber | Radhika Siripireddy |
| James Sartain | Karl Schoenleber |
| Nirupa Keskar | James Sartain |
| John Flack | Nirupa Keskar |
| Trung Nguyen | John Flack |
| Li Liang | Trung Nguyen |
| Tan Quan Nguyen | Li Liang |
| Ashoka Sheanh | Tan Quan Nguyen |
| Mathew Fellows | Ashoka Sheanh |
| Charles Coggins | Mathew Fellows |
| Thomas Wawersich | Charles Coggins |
| Jason Blough | Thomas Wawersich |
| Michele Blough | Jason Blough |
| Karen Lavin | Michele Blough |
| Padma Kandikonda | Karen Lavin |
| Pavan Kandikonda | Padma Kandikonda |
| James Vilt II | Pavan Kandikonda |
| Basant Kumar | James Vilt II |
| Radhika Kamalla | Basant Kumar |
| Marc Hildebrand | Radhika Kamalla |
| Debra Hildebrand | Marc Hildebrand |
| Merrill Stoddard | Debra Hildebrand |
| Danielle Stoddard | Merrill Stoddard |
| Venkita Sharma | Danielle Stoddard |
| Timothy Dailey | Venkita Sharma |
| Robert Hoery | Timothy Dailey |
| Stefani Hoery | Robert Hoery |
| Sean Done | Stefani Hoery |
| Anna Done | Sean Done |
| Sterling Davis | Anna Done |
| Mark Fleming | Sterling Davis |
| Stacey Fleming | Mark Fleming |
| Bo Yang | Stacey Fleming |
| Steven Wells | Bo Yang |
| Dustin Braeger | Steven Wells |
| Navaneeth Kumar | Dustin Braeger |
| William White | Navaneeth Kumar |
| Jeannette White | William White |
| Jeffrey Brooke | Jeannette White |
| Joshua Oed | Jeffrey Brooke |
| James Estes | Joshua Oed |
| Adria Estes | James Estes |
| Michael Bailey | Adria Estes |

NOTICE OF REMOVAL - 49

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| Karthiga Jayaram | Michael Bailey |
| Karthikeyan Ramprasath | Karthiga Jayaram |
| Archan Tlkoti | Karthikeyan Ramprasath |
| Aashish Parekh | Archan Tlkoti |
| Jacob Letourneau | Aashish Parekh |
| Karla Letourneau | Jacob Letourneau |
| Konda Reddy Gadi | Karla Letourneau |
| Sreelakshmi Siripuram | Konda Reddy Gadi |
| Joshua Leykam | Sreelakshmi Siripuram |
| Paige Leykam | Joshua Leykam |
| Deren Flesher, DDS | Paige Leykam |
| Gary Young | Deren Flesher, DDS |
| Heidi Young | Gary Young |
| Ronald Cole, DDS | Heidi Young |
| James Walker, DDS | Ronald Cole, DDS |
| Duane Okamoto | James Walker, DDS |
| Linda Okamoto | Duane Okamoto |
| Scott Burau, DDS | Linda Okamoto |
| Brad Burau, DDS | Scott Burau, DDS |
| Josh McNary | Brad Burau, DDS |
| Robert Dost, DDS | Josh McNary |
| | Robert Dost, DDS |

NOTICE OF REMOVAL - 50

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 Second Avenue, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com | Nathan Riordan, WSBA No. 33926<br>Wenokur Riordan PLLC<br>600 Stewart St, Suite 1300<br>Seattle, WA 98101-1255<br>nate@wrlawgroup.com |
| *Attorneys for Defendants:*<br>Ryan R. Wear<br>Rebecca A. Swain<br>Creative Technologies, LLC d/b/a Waterstation Technology<br>WST Franchise Systems, LLC<br>Water Station Management, LLC<br>Refreshing USA, LLC<br>Summit Management Services, LLC<br>Ideal Property Investments, LLC<br>Refreshing California LLC<br>Refreshing Montana, LLC<br>Refreshing Mid-Atlantic, LLC<br>Refreshing Carolines, LLC<br>Refreshing Great Lakes, LLC<br>Waterstation Finance Company, LLC<br>Refreshing Georgia, LLC<br>Creative Technologies Florida, LLC<br>Refreshing Florida, LLC<br>2129 Andrea Lane LLC<br>3209 Van Buren LLC<br>Ice & Water Vendors, LLC<br>Ideal Industrial Park, LLC<br>Ideal AZ Property Investments, LLC<br>K-2 Acquisition, LLC<br>Emery Development, LLC<br>Arizona Water Vendors Incorporated<br>WST AZ Properties LLC<br>1118 Virginia Avenue LLC<br>11519 South Petropark LLC<br>TCR Plumbing, LLC<br>3422 W Clarendon Ave LLC<br>1206 Hewitt Ave LLC<br>Waterstation Technology II, LLC<br>Pistol, Inc.<br>Smokey Point Holdings, LLC<br>602 South Meadow, LLC | *Attorneys for Defendants:*<br>Creative Technologies, LLC d/b/a Waterstation Technology<br>WST Franchise Systems, LLC<br>Water Station Management, LLC<br>Refreshing USA, LLC<br>Summit Management Services, LLC<br>Ideal Property Investments, LLC<br>Refreshing California LLC<br>Refreshing Montana LLC<br>Refreshing Mid-Atlantic, LLC<br>Refreshing Carolines, LLC<br>Refreshing Great Lakes, LLC<br>Waterstation Finance Company, LLC<br>Refreshing Georgia, LLC<br>Creative Technologies Florida, LLC<br>Refreshing Florida, LLC<br>2129 Andrea Lane LLC<br>3209 Van Buren LLC<br>Ice & Water Vendors, LLC<br>Ideal Industrial Park, LLC<br>Ideal AZ Property Investments, LLC<br>K-2 Acquisition, LLC<br>Emery Development, LLC<br>Arizona Water Vendors Incorporated<br>WST AZ Properties LLC<br>1118 Virginia Avenue LLC<br>11519 South Petropark LLC<br>TCR Plumbing, LLC<br>3422 W Clarendon Ave LLC<br>1206 Hewitt Ave LLC<br>Waterstation Technology II, LLC<br>Pistol, Inc.<br>Smokey Point Holdings, LLC<br>602 South Meadow, LLC |

NOTICE OF REMOVAL - 51

**Pure Water Vending LLC v. Water Station Management, No 24-2-00583-31**

| | |
|---|---|
| Alan Schuchman<br>Cairncross & Hempelmann<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>ASchuchman@Cairncross.com<br>*Attorneys for Plaintiff* Pure Water Vending | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants:*<br>Water Station Management<br>WST Franchise Systems<br>Ryan Wear |

**Rex Ventures, LLC v. WST Franchise System LLC, No. 24-2-01438-31**

| | |
|---|---|
| Alex Thomas Larkin, WSBA No. 36613<br>Unsa Manzoor, WSBA No. 60440<br>MDK Law<br>777 108th Ave NE, Suite 2000<br>Bellevue, Washington 98004<br>alarkin@mdklaw.com<br>umanzoor@mdklaw.com<br>*Attorneys for Plaintiff* Rex Ventures LLC | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants:*<br>WST Franchise System<br>Water Station Management<br>Ryan Wear |

**JRC Real Estate III, LLC v. Water Stations Management, No. 23-2-08864-31**

| | |
|---|---|
| Andrew R. Escobar, WSBA No. 42793<br>Seyfarth Shaw LLP<br>999 Third Avenue,  Suite 4700<br>Seattle, Washington 98104-4041<br>aescobar@seyfarth.com<br>*Attorneys for Plaintiff* | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendant*<br>Water Stations Management |

**Wakanda Ventures, LLC v. Water Station Management, No. 24-2-02919-31**

| | |
|---|---|
| Kristin Nealy Meier<br>Ryan Swanson & Cleveland PLLC<br>401 Union Street, Suite 1500<br>Seattle, WA 98101<br>kmeier@ryanlaw.com<br>*Attorneys for Plaintiff* Wakanda Ventures LLC | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneyss for Defendant*<br>Water Station Management<br>Ryan Wear |

NOTICE OF REMOVAL - 52

1

**James Group Int., LLC v. Water Station Management, No. 23-2-07449-31**

2

| | |
|---|---|
| Paul A. Barrera, WSBA No. 51990<br>Clare E. Bogdanowicz, WSBA No 48927<br>NORTH CITY LAW, PC<br>17713 15th Ave., Ste 101<br>Shoreline, WA 98155-3839<br>paul@northcitylaw.com<br>clare@northcitylaw.com<br>lisalou@northcitylaw.com<br>*Attorneys for Plaintiff* James Group Int., LLC | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants:*<br>Water Station Management<br>Creative Technologies<br>Ryan Wear |

3

4

5

6

7

8

9

**Axial Tilt, LLC, et al. v. Waterstation, LLC; No. 23-2-08829-31**

10

| | |
|---|---|
| John A. Bender, WSBA No. 19540<br>Bender Law<br>4634 East Marginal Way S, Suite C-150<br>Seattle, WA 98134<br>john@bender-law.com<br>*Attorneys for Plaintiffs* Axial Tilt and Mod<br>Holdings LLC | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants:*<br>Water Station LLC<br>Ryan Wear |

11

12

13

14

15

16

**Emmatoine LLC v. Water Station Management, No. 24-2-01283-31**

17

| | |
|---|---|
| Manish Borde<br>Borde Law PLLC<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA  98101<br>mborde@bordelaw.com<br>*Attorneys for Plaintiff* Emmatoine LLC | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendant*<br>Water Station Management |

18

19

20

21

22

23

24

25

26

27

NOTICE OF REMOVAL - 53

**Rhino Manufacturing, et al. v. Creative Technologies, No. 24-2-01362-31**

| | |
|---|---|
| Todd J. Cook, WSBA # 44729<br>Dexter N. Bradford, WSBA # 59849<br>Beresford Booth PLLC<br>145 Third Avenue South, Suite 200<br>Edmonds, WA 98020<br>toddc@beresfordlaw.com<br>dexterb@beresfordlaw.com<br>*Attorneys for Plaintiffs*<br>Rhino Manufacturing Inc.<br>Rhino Investments LLC | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants:*<br>Waterstation Management<br>Creative Technologies |

**Paul Martinchuk v. Waterstation, LLC; No. 24-2-03489-31**

| | |
|---|---|
| Kyle D. Netterfield, WSBA No. 27101<br>Abigail St. Hilaire, WSBA No. 48194<br>Ellis Li & McKinstry PLLC<br>1700 Seventh Ave Ste 1810<br>Seattle, WA 98101<br>(206) 682-0565<br>knetterfield@elmlaw.com<br>asthilaire@elmlaw.com<br>*Attorneys for Plaintiff* Paul Martinchuk | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants*<br>Water Station Management<br>WST Franchise System<br>Creative Technologies<br>Ryan Wear<br>Rebecca Swain |
| Joel Ard, WSBA No. 40104<br>Ard Law Group PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA 98110-5633<br>joel@ard.law<br>*Attorneys for Defendants* Kevin Nooney and<br>Elizabeth Nooney | |

NOTICE OF REMOVAL - 54

**Dennis Demirjian v. Water Station Management et al.; No. 24-2-02346-31**

| | |
|---|---|
| Samuel E. Baker, Jr., WSBA #3872<br>Trevor H. Lane, WSBA # 55739<br>Smith Currie Oles LLP<br>600 University Street, Suite 1800<br>Seattle, WA 98101<br>sebaker@smithcurrie.com<br>thlane@smithcurrie.com<br>*Attorneys for Plaintiff* Dennis Demirjian | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants:*<br>Water Station Management<br>Creative Technologies<br>Refreshing USA LLC<br>Ideal Property Investments<br>Summit Management Services LLC<br>Ryan Wear |
| Joel Ard, WSBA No. 40104<br>Ard Law Group PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA 98110-5633<br>joel@ard.law<br>*Attorneys for Defendant* Kevin Nooney | |

**Tanushka Water Vending v. Ryan Wear, et al.; Case No. 24-2-02684-31**

| | |
|---|---|
| Eric J. Harrison, WSBA # 46129<br>5400 California Ave. SW, Suite E<br>Seattle, WA 98136<br>eric@attorneywestseattle.com<br>*Attorneys for Plaintiffs*<br>Tanushka Water Vending LLC<br>Aarana Water Vending LLC | Patrick L. Vail, WSBA No. 34513<br>Patrick L. Vail, PLLC<br>1000 2nd Ave, Suite 1770<br>Seattle, WA 98104<br>pvail@pvaillaw.com<br>*Attorneys for Defendants*<br>Ryan Wear<br>Water Station Management |

DATED this 1ˢᵗ day of August, 2024.

*s/Kathryn Savaria*
Kathryn Savaria

NOTICE OF REMOVAL - 55