**EXHIBIT N**

|   |   |
|---|---|
|   | THE HONORABLE TANA LIN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC WATER TECHNOLOGY LLC et al., <br><br> Plaintiff(s), <br><br> v. <br><br> RYAN R WEAR et al., <br><br> Defendant(s). | No. 2:24-cv-01164-TL <br><br> **PACIFIC PARTIES' NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST FIRST FED DEFENDANTS** |

**TO: THE CLERK OF THE COURT**

**TO: ALL PARTIES OF RECORD**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs named in the Snohomish County Superior Court action captioned as *Pacific Water Technology, LLC et al* v. *Ryan Wear et al.*, Case No. 24-2-02887-31 (the "Pacific Parties") hereby voluntarily dismiss, without prejudice, their claims in the instant matter against Defendants First Fed Bank, First Northwest Bancorp, Norman Tonina, Craig Curtis, Jennifer Zaccardo, Cindy Finnie, Dana Behar, Matthew Deines, Sherilyn Anderson, Gabriel Galanda, and Lynn Terwoerds (collectively, the "First Fed Defendants").

PACIFIC PARTIES' NOTICE OF DISMISSAL
WITHOUT PREJUDICE
(2:24-cv-01164-TL) – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Pacific Parties' claims against all other Defendants remain live. [1]

DATED this 6th day of August, 2024.

             CORR CRONIN LLP

             *s/John T. Bender*
             John T. Bender, WSBA No. 49658
             Kristen F. Barnhart, WSBA No. 51135
             CORR CRONIN LLP
             1015 Second Avenue, Floor 10
             Seattle, WA  98104-1001
             Telephone: 206-625-8600
             Email: jbender@corrcronin.com
             kbarnhart@corrcronin.com
             *Counsel for Pacific Parties*

---

[1] *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("[Rule 41(a)(1)(A)(i)] dismissal is effective on filing and no court order is required."); *see also Duke Energy Trading & Mktg., L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001) ("Once the notice of dismissal has been filed, the district court loses jurisdiction over the dismissed claims and may not address the merits of such claims or issue further orders pertaining to them.").

PACIFIC PARTIES' NOTICE OF DISMISSAL
WITHOUT PREJUDICE
(2:24-cv-01164-TL) – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties (if any) shall be served in accordance of the Federal Civil Rules of Procedure.

DATED this 6th day of August, 2024.

*s/ Paige Plassmeyer*
Paige Plassmeyer, Legal Assistant

PACIFIC PARTIES' NOTICE OF DISMISSAL
WITHOUT PREJUDICE
(2:24-cv-01164-TL) – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900