**EXHIBIT O**

THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC WATER TECHNOLOGY
LLC et al.,

          Plaintiff(s),

          v.

RYAN R WEAR et al.,

          Defendant(s).

No. 2:24-cv-01164-TL

NOTICE OF BANKRUPTCY FILING AND STAY

[Clerk's Action Required]

**TO:**        **CLERK OF THE COURT;**

**AND TO:**     **ALL PARTIES OF RECORD.**

       PLEASE TAKE NOTICE that on August 27, 2024, Involuntary Petitions under Chapter 11 of the United States Bankruptcy Code have been filed in the United States Bankruptcy Court for the Southern District of Texas against the following defendant entities, each of which is a respondent, under the case numbers identified below:

       1. Creative Technologies, L.L.C., Case No. 4:24-bk-33934

       2. Refreshing USA LLC, Case No. 4:24-bk-33919

       3. Water Station Management LLC, Case No. 4:24-bk-33924

Accordingly, pursuant to 11 U.S.C. § 362(a)(1), this proceeding is hereby stayed.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

2

DATED this 29th day of August, 2024.

3

CORR CRONIN LLP

4

*s/ John T. Bender*

5

John T. Bender, WSBA No. 49658
Kristen F. Barnhart, WSBA No. 51135

6

CORR CRONIN LLP

7

1015 Second Avenue, Floor 10
Seattle, WA  98104-1001

8

Telephone: 206-625-8600
jbender@corrcronin.com

9

kbarnhart@corrcronin.com
*Counsel for Pacific Parties*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF BANKRUPTCY FILING AND STAY
  (2:24-cv-01164-TL) – 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All parties (if any) shall be served in accordance of the Federal Civil Rules of Procedure.

DATED this 29th day of August, 2024.


*<u>s/ Wen Cruz</u>*
Wen Cruz, Legal Assistant

NOTICE OF BANKRUPTCY FILING AND STAY
  (2:24-cv-01164-TL) – 3