

# EXHIBIT R

SUPERIOR COURT OF W ASHINGTON FOR KING COUNTY

| | |
|---|---|
| BLC WATER COMPANY LLC, et, al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST FED BANK, et al.<br><br>Defendants | Case No.: 24-220247-1 SEA<br><br>DECLARATION OF SERVICE |

1. I, Julie M. Haney under penalty of perjury under the laws of the State of Washington, and based upon personal knowledge, hereby declare and state as follows:

2. I am over the age of 18 and am not a party to this action. I am a licensed Washington Private Investigator and am authorized by law to serve process in the State of Washington.

3. I served First Fed Bank the following documents for the above referenced matter to Kyle Henderson, Chief Credit Officer, First Fed Bank:

    1. SUMMONS TO DEFENDANTS
    2. COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
    3. KING COUNTY SUPERIOR COURT CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

4. The date, time and place of service was:

Date: September 6, 2024

Time: 4:27pm,

Address: 105 West Eight St, Port Angeles, WA 98362

Dated this 9th day of September, at, Port Angeles, WA

Julie M. Haney

Julie Haney, WA PI LIC# 4040

SUPERIOR COURT OF W ASHINGTON FOR KING COUNTY

| | |
|---|---|
| BLC WATER COMPANY LLC, et, al.,<br>Plaintiffs,<br>vs.<br>FIRST FED BANK, et al.<br>Defendants | Case No.: 24-220247-1 SEA<br><br>DECLARATION OF SERVICE |

1. I, Julie M. Haney under penalty of perjury under the laws of the State of Washington, and based upon personal knowledge, hereby declare and state as follows:
2. I am over the age of 18 and am not a party to this action. I am a licensed Washington Private Investigator and am authorized by law to serve process in the State of Washington.
3. I served First Northwest Bancorp the following documents for the above referenced matter to Kyle Henderson, Chief Credit Officer, First Fed Bank who stated First Fed Bank is a holding company for First Fed Bank and has no employees and he agreed to accept service:
    1. SUMMONS TO DEFENDANTS
    2. COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

3. KING COUNTY SUPERIOR COURT CASE ASSIGNBMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

4. The date, time and place of service was:

Date: September 6, 2024

Time: 4:27pm,

Address: 105 West Eight St, Port Angeles, WA 98362

Dated this 9th day of September, at, Port Angeles, WA

Julie M. Haney

Julie M. Haney, WA PI LIC# 4040

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BLC WATER COMPANY LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST FED BANK, et al.<br><br>Defendants. | NO. 24-220247-1 SEA<br><br>**DECLARATION OF SERVICE** |

1. I, Andrew Holmes, under penalty of perjury under the laws of the State of Washington, and based upon personal knowledge, hereby declare and state as follows:

2. I am over the age of 18 and am not a party to this action. I am a licensed Washington Private Investigator and am authorized by law to serve process in the State of Washington.

3. I served the following documents for the above referenced matter to Dana Behar:

    1. SUMMONS TO DEFENDANTS
    2. COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
    3. KING COUNTY SUPERIOR COURT CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

4. The date, time and place of service were:
    Date: **September 7, 2024**
    Time: **5:22 PM**,
    Address: **907 11th Avenue East, Seattle, WA 98102**.

5. Service was completed by hand delivery of one copy of the documents listed in Paragraph 3 above to Dana Behar. Rena J. Behar acknowledged she was the wife of Dana Behar and accepted service.

EXECUTED this 7th day of September 2024, at Tukwila, Washington.

By: ______________________
ANDREW HOLMES, WA PI LIC#3130

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BLC WATER COMPANY LLC, et al.,<br>Plaintiffs,<br>vs.<br>FIRST FED BANK, et al.<br>Defendants. | NO. 24-220247-1 SEA<br>**DECLARATION OF SERVICE** |

1. I, Andrew Holmes, under penalty of perjury under the laws of the State of Washington, and based upon personal knowledge, hereby declare and state as follows:

2. I am over the age of 18 and am not a party to this action. I am a licensed Washington Private Investigator and am authorized by law to serve process in the State of Washington.

3. I served the following documents for the above referenced matter to Elisabetta Manago, Branch Manager, First Fed Bank:

    1. SUMMONS TO DEFENDANTS
    2. COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
    3. KING COUNTY SUPERIOR COURT CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

4. The date, time and place of service were:
    Date: **September 7, 2024**
    Time: **4:38 PM**,
    Address: **1100 Bellevue Way NE, Suite 6, Bellevue, WA 98004**.

5. Service was completed by hand delivery of one copy of the documents listed in Paragraph 3 above to Elisabetta Manago, Branch Manager of First Fed Bank. Elisabetta Manago acknowledged and accepted service as the most senior management person at First Fed Bank at the Bellevue location.

EXECUTED this 7th day of September 2024, at Tukwila, Washington.

By:______________________
ANDREW HOLMES, WA PI LIC#3130

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BLC WATER COMPANY LLC, et al., Plaintiffs, vs. FIRST FED BANK, et al. Defendants. | NO. 24-220247-1 SEA **DECLARATION OF SERVICE** |

1. I, Andrew Holmes, under penalty of perjury under the laws of the State of Washington, and based upon personal knowledge, hereby declare and state as follows:

2. I am over the age of 18 and am not a party to this action. I am a licensed Washington Private Investigator and am authorized by law to serve process in the State of Washington.

3. I served the following documents for the above referenced matter to Gabriel Galinda:

    1. SUMMONS TO DEFENDANTS
    2. COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
    3. KING COUNTY SUPERIOR COURT CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

4. The date, time and place of service were:
    Date: **September 7, 2024**
    Time: **5:59 PM**,
    Address: **4024-B NE 95th Street, Seattle, WA 98115**.

5. Service was completed by hand delivery of one copy of the documents listed in Paragraph 3 above to Gabriel Galinda. Gabriel Galinda acknowledged and accepted service.

EXECUTED this 7th day of September 2024, at Tukwila, Washington.

By:____________________________
ANDREW HOLMES, WA PI LIC#3130

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BLC WATER COMPANY LLC, et al.,<br>Plaintiffs,<br>vs.<br>FIRST FED BANK, et al.<br>Defendants. | NO. 24-220247-1 SEA<br>**DECLARATION OF SERVICE** |

1. I, Andrew Holmes, under penalty of perjury under the laws of the State of Washington, and based upon personal knowledge, hereby declare and state as follows:

2. I am over the age of 18 and am not a party to this action. I am a licensed Washington Private Investigator and am authorized by law to serve process in the State of Washington.

3. I served the following documents for the above referenced matter to Matthew Deines:

    1. SUMMONS TO DEFENDANTS
    2. COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
    3. KING COUNTY SUPERIOR COURT CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET

4. The date, time and place of service were:
    Date: **September 7, 2024**
    Time: **7:02 PM**,
    Address: **3539 NW 67th Street, Seattle, WA 98117**.

5. Service was completed by hand delivery of one copy of the documents listed in Paragraph 3 above to Matthew Deines. Megan R. Deines acknowledged she was the wife of Matthew Deines and accepted service.

EXECUTED this 7th day of September 2024, at Tukwila, Washington.

By:____________________________________
ANDREW HOLMES, WA PI LIC#3130

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| In re<br><br>BLC WATER COMPANY, LLC, INDIANA WATER TECHNOLOGY, LLC, COLEWSTECH, LLC, RCWSTECH 1157, LLC, ROYAL RESERVOIRS, LLC, CHAURISHI RETAIL ENTERPRISES, LLC, KDAWG CRYPTO, LLC, PACIFIC WATER TECHNOLOGY, LLC, KWANSOO LEE, DDS, PLLC, KWANSOO LEE, BRAIN CHU, BRIAN CHU DDS, INC., LARINA CHU, LAURINA CHU DDS, INC., BRIAN AND LAURINA CHU DDS, INC., DAVID SCHROEDER, SARAH SCHROEDER, RON DEREN FLESHER, TYLER SADEK, AND FOUNDERS MOSAIC PARTNERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FED BANK, FIRST NORTHWEST BANCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTHEW DEINES, SHERILYN ANDERSON, GABRIEL GALANDA, LYNN TERWOERDS, JOHN DOES 1-10<br><br>Defendants. | Case No. 24-2-20247-1<br><br>DECLARATION OF SERVICE OF BETTINA STEFANAK: |

I, Bettina Stefanak, under penalty of perjury under the laws of the State of Washington, and based upon personal knowledge, hereby declare and state as follows:

I am over the age of 18 and am otherwise competent to testify herein. I am a Licensed Washington State Private Investigator, License No. 4283.

On September 8, 2024, at 12:32 p.m., at the request of Corr Cronin LLP. I served one copy each of (1) CASE INFORMATION COVER SHEET; (2) SUMMONS; and (3) COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF TO SHERILYN ANDERSON.

I served Sherilyn Anderson all copies by personal service to her at her home located at 10920 NE 60th Street, Kirkland, WA 98033.

EXECUTED this 8th day of September, 2024, at Kirkland, Washington.

By:___ [signature]

______________________________



**CORR CRONIN LLP**
1015 2nd Ave Floor 10
SEATTLE, WASHINGTON 98104