# EXHIBIT T

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BLC WATER COMPANY, LLC, INDIANA WATER TECHNOLOGY, LLC, COLEWSTECH, LLC, RCWSTECH 1157, LLC, ROYAL RESERVOIRS, LLC, CHAURISHI RETAIL ENTERPRISES, LLC, KDAWG CRYPTO, LLC, PACIFIC WATER TECHNOLOGY, LLC, KWANSOO LEE, DDS, PLLC, KWANSOO LEE, BRIAN CHU, BRIAN CHU DDS, INC., LARINA CHU, LAURINA CHU DDS, INC., BRIAN AND LAURINA CHU DDS, INC., DAVID SCHROEDER, SARAH SCHROEDER, RON COLE, KAREN LAVIN, BASANT KUMAR, DEREN FLESHER, TYLER SADEK, NATALIE SADEK, AND FOUNDERS MOSAIC PARTNERS, LLC, | No. 24-2-20247-1 SEA **PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO FIRST FED BANK AND FIRST NORTHWEST BANCORP** RELATED CASES: No. 24-2-12567-1 SEA No. 24-2-19871-7 SEA No. 24-2-10753-3 SEA No. 24-2-08418-5 SEA |
| Plaintiffs, | |
| v. | |
| FIRST FED BANK, FIRST NORTHWEST BANCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTHEW DEINES, SHERILYN ANDERSON, GABRIEL GALANDA, LYNN TERWOERDS, JOHN DOES 1-10, | |
| Defendants. | |

PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO FIRST FED BANK AND FIRST NORTHWEST BANCORP – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Pursuant to Civil Rules 26, 33 and 34, Plaintiffs hereby propounds their First Interrogatories and Requests for Production ("Discovery Requests") to Defendant First Fed Bank and First Northwest Bancorp ("you" or "your").

## INSTRUCTIONS

1.      These requests are directed to you and cover all information in your possession, custody, and control, including information in the possession, custody, and control of Defendant, including without limitation your current or former officers or directors, employees, agents, servants, representatives, your attorneys, or other persons directly or indirectly employed or retained by you, or anyone else acting on your behalf or otherwise subject to your control, and any merged, consolidated, or acquired predecessor or successor, parent, subsidiary, division or affiliate.

2.      Unless otherwise specifically provided herein, the documents that must be produced in response to the following requests for production include all responsive documents prepared, sent, dated, received, used, or in effect at any time during the period of January 1, 2015 through the present, including the date of any supplemental response ("the discoverable period").

3.      Use of the singular or plural in these requests should not be deemed a limitation and the use of the singular should be construed to include, where appropriate, the plural. The conjunctive form "and" and the disjunctive form "or" are mutually interchangeable and encompass each other. The terms "any" and "all" are mutually interchangeable and encompass each other.

4.      Plaintiffs request that any documents withheld in whole or in part from production based on a claim of privilege are assigned unique document control numbers; and each attachment to a document shall be treated as a separate document and separately logged,

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

if withheld, and cross referenced, if produced. Please also provide a statement of the claim of privilege and all facts relied upon in support of the decision to withhold each document, in the form of a log, which, for each document withheld, states:

a.  The document's control numbers;

b.  All authors of the document;

c.  All addressees of the document;

d.  All recipients of the document, or of any copies of the document to the extent not included among the document's addressees;

e.  The date of the document;

f.  The nature or type of the privilege that you are asserting for the document (*e.g.* "attorney-client privilege");

g.  A description of the subject matter of the document, describing the nature of the document in a manner that, while not revealing information that is itself privileged, provides sufficiently detailed information to enable Plaintiff to assess the applicability of the privilege claimed;

h.  The request to which the document is responsive;

i.  The document control numbers of any attachments to the document, regardless of whether any privilege is being asserted for such attachments; and

j.  Whether the document has been produced in partially redacted form or withheld entirely.

5.  The definition of "document" used herein includes data stored in any electronic form. You are required to review such data and determine whether it contains material responsive to these requests. If you have not already done so, you should immediately take all

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

steps necessary to preserve the following categories of electronic data that contain information responsive to Plaintiff's discovery requests:

    a.    All electronic mail, information about electronic mail (including but not limited to information on message contents, header information, and logs of electronic mail system usage), any attachments, and any other electronic communications including any data from instant messaging programs, internet relay chat systems, or any voicemail programs containing information responsive to these requests;

    b.    All files containing information from electronic calendars or scheduling programs responsive to these requests;

    c.    All user-created files (including but limited to word processing files, spreadsheets, and slide presentations) that contain information responsive to these requests;

    d.    All databases (including all records and fields and structural information in such databases) or other data files that contain any information (such as sales, pricing, customer, financial, accounting, and billing information) responsive to these requests;

    e.    All logs of activity on computer systems that may have been used to process or to store electronic data containing information responsive to these requests;

    f.    All electronic data files created or used by spreadsheet programs that contain information responsive to these requests; and

    g.    All other electronic data containing information that is responsive to these requests.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

6. Unless otherwise requested, electronic documents (*e.g.*, email) and data shall be produced in searchable electronic format as follows:

    a.    Unless otherwise stated, the requested production format for all documents is single page TIFF images with multi-page text files, load files and native links. The load file should be produced in a format capable of being imported into Relativity litigation software. The parties may confer on specific metadata fields and may agree to a different form of production. In all cases, however, you should produce documents in native format, or such other format upon which the parties mutually agree, and, in all cases, preserving original metadata and source information;

    b.    All image files should include an OCR text file;

    c.    All files should be labeled with a Bates or control number;

    d.    Parent/child attachment relationships should be maintained;

    e.    All image files should have a minimum resolution of 300 dpi and meet commonly accepted production standards to ensure that the image file is reliable and authentic;

    f.    The metadata fields should include: DoclD, EndDoc, Document Date, Sent Date (for email), File Name, Email Subject, File Type or File Extension, Email To, Email From, Email CC, Author, Link to native file, Begattach/Endattach or attachrange, File Extension, MD5 Hash, and Custodian;

    g.    PowerPoint and Excel documents should be produced in native format with all metadata preserved, including speaker notes. Spreadsheets

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

created with other software should be produced in a comma delimited format capable of being opened in Excel;

h.    All hard copy documents for which native electronics files never existed, no longer exist, or are not reasonably accessible also should be produced in single TIFF format. This includes, but is not limited to, scanned images of those documents which contain unique information after they were printed out, such as paper documents containing handwriting, signatures, marginalia, drawings, annotations, highlighting, and redactions. All scanned documents should be kept as they are in regular course of business or in the alternative provide information identifying the custodian for each document; and

i.    Audio, video, or other recorded information shall be provided separately on a DVD or other storage device capable of being played on Windows in a .wav or .mpeg format.

7.    If any document responsive to these requests is no longer in your possession, custody, or control, state (i) what was done with the document; (ii) the identity and contact information of the current custodian of the document; (iii) the reason for the transfer or disposition of the document; and (iv) the identity and contact information of the person who made the decision to transfer or dispose of the document.

8.    If any document request cannot be answered fully, please provide as full an answer as possible, with a complete statement of the reason for the inability to fully respond.

9.    The propounding party acknowledges the possibility that you may object to a particular document request as vague or burdensome. A party cannot always determine in advance which requests might genuinely be vague or unduly burdensome to the opposing

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

party. It is anticipated that you will respond to all Requests for Production to the best of your ability and in good faith, preserving any bona fide objections if necessary. It is further anticipated, and good practice would certainly dictate, that you will promptly attempt to obtain clarification regarding requests from the undersigned (who stand ready and willing to provide any such clarity) if the facts of the particular situation so require. When in doubt, the request should be interpreted consistent with their common meaning and standard English dictionary.

10.     These requests are continuing and, to the full extent required under CR 26(e), you must seasonably supplement your responses upon the discovery of new or additional information.

## DEFINITIONS

As used herein:

1.     "Document(s)" means the original or any non-identical copies of all written, recorded, graphic material and all electronic data of every kind, whether prepared by you or by any other person, including drafts, that is in your possession, custody, or control, including but not limited to: memoranda, reports, letters, telegrams, and other communications recorded in any form or medium; notes, minutes, and transcripts of conferences, meetings and telephone or other communications; contracts and other agreements; checks, check registers, statements, ledgers, and other records of financial matters or commercial transactions; appointment books, calendars, notebooks, and diaries, including data in PDAs; maps, diagrams, graphs, and charts; plans and specifications; publications; photographs; photocopies; microfilm; and other copies or reproductions; computer printouts, tallies, tabulations, and summaries of sales or bids; and all file folders, file tabs, folder tabs, mailing envelopes, facsimile transmission cover sheets, and any other proof or indicia of mailing (if applicable) associated with each original. The term "document" includes spreadsheets, as well as underlying cell formulae and other codes.

PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO
FIRST FED BANK AND FIRST NORTHWEST BANCORP
– 7

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

The term "document" also includes electronic mail messages and other documents and data stored in, or accessible through, computer or other information retrieval systems, such as personal computers, workstations, minicomputers, personal data assistants, archival voice storage systems, group and collaborative tools, electronic messaging devices, portable or removable storage media, mainframes, servers, backup disks and tapes, archive disks and tapes, and other forms of online or offline storage, whether on or off of your premises. The term "document" includes all data (including metadata, embedded, hidden and other bibliographic or historical data describing or relating to documents created, revised, or distributed on computer systems) stored in electronic form or accessible through computer or other information retrieval systems, together with instructions and all other materials necessary to use or interpret this data. Unless specifically requested, the term "document" excludes non-electronic forms of invoices, bills of lading, purchase orders, customs declarations, and other similar documents of a purely transactional nature. The reference to specific types, categories, or formats of documents in any specific Request for Production in no way limits or diminishes the scope of the term "document" for purposes of the request.

2.    "Communication(s)" means any oral or written expression, disclosure, transfer, transmission, or exchange of information or any nonverbal conduct of a person intended by that person to be a substitute for an oral or written expression, disclosure, transfer, transmission, or exchange of information, in whatever form, by whatever means, including, but not limited to, oral, written, face-to-face, email, telephone, facsimile, electronic, text messages, voicemail, postal mail, personal delivery, or otherwise.

3.    "Identify" means:

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

a.  In the case of a person other than a natural person, its legally registered name, the address of its principal place of business, its telephone number, and the name of its chief executive officer;

b.  In the case of a natural person, his or her full name (including middle name), home address and telephone number, business address and phone number, last known cellular or mobile telephone number(s), their last known employer, the positions held by each person during the discoverable period, and the dates of tenure in each such position; and

c.  In the case of a communication, its date, its type (e.g., telephone conversation, letter, electronic mail, or meeting), the place where it occurred, the identity of the persons who made it, the identity of the persons who received it or who were present when it was made, and the subject matter discussed.

4.  "Relating to" or "relate to" or "regarding" means directly or indirectly refer or pertain to, discuss, describe, reflect, contain, examine, analyze, study, report on, comment on, evidence, constitute, show, consider, recommend, concern, record, or set forth, in whole or in part.

5.  "You" or "Your" or "First Fed" means First Fed Bank and/or First Northwest Bancorp and or any of their partners, owners, members, agents, affiliates, subsidiaries, parents, servants, employees, officers, successors, licensees, partners, contractors (including, but not limited to, Turning Point), and assigns, and all persons acting in concert or participation with each or any of them or on any of their behalf.

6.  "Houk" or "Larry Houk" means Defendant Larry Houk and/or Northwest Financial Services, LLC, and/or any person or entity acting on their behalf.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7.  "Nooney" or "Kevin Nooney" means Defendant Kevin Nooney and/or any person or entity acting on his behalf.

8.  "Unibank" means UniBank and/or its partners, owners, members, agents, affiliates, subsidiaries, parents, servants, employees, officers, successors, licensees, partners, contractors, and assigns, and all persons acting in concert or participation with each or any of them or on their behalf.

9.  "Turning Point" means TurningPointe LLC d/b/a Turning Point Strategic Advisors and/or any of its partners, owners, members, agents, affiliates, subsidiaries, parents, servants, employees, officers, successors, licensees, partners, contractors, and assigns, and all persons acting in concern or participation with each or any of them or on their behalf

10. The term "Wear" refers to Ryan Wear and/or the business known as "WaterStation Technology," and any of its present and former affiliates, subsidiaries, agents, employees, servants, attorneys, representatives, and any and all persons acting or who have acted for or on their behalf, including, without limitation, Kevin Nooney or Larry Houk.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Produce all documents and communications sent to or received from Wear referencing and/or related to any of the following:

a)  Loan inquiries or applications submitted by Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b)  Loans to Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c)  Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in Wear, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

d) Loans to Plaintiffs or any other investor in Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

e) Information regarding any Wear-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

f) Referrals to or from Wear;

g) Commissions or compensation paid to Houk;

h) Any and all agreements or loan programs with Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

i) Investments in Wear;

j) Potential investors in Wear;

k) The qualifications and/or financial means of investors in Wear;

l) Wear's business and/or financial information;

m) Wear's business practices, credit worthiness, and/or financial condition; and/or

n) Wear's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents and communications sent to or received from Larry Houk referencing and/or relating to any of the following:

a) Loan inquiries or applications submitted by Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

c) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in Wear, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

d) Loans to Plaintiffs or any other investor in Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

e) Information regarding any Wear-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

f) Referrals to or from Wear;

g) Commissions or compensation paid to Houk;

h) Any and all agreements or loan programs with Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

i) Investments in Wear;

j) Potential investors in Wear;

k) The qualifications and/or financial means of investors in Wear;

l) Wear's business and/or financial information;

m) Wear's business practices, credit worthiness, and/or financial condition; and/or

n) Wear's solvency and/or ability to satisfy obligations.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 3:** Produce all documents and communications sent to or received from Kevin Nooney referencing and/or related to any of the following:

a) Loan inquiries or applications submitted by Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

b) Loans to Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in Wear, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

d) Loans to Plaintiffs or any other investor in Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

e) Information regarding any Wear-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

f) Referrals to or from Wear;

g) Commissions or compensation paid to Houk;

h) Any and all agreements or loan programs with Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

i) Investments in Wear;

j) Potential investors in Wear;

k) The qualifications and/or financial means of investors in Wear;

l) Wear's business and/or financial information;

m) Wear's business practices, credit worthiness, and/or financial condition; and/or

n) Wear's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 1:** Produce all documents and communications sent to or received from Turning Point referencing and/or related to any of the following:

PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO
FIRST FED BANK AND FIRST NORTHWEST BANCORP
– 13

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

a) Loan inquiries or applications submitted by Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in Wear, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

d) Loans to Plaintiffs or any other investor in Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

e) Information regarding any Wear-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

f) Referrals to or from Wear;

g) Commissions or compensation paid to Houk;

h) Any and all agreements or loan programs with Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

i) Investments in Wear;

j) Potential investors in Wear;

k) The qualifications and/or financial means of investors in Wear;

l) Wear's business and/or financial information;

m) Wear's business practices, credit worthiness, and/or financial condition; and/or

n) Wear's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents and communications sent to or received from Unibank referencing and/or relating to any of the following:

a) Loan inquiries or applications submitted by Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

b) Loans to Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

c) Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in Wear, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

d) Loans to Plaintiffs or any other investor in Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

e) Information regarding any Wear-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

f) Referrals to or from Wear;

g) Commissions or compensation paid to Houk;

h) Any and all agreements or loan programs with Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

i) Investments in Wear;

j) Potential investors in Wear;

k) The qualifications and/or financial means of investors in Wear;

l) Wear's business and/or financial information;

m) Wear's business practices, credit worthiness, and/or financial condition; and/or

n) Wear's solvency and/or ability to satisfy obligations.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION NO. 6:** To the extent not produced in response to previous requests, produce all documents and communications with any party or third party (other than your legal counsel) referencing and/or related to any of the following:

    a)   Loan inquiries or applications submitted by Wear and your review, investigation, and/or evaluation of such inquiries and/or applications;

    b)   Loans to Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

    c)   Loan inquiries, applications, and/or information submitted by or on behalf of any actual or potential investor in Wear, including but not limited to the Plaintiffs in this action to whom First Fed issued loans;

    d)   Loans to Plaintiffs or any other investor in Wear and/or any underwriting or pre- or post-closing due diligence activities relating to any such loans;

    e)   Information regarding any Wear-related collateral, including, without limitation, real estate, water vending machines, leases, and/or equipment lists;

    f)   Referrals to or from Wear;

    g)   Commissions or compensation paid to Houk;

    h)   Any and all agreements or loan programs with Wear, including without limitation credit referral and/or enhancement agreements, and all drafts thereof;

    i)   Investments in Wear;

    j)   Potential investors in Wear;

    k)   The qualifications and/or financial means of investors in Wear;

    l)   Wear's business and/or financial information;

    m)  Wear's business practices, credit worthiness, and/or financial condition; and/or

    n)   Wear's solvency and/or ability to satisfy obligations.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:** Produce all documents and communications referencing and/or related to whether any loans to Wear, loans to fund any investor's investment in WST, and/or loan programs or portfolio related to Wear comply with and/or violate U.S. Small Business Administration ("SBA") rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:** Produce all documents and communications referencing and/or related to whether any loans to Wear, loans to fund any investor's investment in Wear, and/or loan programs or portfolio related to Wear comply with and/or violate Federal Deposit Insurance ("FDIC") rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:** Produce all documents and communications referencing and/or related to whether any loans to Wear, loans to fund any investor's investment in Wear, and/or loan programs or portfolio related to Wear comply with and/or violate Washington State Department of Financial Institutions ("DFI") rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:** Produce all documents and communications referencing and/or related to whether any loans to Wear, loans to fund any investor's investment

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

in Wear, and/or loan programs or portfolio related to Wear comply with and/or violate your internal rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:** Produce all documents and communications sent to or received from the SBA, FDIC, or DFI, referencing and/or related to Wear and/or loans to Wear investors.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 12:** Produce all documents and communications sent to or received from FDIC referencing and/or related to Wear and or loans to Wear investors.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 13:** Produce all documents and communications sent to or received from DFI referencing and/or related to Wear and or loans to Wear investors.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 14:** To the extent not produced in response to the previous requests stated herein, produce all documents and communications referencing and/or related to any supervision, evaluation, and/or investigation conducted by DFI, SBA, FDIC, and/or any other state or federal agency or regulatory entity referencing and/or related to Wear and or loans to Wear investors.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION NO. 15:**  Produce all commercial lending rules, policies, guidance, and/or procedures regarding loan eligibility, loan products, loan staff and loan committees, loan underwriting and/or due diligence, transactions with brokers, loan approval, loan closing, loan monitoring, portfolio management, delinquency, loan foreclosure and/or loan write-offs.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 16:**  Produce all documents and communications related to secured and unsecured lending authorities of each employee who worked on or assisted with loans related in any way to WST, including, without limitation, Kasi O'Leary, Kevin McDaniel, and/or Matt Deines.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 17:**  Produce all personnel files for each employee who worked on or assisted with loans related to Wear, including, without limitation, Kasi O'Leary, Kevin McDaniel, and/or Matt Deines.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 18:**  Produce all documents and communications reflecting or related to any meeting minutes, resolutions, directives, or any other corporate action or oversight by your directors, governors, board of directors, board of governors, and/or any subcommittee or work group thereof, from January 1, 2019 to present.

**RESPONSE:**

PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO
FIRST FED BANK AND FIRST NORTHWEST BANCORP
– 19

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION NO. 19:**  Produce all documents and communications reflecting or related to any meeting minutes, resolutions, directives, or any other corporate action or oversight by your loan committee and/or members of the loan committee, and/or any subcommittee or work group thereof, from January 1, 2019 to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 20:**  Produce all documents and communications reflecting or related to any meeting minutes, resolutions, directives, or any other corporate action or oversight by your audit committee and/or members of the audit committee, and/or any subcommittee or work group thereof, from January 1, 2019 to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 21:**  Produce all documents and communications reflecting and/or related to any reports or findings of internal or external audits or investigations from January 1, 2019 to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 22:**  To the extent not produced in response to the previous requests stated herein, complete credit and loan files regarding any and all actual or potential investors in Wear, including Plaintiffs to whom you issued loans.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 23:**  Produce a complete record of payments to Larry Houk and/or Northwest Financial Services LLC from January 1, 2015 to present.

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 24:** To the extent not produced in response to the previous requests stated herein, produce all documents and communications reflecting or related to any contracts and/or agreements with any of the Defendants named herein, including any drafts related thereto.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 25:** Produce all account statements, signature cards, wire transfer receipts, deposited items, and/or cancelled checks, regarding Wear.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 26:** To the extent not produced in response to the previous requests stated herein, produce all documents and communications reflecting or related to any suspicious activity reports, AML compliance, FinCen compliance, fraud prevention and/or fraud alerts, and/or internal compliance with respect to Wear.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 27:** To the extent not produced in response to the previous requests stated herein, produce all documents and communications reflecting or related to any contracts and/or agreements with any of the Plaintiffs named herein to whom you issued a loan, including any drafts related thereto.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION NO. 28:** To the extent not produced in response to the previous requests stated herein, produce all communications referencing or related to any of the Defendants named herein.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 29:** Produce all documents and communications referencing and/or related to loans or credit to Wear, including, but not limited to, any applications for the loans, the approval, issuance, and/or administration of such loans, and/or the default, workout and/or collateralization of the loans.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 30:** Produce all documents and communications referencing and/or related to whether any loans to Wear, loans to fund any investor's investment in Wear, and/or loan programs or portfolio related to Wear comply with and/or violate industry rules, policies, guidelines, regulations and/or standards.

**RESPONSE:**

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 9th day of September, 2024.

CORR CRONIN LLP

s/John T. Bender
John T. Bender, WSBA No. 49658
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone: 206-625-8600
Email: jbender@corrcronin.com,

Jack M. Lovejoy
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone: 206-625-8600
Email: jlovejoy@corrcronin.com

*Counsel for Plaintiffs Indiana Water Technology, LLC, BLC Water Company, COLEWSTECH, LLC, RCWSTECH 1157, LLC, Royal Reservoirs, LLC, Chaurishi Retail Enterprises, LLC, Pacific Water Technology, LLC, Kwansoo Lee, Brian Chu, Larina Chu, David Schroeder, Sarah Schroeder, Ron Cole, Karen Lavin, and Basant Kumar*

MIX SANDERS THOMPSON, PLLC

s/Michael K. Rhodes
Michael K Rhodes, WSBA No. 41911
Mix Sanders Thompson, PLLC
1601 5th Ave., Ste. 1800
Seattle, WA 98101
Phone: 206-678-1000
Fax: 888-521-5980

MERCHO STRZYNSKI LLP

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Tarek E. Mercho (*Pro Hac Vice Forthcoming*)
8935 N. Meridian St., Suite 112
Indianapolis, IN 46260
317-722-0607
tk@msfirm.law

*Counsel for Plaintiffs Mosaic Capital Partners and Tyler and Natalie Sadek*

2250 02 oi0457161e

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900