THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>         Plaintiff,<br><br> vs.<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, Brian S. Chu, an individual, and Larina H. Chu, an individual,<br><br>         Defendants. | No. 3:24-cv-05729-JHC<br><br>**SUPPLEMENTAL DECLARATION OF JOHN T. BENDER IN SUPPORT OF MOTION TO CONSOLIDATE AND STAY SIX DECLARATORY JUDGMENT ACTIONS FILED BY FIRST FED**<br><br>**NOTING DATE: OCTOBER 1, 2024**<br><br>3:24-cv-05729-JHC<br>3:24-cv-05730-JNW<br>3:24-cv-05731-DGE<br>3:24-cv-05732-BHS<br>3:24-cv-05736-BHS<br>2:24-cv-01389-KKE |

I, John T. Bender, declare and state as follows:

1. I am an attorney for Defendants in this matter. I am of legal age and competent to testify to the matters contained herein.

2. Attached as **Exhibit A** is a true and correct copy of the order which consolidates two cases First Fed previously filed in state court with the First Fed Borrowers' consolidated

SUPPLEMENTAL DECLARATION
OF JOHN T. BENDER – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

action. The First Fed Borrowers respectfully submit that the order reflects that the state court has exercised its authority to streamline the dispute and promote judicial economy.

DATED: September 20, 2024 at Seattle, Washington.

                                              *s/ John T. Bender*
                                              John T. Bender, WSBA No. 49658