**EXHIBIT A**

**IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank<br><br>Plaintiff,<br><br>v.<br><br>FOUNDERS MOSAIC PARTNERS, LLC, a Indiana limited liability company; and TYLER SADEK and NATALIE SADEK<br><br>Defendant.<br><br>―――――――――――――――――<br><br>FOUNDERS MOSAIC PARTNERS, LLC, a Indiana limited liability company; and TYLER SADEK and NATALIE SADEK<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FIRST FED BANK, FIRST NORTHWEST BANCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTHEW DEINES, SHERILYN ANDERSON, | No. 24-2-12567-1 SEA [Lead Case]<br><br>**ORDER GRANTING DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION TO CONSOLIDATE FIRST FED BANK CASES**<br><br>No. 24-2-20247-1 SEA<br>No. 24-2-19871-7 SEA<br><br>**(CLERK'S ACTION REQUIRED)** |

**ORDER GRANTING DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION TO CONSOLIDATE FIRST FED BANK CASES** – 1

GABRIEL GALANDA, LYNN TERWOERDS, JOHN DOES 1-10

Counterclaim Defendants.

THIS MATTER came before the Court on Defendants/Counterclaim Plaintiffs' Motion to Consolidate First Fed Bank Cases.

The Court has considered the motion, all papers filed in support thereof, all papers filed in opposition thereto, and all other pleadings and documents filed in this action. Having considered the foregoing,

1. Motion to Consolidate;
2. Declaration of Michael K. Rhodes and attached exhibits;
3. Plaintiffs' response and Yates Declaration with attached exhibits; and
4. Reply and Sadek Declaration;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants/Counterclaim Plaintiffs' Motion to Consolidate Cases is GRANTED.

IT IS HEREBY FURTHER ORDERED by the Court that the <u>Clerk consolidate following matters</u>:

**No. 24-2-20247-1 SEA** and **No. 24-2-19871-7 SEA**

<u>into the above-captioned matter</u>, **24-2-12567-1 SEA.** The Clerk shall update the case caption for 24-2-12567-1 SEA to reflect the consolidation of matters.

DONE IN OPEN COURT this ____ day of _____, 2024.

_____
HONORABLE MICHAEL SCOTT

**ORDER GRANTING DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION TO CONSOLIDATE FIRST FED BANK CASES**– 2

Presented by:

MIX SANDERS THOMPSON, PLLC

*s/Michael K. Rhodes*
Michael K Rhodes, WSBA No. 41911
Mix Sanders Thompson, PLLC
1601 5th Ave., Ste. 1800
Seattle, WA 98101
Phone: 206-678-1000
Fax: 888-521-5980
Email: mrhodes@mixsanders.com

# King County Superior Court
## Judicial Electronic Signature Page

Case Number: 24-2-12567-1
Case Title: FIRST FED BANK VS FOUNDERS MOSAIC PARTNERS ET AL

Document Title: ORDER RE MOTION TO CONSOLIDATE

Signed By: Michael R. Scott
Date: September 20, 2024

Judge: Michael R. Scott

This document is signed in accordance with the provisions in GR 30.

Certificate Hash: 099C583EFDD05FB18A3076329526934213FAC4A0
Certificate effective date: 3/30/2023 1:30:41 PM
Certificate expiry date: 3/30/2028 1:30:41 PM
Certificate Issued by: C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Michael Scott: Po6Ro6kz7RG4KIcIp8tZaw=="