THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>                      Plaintiff,<br><br>   v.<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, BRIAN S. CHU, an individual, and LARINA H. CHU, an individual,<br><br>                      Defendants. | Case No. 3:24-CV-05729-TL<br><br>**[PROPOSED]**<br><br>**ORDER DENYING DEFENDANTS BLC WATER COMPANY, ET AL.'S MOTION TO STAY SIX DECLARATORY JUDGMENT ACTIONS FILED BY FIRST FED** |

Upon consideration of Defendants BLC Water Company LLC, Brian S. Chu, and Larina H. Chu's Motion to Consolidate and Stay Six Declaratory Judgment Actions Filed by First Fed, and having reviewed and considered the Motion and supporting papers, as well as First Fed Bank's opposition and supporting papers, and the docket record, and deeming itself fully advised, the Court hereby DENIES the Motion to the extent that it seeks a stay or the dismissal of any of the six declaratory judgment actions at issue in Defendants' Motion.

IT SO ORDERED on this _____ day of October, 2024.

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT COURT JUDGE

ORDER DENYING DEFENDANTS BLC WATER COMPANY, ET AL.'S MOTION TO STAY SIX DECLARATORY JUDGMENT ACTIONS FILED BY FIRST FED - 1
CASE NO. 3:24-CV-05729-TL
134777.0006/9891256.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | Presented by: |
| 2 | LANE POWELL PC |
| 3 | *s/ Andrew G. Yates* |
| 4 | Gregory R. Fox, WSBA No. 30559<br>Andrew G. Yates, WSBA No. 34239 |
| 5 | Devon J. McCurdy, WSBA No. 52663<br>Dailey Koga, WSBA No. 58683 |
| 6 | 1420 Fifth Avenue, Suite 4200 |
| 7 | P.O. Box 91302<br>Seattle, Washington 98111-9402 |
| 8 | Telephone: 206.223.7000<br>foxg@lanepowell.com |
| 9 | yatesa@lanepowell.com<br>mccurdyd@lanepowell.com |
| 10 | kogad@lanepowell.com |
| 11 | *Attorneys for Plaintiff First Fed Bank* |

ORDER DENYING DEFENDANTS BLC WATER COMPANY, ET AL.'S MOTION TO STAY SIX DECLARATORY JUDGMENT ACTIONS FILED BY FIRST FED - 2
CASE NO. 3:24-CV-05729-TL
134777.0006/9891256.1