|   |   |   |
|---|---|---|
| | THE HONORABLE TANA LIN | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>    Plaintiff,<br><br>    v.<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, Brian S. Chu, an individual, and Larina H. Chu, an individual,<br><br>    Defendants,<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, Brian S. Chu, an individual, and Larina H. Chu, an individual,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>FIRST FED BANK,<br><br>    Counterclaim Defendant,<br><br>BLC WATER COMPANY LLC, a Nevada Limited Liability Company, Brian S. Chu, an individual, Larina H. Chu, an individual, Brian Chu DDS, Inc., a California Corporation, Larina Chu DDS, Inc., a California Corporation, and Brian and Larina Chu DDS, | No. 3:24-cv-05729-TL<br><br>**CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |

CORPORATE DISCLOSURE STATEMENT
UNDER FED. R. CIV. P. 7.1 - 3:24-cv-05729-
TL – 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | Inc., a California Corporation, |
| 2 | Third-Party Plaintiffs, |
| 3 | v. |
| 4 | FIRST NORTHWEST BANCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTHEW DEINES, SHERILYN ANDERSON, GABRIEL GALANDA, LYNN TERWOERDS, JOHN DOES 1-10, |
| 8 | Third-Party Defendants. |

Pursuant to Local Civil Rule 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BLC WATER COMPANY LLC, BRIAN CHU DDS, INC., LARINA CHU DDS, INC., BRIAN AND LARINA CHU DDS, INC. (collectively, the "BLC Entities") hereby disclose the following:

1. The BLC Entities have no parent corporation(s).

2. There is no publicly-held company that owns 10% or more of the BLC Entities' stock.

3. Brian Chu and Larina Chu are residents of California and 50/50 member-owners of BLC Water Company LLC. Brian Chu is the sole shareholder of Brian Chu DDS, Inc. Brian Chu is the 51% shareholder and Larina Chu is the 49% shareholder of Larina Chu DDS, Inc. Brian Chu and Larina Chu are the 50/50 shareholder-owners of Brian and Larina Chu DDS, Inc.

The undersigned party understands that it must promptly file a supplemental statement upon any change to the above information, pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 7.1.

DATED this November 12, 2024.

CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1 - 3:24-cv-05729-TL – 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

|   |   |
|---|---|
| 1 | K&L GATES LLP |
| 2 | *s/John T. Bender* |
| 3 | John T. Bender, WSBA No. 49658 |
| 4 | Michael W. Meredith, WSBA No. 45264 |
|   | 925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, Washington 98104-1158 |
|   | Telephone: 206-370-5871 |
| 6 | Email: john.bender@klgates.com |
| 7 | *Counsel for Defendants, Counterclaim* |
|   | *Plaintiffs, and/or Third-Party Plaintiffs* |
| 8 | *BLC Water Company LLC, Brian Chu* |
|   | *DDS, Inc., and Larina Chu DDS, Inc.* |

CORPORATE DISCLOSURE STATEMENT
UNDER FED. R. CIV. P. 7.1 - 3:24-cv-05729-
TL – 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I, Angela O'Connor, declare as follows:

I certify under penalty of perjury under the laws of the state of Washington that on November 12, 2024, a true and correct copy of the foregoing document was sent for service on the following persons as indicated below via ECF and electronic mail:

Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Ph. 206.223.7000
Fax: 206.223.7107
foxg@lanepowell.com
YatesA@LanePowell.com
mccurdyd@lanepowell.com
kogad@lanepowell.com

*Attorneys for Plaintiff*

DATED November 12, 2024 in Seattle, Washington.

                                   */s/ Angela O'Connor*
                                   Angela O'Connor

CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1 - 3:24-cv-05729-TL – 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022